UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Celsius Network LLC, et al  Debtors
Celsius Network Limited
Celsius KeyFi LLC

vs                                                                    *Plaintiff*

Jason Stone
KeyFi, Inc.

BANKRUPTCY CASE NO.: 22-10964-MG
ADVERSARY PROCEEDING
NO.: 22-01139-MG

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in New York, New York

That on **8/24/2022** at **12:32 PM** at **99 Park Avenue, Suite 1910, New York, NY 10016**

deponent served a(n) **Summons and Notice of Pretrial Conference in an Adversary Proceeding, Adversary Complaint**

on **Jason Stone c/o Roche Freedman LLP,** accepted by **Alysa Cannon** ,

deponent knew the person so served to be a person authorized to accept service.

Description of Person Served:
Gender: Female
Skin: White
Hair: Blonde
Age: 22 - 35 Yrs.
Height: 5' 0" - 5' 3"
Weight: 100-130 Lbs.
Other:

Sworn to before me this
24th day of August 2022

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC # 01DI4977768
COMM EXP 2/11/2023

Juan Pimentel
License No.2066974

Serving By Irving, Inc. | 18 East 41st Street, Suite 1000 | New York, NY 10017
New York City Dept. of Consumer Affairs License No 0761160

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Celsius Network LLC, et al  Debtors
Celsius Network Limited
Celsius KeyFi LLC

BANKRUPTCY CASE NO.: 22-10964-MG
ADVERSARY PROCEEDING
NO.: 22-01139-MG

vs                                                                         *Plaintiff*

Jason Stone
KeyFi, Inc.

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in New York, New York

That on **8/24/2022** at **12:32 PM** at **99 Park Avenue, Suite 1910, New York, NY 10016**

deponent served a(n) **Summons and Notice of Pretrial Conference in an Adversary Proceeding, Adversary Complaint**

on **KeyFi, Inc. c/o Roche Freedman LLP**, a domestic limited liability partnership,

by delivering thereat a true copy of each to **Alysa Cannon**  personally,

deponent knew said limited liability partnership so served to be the limited liability partnership described in said documents as said defendant and knew said individual to be **authorized to accept service** thereof.

Description of Person Served:
Gender : Female
Skin : White
Hair : Blonde
Age : 22 - 35 Yrs.
Height : 5' 0" - 5' 3"
Weight :100-130 Lbs.
Other :

Sworn to before me this
24th day of August, 2022

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC # 01DI4977768
COMM EXP 2/11/2023

Juan Pimentel
License No.2066974

Serving By Irving, Inc | 18 East 41st Street Suite 1600 | New York, NY 10017
New York City Dept of Consumer Affairs License No 0761160

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Celsius Network LLC, et al  Debtors
Celsius Network Limited
Celsius KeyFi LLC

BANKRUPTCY CASE NO.: 22-10964-MG
ADVERSARY PROCEEDING NO.: 22-01139-MG

vs

*Plaintiff*

Jason Stone
KeyFi, Inc.

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in New York, New York

That on **8/24/2022** at **1:25 PM** at **99 John Street, Lobby, New York, NY 10038**

deponent served a(n) **Summons and Notice of Pretrial Conference in an Adversary Proceeding, Adversary Complaint**

on **Jason Stone**,

by delivering thereat a true copy of each to **"John Doe" (refused to give his name) (Concierge)** a person of suitable age and discretion. Said premises is defendant's dwelling place/usual place of abode within the state.

Within 20 days of such delivery, deponent mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's last known residence at **99 John Street, Apt. 1405, New York, NY 10038**  The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **08/24/2022**

**Description of Person Served:**
Gender: Male
Skin: Brown
Hair: Balding
Age: 51 - 65 Yrs.
Height: 5' 4" - 5' 8"
Weight: 161-200 Lbs.
Other: Mustache

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
24th day of August, 2022

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC # 01DI4977768
COMM EXP 2/11/2023

Juan Pimentel
License No.2066974

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: Celsius Network LLC, et al<br>Celsius Network Limited<br>Celsius KeyFi LLC | Debtors |
|---|---|
| -against- | Plaintiff(s) |
| Jason Stone<br>KeyFi, Inc. | Defendant(s) |

Bankruptcy Case No.:
22-10964-mg

Adversary Proceeding No.
22-01139-mg

AFFIDAVIT
OF SERVICE BY MAILING

STATE OF NEW YORK    )
                     s.s.:)
COUNTY OF NEW YORK   )

I, Ji Yang, being duly sworn, depose and say, I am not a party in this action and am over the age of eighteen years and reside in the state of New York.

On August 25, 2022, I, Ji Yang, mailed a **Summons and Notice of Pretrial Conference in an Adversary Proceeding, Adversary Complaint** upon KeyFi, Inc. c/o Jason Stone at 99 John Street, Apt. 1405, New York, NY 10038.

_____
Ji Yang

Sworn to before me this
25th of August, 2022

_____
Notary Public

JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC #01DI4977768
COMMISSION EXPIRES 2/11/2023