Mitchell P. Hurley
Dean L. Chapman Jr.
Michael Chen
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1001

*Proposed Special Litigation Counsel for Debtors and
Plaintiffs Celsius Network Limited and Celsius KeyFi LLC*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 22-10944 (MG)<br><br>Jointly Administered |
| CELSIUS NETWORK LIMITED and CELSIUS KEYFI LLC,<br><br>                Plaintiffs,<br><br>                v.<br><br>JASON STONE and KEYFI INC.,<br><br>                Defendants. | Adversary Proceeding<br>No. 22-01139 (MG) |

**NOTICE OF APPEARANCE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey (07030).

PLEASE TAKE NOTICE that Dean L. Chapman Jr. of Akin Gump Strauss Hauer & Feld LLP, with offices located at One Bryant Park, New York, NY 10036, hereby appears on behalf of Plaintiffs Celsius Network Limited ("CNL") and Celsius KeyFi LLC ("Celsius KeyFi," and together with CNL, "Plaintiffs" or "Celsius") in the above-captioned adversary proceeding, and requests that all papers be served upon the undersigned.

Dated: August 30, 2022
New York, New York

                    **AKIN GUMP STRAUSS HAUER & FELD LLP**

                    */s/ Dean L. Chapman Jr.*
                    Dean L. Chapman Jr.
                    One Bryant Park
                    New York, NY 10036
                    Telephone: (212) 872-8095
                    Facsimile: (212) 872-1002
                    dchapman@akingump.com

                    *Proposed Special Litigation Counsel for Plaintiffs*
                    *Celsius Network Limited and Celsius KeyFi LLC*