UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, et al.,<br><br>                        Debtor(s).<br><br>CELSIUS NETWORK LIMITED and CELSIUS KEYFI LLC,<br><br>                        Plaintiffs,<br>      v.<br><br>JASON STONE and KEYFI INC.,<br><br>                        Defendants. | Bankruptcy Case No. 22-10964-MG<br><br>Adversary Proceeding No. 22-01139-MG<br><br>(Jointly Administered) |

## NOTICE OF CHANGE OF FIRM

To the Clerk of Court and all parties of record:

      Defendants, Jason Stone and KeyFi, Inc., hereby notify the Court and all parties of record that Kyle W. Roche, who is admitted to practice in this court, is now associated with Kyle Roche P.A. Mr. Roche's contact information should be updated as follows:

      Kyle W. Roche
      **KYLE ROCHE P.A.**
      260 Madison Avenue, 8th Fl.
      New York, NY 10016
      Tel.: (716) 348-6003
      kyle@kyleroche.law

Dated:  October 20, 2022

Respectfully submitted,

**KYLE ROCHE P.A.**

*/s/ Kyle W. Roche*
Kyle W. Roche
260 Madison Avenue, 8th Fl.
New York, NY 10016
Tel.: (716) 348-6003
kyle@kyleroche.law


*Counsel for Defendants*