# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, et al.,<br><br>                        Debtor(s).<br><br>CELSIUS NETWORK LIMITED and CELSIUS KEYFI LLC,<br><br>                        Plaintiffs,<br>      v.<br><br>JASON STONE and KEYFI INC.,<br><br>                        Defendants. | Bankruptcy Case No. 22-10964-MG<br><br>Adversary Proceeding No. 22-01139-MG<br><br>(Jointly Administered)<br><br>**Hearing Date: December 5, 2022, at 10:00 a.m. (ET)** |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

Upon consideration of Defendants Jason Stone and KeyFi Inc. (collectively, "Defendants") Motion to Dismiss Plaintiffs Celsius Network Limited and Celsius KeyFi LLC's (collectively, "Plaintiffs") Adversary Complaint, the Motion in support thereof, and the papers filed in opposition, and the entire record of this case, it is hereby

**ORDERED** that Defendants' Motion to Dismiss is GRANTED as follows: Plaintiffs' First (turnover), Second (conversion) Third (fraudulent misrepresentation), Fifth (unjust enrichment), Sixth (replevin) and Seventh (accounting) causes of action are dismissed with prejudice as to all Defendants.

Dated: _____

                                                                             Hon. Martin Glenn
                                                                              United States Bankruptcy Judge