## Exhibit 39

0xb1 Retweet


