# **Exhibit 2**

Details of February 11, 2021 Purchase of Cryptopunk

# Transaction Details

**Sponsored:** **EtherPOAP**: Create your digital memento to celebrate the ETH Merge – Visit **etherpoap.xyz**

**Overview**  |  Logs (3)  |  State  |  Comments

| | | |
|---|---|---|
| ⓘ | Transaction Hash: | 0xa28c464f931c9fba7ef090f27ca0dddb6bf0137b0400745f51c0aaf3d4e82dd3 |
| ⓘ | Status: | ✓ Success |
| ⓘ | Block: | ✓ 11832928    3723866 Block Confirmations |
| ⓘ | Timestamp: | ⓘ 583 days 20 hrs ago (Feb-11-2021 03:46:19 AM +UTC) |
| ⓘ | From: | 0xb1adceddb2941033a090dd166a462fe1c2029484   (0x_b1) |
| ⓘ | To: | Contract 0xb47e3cd837ddf8e4c57f05d70ab865de6e193bbb   (CryptoPunks: C Token) ✓ |
| ⓘ | Tokens Transferred: | ▶ **From** 0xe83c750b27083…   **To** 0x_b1   **For** 1   **CRYPTOPUNKS (C)** |
| ⓘ | Value: | 130 Ether   ($189,020.00) |
| ⓘ | Transaction Fee: | 0.008461752 Ether   ($12.30) |
| ⓘ | Gas Price: | 0.000000156 Ether (156 Gwei) |
| ⓘ | Ether Price: | $1,787.69 / ETH |

**Click to see More ↓**

| | | |
|---|---|---|
| ⓘ | Private Note: | To access the Private Note feature, you must be **Logged In** |

💡 A transaction is a cryptographically signed instruction from an account that changes the state of the blockchain. Block explorers track the details of all transactions in the network. Learn more about transactions in our **Knowledge Base**.



🍪 This website **uses cookies to improve your experience**. By continuing to use this website, you agree to its **Terms** and **Privacy Policy**.