# **Exhibit 4**

Transaction Histories for Cryptopunks 6124, 638, 8472, and 4347

# Cryptopunk # 6124



Cryptopunks / 6124

## CryptoPunk 6124

**One of 6039 Male punks.**

### Attributes

This punk has **2 attributes**, one of 3560 with that many.

**Vape**

**272** punks have this.

**Do-rag**

**300** punks have this.

### Current Market Status

This punk is currently owned by address **iamnonam…**.

This punk has not been listed for sale by its owner.

There are currently no bids on this punk.

## Transaction History

| Type | From | To | Amount | Txn |
|---|---|---|---|---|
| Bid Withdrawn | zonted | | 14.25Ξ ($40,389) | Jun 03, 2021 |
| Sold | 0x6f6ab4 | iamnonam… | 16.75Ξ ($42,311) | May 29, 2021 |
| Bid | zonted | | 14.25Ξ ($38,659) | May 26, 2021 |
| Offered | | | 16.75Ξ ($40,551) | May 25, 2021 |
| Offered | | | 16.75Ξ ($42,472) | May 25, 2021 |
| Sold | quantbik… | 0x6f6ab4 | 15.55Ξ ($59,161) | May 16, 2021 |
| Bid | 0x6f6ab4 | | 15.55Ξ ($59,161) | May 16, 2021 |
| Bid | 0x4affe1 | | 15.15Ξ ($57,639) | May 16, 2021 |
| Offered | | | 15.69Ξ ($60,143) | May 16, 2021 |
| Bid | 0x4affe1 | | 15Ξ ($56,878) | May 16, 2021 |
| Offered | | | 16Ξ ($61,058) | May 15, 2021 |
| Offered | | | 16.90Ξ ($69,333) | May 14, 2021 |
| (Unwrap) | WrappedC… | quantbik… | | May 14, 2021 |
| (Wrap) | 0x0737cd | WrappedC… | | May 04, 2021 |
| Transfer | point-gr… | 0x0737cd | | May 04, 2021 |
| Offered | | | 20.75Ξ ($69,117) | May 04, 2021 |
| Sold | treefidd… | point-gr… | 19.60Ξ ($65,286) | May 04, 2021 |
| Bid | point-gr… | | 19.60Ξ ($65,286) | May 04, 2021 |
| Offered | | | 19.90Ξ ($66,286) | May 04, 2021 |
| Offer Withdrawn | | | | May 04, 2021 |
| Bid Withdrawn | 0x62bdc6 | | 19.50Ξ ($63,722) | May 04, 2021 |
| Bid | 0x62bdc6 | | 19.50Ξ ($63,722) | May 04, 2021 |
| Offered | | | 20.50Ξ ($66,990) | May 04, 2021 |
| Offer Withdrawn | | | | May 04, 2021 |
| Offered | | | 21Ξ ($69,886) | May 04, 2021 |
| Sold | 0x50dd57 | treefidd… | 19Ξ ($39,273) | Apr 08, 2021 |

| | | | | |
|---|---|---|---|---|
| Offered | | | 19Ξ ($40,095) | **Apr 05, 2021** |
| Offered | | | 21.21Ξ ($38,305) | **Mar 31, 2021** |
| Transfer | **0xb1adce** | **0x50dd57** | | **Mar 16, 2021** |
| Sold | **0xa39371** | **0xb1adce** | 6.99Ξ ($12,688) | **Feb 13, 2021** |
| Offered | | | 6.99Ξ ($7,954) | **Jan 12, 2021** |
| Bid Withdrawn | **0xdb81a8** | | 2.50Ξ ($2,969) | **Jan 07, 2021** |
| Sold | **0xca8fe4** | **0xa39371** | 5.10Ξ ($6,042) | **Jan 06, 2021** |
| Bid | **0xdb81a8** | | 2.50Ξ ($2,683) | **Jan 06, 2021** |
| Offered | | | 5.10Ξ ($5,139) | **Jan 04, 2021** |
| Transfer | **0x00bd9f** | **0xca8fe4** | | **Mar 08, 2018** |
| Claimed | | **0x00bd9f** | | **Jun 23, 2017** |

# Cryptopunk # 638



Cryptopunks / 638

## CryptoPunk 638

**One of 6039 Male punks.**

## Attributes

This punk has **4 attributes**, one of 1420 with that many.

**Chinstrap**
**282** punks have this.

**Top Hat**
**115** punks have this.

**Smile**
**238** punks have this.

**VR**
**332** punks have this.

## Current Market Status

This punk is currently owned by address **0xceab29**.

This punk has not been listed for sale by its owner.

There are currently no bids on this punk.

## Transaction History

| Type | From | To | Amount | Txn |
| --- | --- | --- | --- | --- |
| Transfer | 2yeah.et… | 0xceab29 | | Aug 17, 2022 |
| Transfer | 0xebcfc0 | 2yeah.et… | | Jun 03, 2022 |
| Offered | | 0x6d8a47 | 0.00Ξ ($0.00) | Jun 03, 2022 |
| Transfer | 2yeah.et… | 0xebcfc0 | | Jun 02, 2022 |
| Offer Withdrawn | | | | Jan 19, 2022 |
| Offered | | | 2.5KΞ ($11.1M) | Nov 02, 2021 |
| Offer Withdrawn | | | | Nov 02, 2021 |
| Offered | | | 750Ξ ($3.18M) | Oct 31, 2021 |
| Offer Withdrawn | | | | Sep 14, 2021 |
| Offered | | | 435Ξ ($1.44M) | Sep 13, 2021 |
| Offer Withdrawn | | | | Sep 02, 2021 |
| Offered | | | 875Ξ ($3.01M) | Sep 01, 2021 |
| Sold | doublere… | 2yeah.et… | 180Ξ ($442,674) | Jul 31, 2021 |
| Offered | | | 180Ξ ($425,353) | Jul 26, 2021 |
| Sold | 0x50dd57 | doublere… | 130Ξ ($277,363) | Apr 10, 2021 |
| Offered | | | 130Ξ ($277,363) | Apr 10, 2021 |
| Bid Withdrawn | doublere… | | 115Ξ ($245,359) | Apr 10, 2021 |
| Offered | | | 150Ξ ($323,414) | Apr 10, 2021 |
| Bid | doublere… | | 115Ξ ($249,892) | Apr 10, 2021 |
| Bid Withdrawn | doublere… | | 100Ξ ($217,297) | Apr 10, 2021 |
| Bid | doublere… | | 100Ξ ($207,020) | Apr 10, 2021 |

| | | | | |
|---|---|---|---|---|
| Offer Withdrawn | | | | **Apr 08, 2021** |
| Offered | | | 150Ξ ($304,919) | **Apr 08, 2021** |
| Bid Withdrawn | 🙂〰️.et… | | 48.40Ξ ($97,683) | **Apr 08, 2021** |
| Bid | 🙂〰️.et… | | 48.40Ξ ($101,269) | **Apr 07, 2021** |
| Bid | **anonymou…** | | 46.80Ξ ($97,064) | **Apr 06, 2021** |
| Bid | **Deeze** | | 44.10Ξ ($92,651) | **Apr 06, 2021** |
| Bid | 🙂〰️.et… | | 40.48Ξ ($85,054) | **Apr 06, 2021** |
| Transfer | **0xb1adce** | **0x50dd57** | | **Mar 16, 2021** |
| Sold | **TweetyPi…** | **0xb1adce** | 20Ξ ($34,158) | **Feb 08, 2021** |
| Offered | | | 23Ξ ($39,281) | **Feb 08, 2021** |
| Bid | **0xb1adce** | | 20Ξ ($34,158) | **Feb 08, 2021** |
| Offered | | | 25Ξ ($42,697) | **Feb 08, 2021** |
| Sold | **0xc352b5** | **TweetyPi…** | 18Ξ ($30,742) | **Feb 08, 2021** |
| Offered | | | 18Ξ ($30,856) | **Feb 08, 2021** |
| Bid | **0x4e0030** | | 14Ξ ($22,256) | **Feb 08, 2021** |
| Bid Withdrawn | **Pranksy** | | 1Ξ ($136) | **Jan 05, 2020** |
| Bid | **Pranksy** | | 1Ξ ($132) | **Jan 01, 2020** |
| Bid Withdrawn | **0x717403** | | 0.05Ξ ($14) | **Jun 30, 2017** |
| Bid | **0x717403** | | 0.05Ξ ($14) | **Jun 25, 2017** |
| Claimed | | **0xc352b5** | | **Jun 23, 2017** |

## Cryptopunk # 8472

# CryptoPunks

Cryptopunks / 8472



## CryptoPunk 8472

**One of 88 Zombie punks.**

## Attributes

This punk has **2 attributes**, one of 3560 with that many.

**Mohawk Thin**

**441** punks have this.

**Small Shades**

**378** punks have this.

## Current Market Status

This punk is currently owned by address **0xce90a7**.

This punk has not been listed for sale by its owner.

There are currently no bids on this punk.

## Transaction History

| Type | From | To | Amount | Txn |
|---|---|---|---|---|
| Bid Withdrawn | 0xcfc505 | | 800Ξ ($984,616) | Jul 15, 2022 |
| Bid | 0xcfc505 | | 800Ξ ($891,464) | Jul 14, 2022 |
| Bid Withdrawn | 2.punkso… | | 700Ξ ($777,693) | Jul 14, 2022 |
| Bid | 2.punkso… | | 700Ξ ($775,103) | Jul 13, 2022 |
| Offer Withdrawn | | | | Feb 09, 2022 |
| Offered | | | 1.3KΞ ($3.24M) | Jan 26, 2022 |
| Bid Withdrawn | notgreed… | | 0.85Ξ ($3,358) | Dec 23, 2021 |
| Offer Withdrawn | | | | Dec 23, 2021 |
| Bid | notgreed… | | 0.85Ξ ($3,353) | Dec 23, 2021 |
| Offered | | | 8.47KΞ ($33.53M) | Dec 23, 2021 |
| Bid Withdrawn | 0xc6f2d8 | | 1.55KΞ ($5.78M) | Sep 01, 2021 |
| Bid | 0xc6f2d8 | | 1.55KΞ ($5.57M) | Sep 01, 2021 |
| Transfer | 0x9fce8e | 0xce90a7 | | Aug 30, 2021 |
| Transfer | 0x1cbb87 | 0x9fce8e | | Aug 24, 2021 |
| Offer Withdrawn | | | | Aug 24, 2021 |
| Offered | | | 2.22KΞ ($5.59M) | Aug 04, 2021 |
| Bid | phunksot… | | <0.01Ξ ($0) | Aug 01, 2021 |
| Sold | 0x50dd57 | 0x1cbb87 | 700Ξ ($1.71M) | Jul 30, 2021 |
| Offered | | | 700Ξ ($1.71M) | Jul 30, 2021 |
| Offered | | | 666Ξ ($1.35M) | Jul 12, 2021 |
| Transfer | 0xb1adce | 0x50dd57 | | May 03, 2021 |
| Offer Withdrawn | | | | Apr 26, 2021 |
| Offered | | | 1.48KΞ ($3.21M) | Apr 19, 2021 |
| Transfer | 0x50dd57 | 0xb1adce | | Apr 19, 2021 |

| Action | From | To | Amount | Date |
|---|---|---|---|---|
| Transfer | 0xb1adce | 0x50dd57 | | Mar 17, 2021 |
| Offer Withdrawn | | | | Mar 17, 2021 |
| Offered | | | 1KΞ ($1.88M) | Mar 15, 2021 |
| Sold | Snowfro | 0xb1adce | 130Ξ ($224,930) | Feb 11, 2021 |
| Offered | | 0xb1adce | 130Ξ ($224,930) | Feb 11, 2021 |
| Bid Withdrawn | TokenAng… | | 12Ξ ($2,395) | May 26, 2020 |
| Bid | TokenAng… | | 12Ξ ($2,450) | May 25, 2020 |
| Bid Withdrawn | TokenAng… | | 10Ξ ($2,042) | May 25, 2020 |
| Bid | TokenAng… | | 10Ξ ($2,000) | May 22, 2020 |
| Bid Withdrawn | TokenAng… | | 7Ξ ($1,400) | May 22, 2020 |
| Bid | TokenAng… | | 7Ξ ($1,401) | May 21, 2020 |
| Bid Withdrawn | TokenAng… | | 5Ξ ($709) | Jan 07, 2020 |
| Bid | TokenAng… | | 5Ξ ($695) | Jan 06, 2020 |
| Transfer | 0x5462de | Snowfro | | Apr 29, 2019 |
| Bid Withdrawn | 0x717403 | | 0.05Ξ ($14) | Jun 25, 2017 |
| Bid | 0x717403 | | 0.05Ξ ($14) | Jun 25, 2017 |
| Claimed | | 0x5462de | | Jun 23, 2017 |

# Cryptopunk # 4347



Cryptopunks / 4347

# CryptoPunk 4347

One of 3840 **Female** punks.

## Attributes

This punk has **2 attributes**, one of 3560 with that many.

**Pink With Hat**
**95** punks have this.

**Nerd Glasses**
**572** punks have this.

## Current Market Status

This punk is currently owned by address **0x810fdb**.

This punk has not been listed for sale by its owner.

There are currently no bids on this punk.

## Transaction History

| Type | From | To | Amount | Txn |
|---|---|---|---|---|
| Transfer | 0x465247 | 0x810fdb | | May 12, 2022 |
| Transfer | 0xd120cf | 0x465247 | | May 12, 2022 |
| Sold | 0xc3c14f | 0xd120cf | 115Ξ ($294,336) | Mar 12, 2022 |
| Bid Withdrawn | 0xd120cf | | 100Ξ ($255,944) | Mar 12, 2022 |
| Bid | 0xd120cf | | 100Ξ ($295,039) | Mar 01, 2022 |
| Offered | | | 115Ξ ($335,094) | Mar 01, 2022 |
| Offered | | | 115Ξ ($335,094) | Mar 01, 2022 |
| Offered | | | 135Ξ ($393,371) | Mar 01, 2022 |
| Offered | | | 120Ξ ($328,831) | Feb 21, 2022 |
| Offered | | | 150Ξ ($472,544) | Feb 08, 2022 |
| Offered | | | 288Ξ ($1.26M) | Oct 30, 2021 |
| Offered | | | 888.80Ξ ($3.45M) | Sep 07, 2021 |
| Offered | | | 400Ξ ($1.52M) | Sep 02, 2021 |
| Sold | 0x50dd57 | 0xc3c14f | 222Ξ ($703,216) | Aug 29, 2021 |
| Offered | | | 222Ξ ($704,171) | Aug 24, 2021 |
| Offer Withdrawn | | | | Aug 23, 2021 |
| Offered | | | 130Ξ ($396,741) | Aug 19, 2021 |
| Transfer | 0xb1adce | 0x50dd57 | | Mar 16, 2021 |
| Sold | 0xc352b5 | 0xb1adce | 45Ξ ($87,922) | Feb 21, 2021 |

| | | | | |
|---|---|---|---|---|
| Offered | | | 222Ξ ($704,171) | **Aug 24, 2021** |
| Offer Withdrawn | | | | **Aug 23, 2021** |
| Offered | | | 130Ξ ($396,741) | **Aug 19, 2021** |
| Transfer | **0xb1adce** | **0x50dd57** | | **Mar 16, 2021** |
| Sold | **0xc352b5** | **0xb1adce** | 45Ξ ($87,922) | **Feb 21, 2021** |
| Offered | | | 45Ξ ($85,990) | **Feb 19, 2021** |
| Bid Withdrawn | **Pranksy** | | 1Ξ ($136) | **Jan 05, 2020** |
| Bid | **Pranksy** | | 1Ξ ($132) | **Jan 01, 2020** |
| Bid | **0x717403** | | 0.05Ξ ($13) | **Jun 26, 2017** |
| Claimed | | **0xc352b5** | | **Jun 23, 2017** |