## **Exhibit 5**

Transfer of 300 ETH to 0x1c

# Transaction Details

**Sponsored:** SX - SX Bet | Bet in ETH or USDC | #1 Decentralized Sports Betting Exchange

**Overview**   State   Comments

| | |
|---|---|
| ⓘ Transaction Hash: | 0x01e56a4a02596ca8837abdeb92f498522256ef03675cee0eb2a9ce1a443aa687 |
| ⓘ Status: | ✓ Success |
| ⓘ Block: | ✓ 11885508    3671326 Block Confirmations |
| ⓘ Timestamp: | ⓘ 575 days 18 hrs ago (Feb-19-2021 05:46:51 AM +UTC) |
| ⓘ From: | 0xb1adceddb2941033a090dd166a462fe1c2029484  (0x_b1) |
| ⓘ To: | 0x1ceb38874b44e2b3a87b2d1204bc2b989529ed14 |
| ⓘ Value: | 300 Ether  ($435,312.00) |
| ⓘ Transaction Fee: | 0.004431 Ether  ($6.43) |
| ⓘ Gas Price: | 0.000000211 Ether (211 Gwei) |
| ⓘ Ether Price: | $1,957.47 / ETH |

**Click to see More ↓**

| | |
|---|---|
| ⓘ Private Note: | To access the Private Note feature, you must be **Logged In** |

💡 A transaction is a cryptographically signed instruction from an account that changes the state of the blockchain. Block explorers track the details of all transactions in the network. Learn more about transactions in our **Knowledge Base**.



🍪 This website **uses cookies to improve your experience**. By continuing to use this website, you agree to its **Terms** and **Privacy Policy**.