## **Exhibit 11**

Transfer of ETH from 0xb1 to 0x50dd

# Transaction Details

**Sponsored:** ⓢⓧ - SX Bet | Bet in ETH or USDC | #1 Decentralized Sports Betting Exchange

## Overview    State    Comments

| | |
|---|---|
| ⓘ Transaction Hash: | 0x1fcb34825f6cd837a2e8b09b3c12a236144fb59cd6fc198f1f6a5df73ff13a41 |
| ⓘ Status: | ✅ Success |
| ⓘ Block: | ✅ 12011882    3545066 Block Confirmations |
| ⓘ Timestamp: | 🕒 556 days 8 hrs ago (Mar-10-2021 04:29:48 PM +UTC) |
| ⓘ From: | 0xb1adceddb2941033a090dd166a462fe1c2029484   (0x_b1) |
| ⓘ To: | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 |
| ⓘ Value: | 20 Ether   ($29,094.20) |
| ⓘ Transaction Fee: | 0.004326 Ether   ($6.29) |
| ⓘ Gas Price: | 0.000000206 Ether (206 Gwei) |
| ⓘ Ether Price: | $1,795.63 / ETH |

Click to see More ↓

| | |
|---|---|
| ⓘ Private Note: | To access the Private Note feature, you must be Logged In |

💡 A transaction is a cryptographically signed instruction from an account that changes the state of the blockchain. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.



🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.