# Exhibit 14

Transaction Details of Sept. 17, 2021 Airdrop of DAI

