## **Exhibit 15**

Transfer of DAI from 0xb1 to 0x8cc

# Transaction Details

**Sponsored:** **UUEX**: Sign up to get 199 USDT and withdraw to wallet. **Sign Up Now.**

**Overview** | Logs (1) | State | Comments

| | |
|---|---|
| ⓘ Transaction Hash: | 0xabc88ccfbf49bc3984a59a84e1637d364563d5f660557d2d4927f5d58a12600d |
| ⓘ Status: | ✅ Success |
| ⓘ Block: | ✅ 13269971    2290964 Block Confirmations |
| ⓘ Timestamp: | 🕓 361 days 22 hrs ago (Sep-21-2021 03:38:05 PM +UTC)  \|  ⏱ Confirmed within 30 secs |
| ⓘ From: | 0xb1adceddb2941033a090dd166a462fe1c2029484  (0x_b1) |
| ⓘ Interacted With (To): | Contract 0x6b175474e89094c44da98b954eedeac495271d0f  (Maker: Dai Stablecoin) ✅ |
| ⓘ Tokens Transferred: | ▸ **From** 0x_b1 **To** 0x8cc24e59e29a0…  **For** 1,401,662.901165988484085379   ($1,401,662.90)   Dai Stableco… (DAI) |
| ⓘ Value: | 0 Ether   ($0.00) |
| ⓘ Transaction Fee: | 0.009930926 Ether   ($14.20) |
| ⓘ Gas Price: | 0.000000211 Ether (211 Gwei) |
| ⓘ Ether Price: | $2,760.20 / ETH |
| **Click to see More** ⬇ | |
| ⓘ Private Note: | To access the Private Note feature, you must be **Logged In** |

💡 A transaction is a cryptographically signed instruction from an account that changes the state of the blockchain. Block explorers track the details of all transactions in the network. Learn more about transactions in our **Knowledge Base**.



🍪 This website **uses cookies to improve your experience**. By continuing to use this website, you agree to its **Terms** and **Privacy Policy**.