## **Exhibit 16**

Transaction Details of Smart Contract with 1inch

# Transaction Details

**Sponsored:** - **1inch** - The most efficient DEX aggregator. Recover up to 95% of gas spendings. **Swap now!**

| Overview | Logs (1) | State | Comments |

- **Transaction Hash:** 0x537c4e2f2ea37a4dfba3f26246e24f48d0cdaed7a197b29ae391d744ff99d389
- **Status:** ✅ Success
- **Block:** ✅ 13270681   2291135 Block Confirmations
- **Timestamp:** 🕐 361 days 22 hrs ago (Sep-21-2021 06:08:18 PM +UTC)  |  ⏱ Confirmed within 30 secs
- **Transaction Action:** ▸ Approved 🪙 DAI For Trade On 📄 1inch v3
  └ Check in 👥 Token Approvals
- **From:** 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096
- **To:** Contract 0x6b175474e89094c44da98b954eedeac495271d0f  (Maker: Dai Stablecoin) ✅
- **Value:** ◆ 0 Ether   ($0.00)
- **Transaction Fee:** 0.007751454107735484 Ether  ($10.76)
- **Gas Price:** 0.000000166848639798 Ether (166.848639798 Gwei)
- **Ether Price:** $2,760.20 / ETH
- **Gas Limit & Usage by Txn:** 53,427  |  46,458 (86.96%)
- **Gas Fees:** Base: 165.348639798 Gwei  |  Max: 192.785131836 Gwei  |  Max Priority: 1.5 Gwei
- **Burnt & Txn Savings Fees:** 🔥 Burnt: 0.007681767107735484 Ether ($10.67)   💰 Txn Savings: 0.001204957547101404 Ether ($1.67)
- **Others:** Txn Type: 2 (EIP-1559)   Nonce: 0   Position: 157
- **Input Data:**
  ```
  Function: approve(address usr, uint256 wad)

  MethodID: 0x095ea7b3
  [0]:  00000000000000000000000011111112542d85b3ef69ae05771c2dccff4faa26
  [1]:  ffffffffffffffffffffffffffffffffffffffffffffffffffffffffffffffff
  ```

**Click to see Less** ↑

- **Private Note:** To access the Private Note feature, you must be **Logged In**

💡 A transaction is a cryptographically signed instruction from an account that changes the state of the blockchain. Block explorers track the details of all transactions in the network. Learn more about transactions in our **Knowledge Base**.

