# **Exhibit 17**

Three Conversions of DAI into ETH

| | |
|---|---|
| ⑦ Transaction Hash: | 0xc2a9a17c44a5b92b1c4a5...a7e...a29a5a29b [truncated] |
| ⑦ Status: | ✅ Success |
| ⑦ Block: | ✅ 13271679    2550150 Block Confirmations |
| ⑦ Timestamp: | 🕐 398 days 3 hrs ago (Sep-21-2021 09:48:07 PM +UTC)  \|  ⓘ Confirmed within 30 secs |
| ⑦ Transaction Action: | ▸ Swap 135,567.616396 USDT For 47.62367122274725888 WETH On 0x Protocol<br>▸ Swap 18,969.8418462 DAI For 6.691425772102564685 Ether On Uniswap V3<br>▸ Swap 297,194.18892379999961088 DAI For 104.43809351138951168 WETH On 0x Protocol |
| ⑦ From: | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 📋 |
| ⑦ Interacted With (To): | 🔍 Contract 0x11111112542d85b3ef69ae05771c2dccff4faa26  (1inch v3) ✅ 📋<br>└ TRANSFER  47.62367122274725888 Ether From Wrapped Et... To → 0x27239549dd40e1d60f5b80b0...<br>└ TRANSFER  111.129519283492076365 Ether From Wrapped Et... To → 0x27239549dd40e1d60f5b80b0...<br>└ TRANSFER  0.030373675120491279 Ether From 0x27239549dd40e1d60f5b80b0... To → 0xdd9f24efc84d93deef3c8745c...<br>└ TRANSFER  158.722816831118843966 Ether From 0x27239549dd40e1d60f5b80b0... To → 0x8cc24e59e29a0f9b46f1746b... |
| ⑦ ERC-20 Tokens Transferred: ⑨ | ▸ From 0x8cc24e59e29a0...  To 0x27239549dd40e...  For 451,662.9011  ($451,662.90)  Dai Stableco... (DAI)<br>▸ From 0x27239549dd40e...  To 0x3058ef90929cb...  For 135,498.87033  ($135,498.87)  Dai Stableco... (DAI)<br>▸ From 0x3058ef90929cb...  To 0x27239549dd40e...  For 135,567.616396  ($135,703.18)  Tether USD (USDT)<br>▸ From Wintermute 1  To 0x27239549dd40e...  For 47.62367122274725888  ($63,644.75)  Wrapped Ethe... (WETH)<br>▸ From 0x27239549dd40e...  To Wintermute 1  For 135,567.616396  ($135,703.18)  Tether USD (USDT)<br>▸ From Uniswap V3: DAI 2  To 0x27239549dd40e...  For 6.691425772102564685  ($8,942.49)  Wrapped Ethe... (WETH)<br>▸ From 0x27239549dd40e...  To Uniswap V3: DAI 2  For 18,969.8418462  ($18,969.84)  Dai Stableco... (DAI)<br>▸ From Wintermute 1  To 0x27239549dd40e...  For 104.43809351138951168  ($139,572.11)  Wrapped Ethe... (WETH)<br>▸ From 0x27239549dd40e...  To Wintermute 1  For 297,194.18892379999961088  ($297,194.19)  Dai Stableco... (DAI) |
| ⑦ Value: | 0 Ether  ($0.00) |
| ⑦ Transaction Fee: | 0.100363442393609402 Ether  ($134.13) |
| ⑦ Gas Price: | 0.000000149417287198 Ether (149.417287198 Gwei) |
| ⑦ Ether Price: | $2,760.20 / ETH |

| | |
|---|---|
| Transaction Hash: | 0xd28b221190007cdbb09e46a0c1b07ccd0c19e155d8c63c1470102baa26e502f3 |
| Status: | Success |
| Block: | 13270936    2550912 Block Confirmations |
| Timestamp: | 398 days 6 hrs ago (Sep-21-2021 07:12:18 PM +UTC) | Confirmed within 1 sec |
| Transaction Action: | Swap 450,103.143763 USDC For 155.267153470169935072 Ether On Uniswap V3 |
| From: | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 |
| Interacted With (To): | Contract 0x11111112542d85b3ef69ae05771c2dccff4faa26 (1inch v3)  <br>↳ TRANSFER 155.267153470169935072 Ether From Wrapped Et... To → 0x27239549dd40e1d60f5b80b0...  <br>↳ TRANSFER 0.128752220468623775 Ether From 0x27239549dd40e1d60f5b80b0... To → 0xdd9f24efc84d93deef3c8745c...  <br>↳ TRANSFER 155.138401249701311297 Ether From 0x27239549dd40e1d60f5b80b0... To → 0x8cc24e59e29a0f9b46f1746b... |
| ERC-20 Tokens Transferred: (6) | ▸ From 0x8cc24e59e29a0... To 0x3058ef90929cb... For 450,000 ($449,514.45) Dai Stableco... (DAI)  <br>▸ From 0x3058ef90929cb... To 0x27239549dd40e... For 450,172.416812 ($450,101.29) Tether USD (USDT)  <br>▸ From 0x27239549dd40e... To 0x40bbde0ec6f17... For 450,172.416812 ($450,101.29) Tether USD (USDT)  <br>▸ From 0x40bbde0ec6f17... To 0x27239549dd40e... For 450,103.143763 ($450,037.43) USD Coin (USDC)  <br>▸ From Uniswap V3: USD... To 0x27239549dd40e... For 155.267153470169935072 ($207,770.74) Wrapped Ethe... (WETH)  <br>▸ From 0x27239549dd40e... To Uniswap V3: USD... For 450,103.143763 ($450,037.43) USD Coin (USDC) |
| Value: | 0 Ether ($0.00) |
| Transaction Fee: | 0.059732204372312076 Ether ($79.93) |
| Gas Price: | 0.000000152451186723 Ether (152.451186723 Gwei) |
| Ether Price: | $2,760.20 / ETH |

| | |
|---|---|
| Transaction Hash: | 0x9343564d15a30fc66666d7f7bcf9a5fae656afbcf3614e24ec39fe875f7bf971 |
| Status: | Success |
| Block: | 13270689    2551162 Block Confirmations |
| Timestamp: | 398 days 7 hrs ago (Sep-21-2021 06:10:09 PM +UTC)  |  Confirmed within 30 secs |
| Transaction Action: | Swap 499,999.999999999991611392 DAI For 171.983920516216291328 WETH On 0x Protocol |
| From: | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 |
| Interacted With (To): | Contract 0x11111112542d85b3ef69ae05771c2dccff4faa26  (1inch v3)<br>└ TRANSFER  171.983920516216291328 Ether From Wrapped Et... To → 0x27239549dd40e1d60f5b80b0...<br>└ TRANSFER  0.046992483624615936 Ether From 0x27239549dd40e1d60f5b80b0... To → 0xdd9f24efc84d93deef3c8745c...<br>└ TRANSFER  171.936928032591675392 Ether From 0x27239549dd40e1d60f5b80b0... To → 0x8cc24e59e29a0f9b46f1746b... |
| ERC-20 Tokens Transferred: 3 | From 0x8cc24e59e29a0... To 0x27239549dd40e... For 500,000  ($499,460.50) Dai Stableco... (DAI)<br>From Wintermute 1  To 0x27239549dd40e... For 171.983920516216291328  ($230,157.48) Wrapped Ethe... (WETH)<br>From 0x27239549dd40e... To Wintermute 1  For 499,999.999999999991611392  ($499,460.50) Dai Stableco... (DAI) |
| Value: | 0 Ether  ($0.00) |
| Transaction Fee: | 0.038329929635085724 Ether  ($51.29) |
| Gas Price: | 0.000000137931029447 Ether (137.931029447 Gwei) |
| Ether Price: | $2,760.20 / ETH |