## **Exhibit 21**

Spreadsheet of Five Transfers to Staking Smart Contract Address

| Transaction Hash | Date & Time | From | To | ETH Transferred | Transaction Type |
|---|---|---|---|---|---|
| 0x26a5d3571b8ad9b50cfcf046b774651264cb4e1db8364ee44f64134cbbc13975 | 11/24/2020 3:38 | 0x3fb9d44bc83d0da2902e6230aed42fc219f8a426 | 0x39dc6a99209b5e6b81dc8540c86ff10981ebda29 | 5760 | Batch Deposit |
| 0x650544e04a6eb1993027e7a2babe5ea0db573bdfa18e57b2aab83263fec55e99 | 11/24/2020 3:59 | 0x3fb9d44bc83d0da2902e6230aed42fc219f8a426 | 0x39dc6a99209b5e6b81dc8540c86ff10981ebda29 | 5760 | Batch Deposit |
| 0xb70cdfc69c9f16a9ed2724d2116e036b1deb0da4aece814cedd9ba637eeeab34 | 11/24/2020 4:20 | 0x3fb9d44bc83d0da2902e6230aed42fc219f8a426 | 0x39dc6a99209b5e6b81dc8540c86ff10981ebda29 | 4992 | Batch Deposit |
| 0xae63c1bd58445aae210bddb6befcc9e689b1a5b1b9ed96a0bedde469e572d8f9 | 11/24/2020 4:42 | 0x3fb9d44bc83d0da2902e6230aed42fc219f8a426 | 0x39dc6a99209b5e6b81dc8540c86ff10981ebda29 | 4224 | Batch Deposit |
| 0x0e8d762716666e7f6fc645e0513bb4b161d135d93a7002b1665e35df3ecb92980 | 11/24/2020 5:06 | 0x3fb9d44bc83d0da2902e6230aed42fc219f8a426 | 0x39dc6a99209b5e6b81dc8540c86ff10981ebda29 | 4224 | Batch Deposit |

*See* Exhibit 22 (showing that the 0x39dc6a99209b5e6b81dc8540c86ff10981ebda29 smart
contract processed ETH to Eth2 deposit smart staking contract, with the ultimate address
being 0x00000000219ab540356cBB839Cbe05303d7705Fa)