## **Exhibit 22**

Address as Eth2 Depositor

**Transaction Hash**
**0x26a5d3571b8ad9b50cfcf046b774651264cb4e1db8364ee44f64134cbbc13975**

Transaction Details

---

**Featured:** Curious on Ethereum's hottest 🔥 trading pairs? View top pairs and details with **DEX Trading Pairs!**

---

**Overview** | Internal Txns | Logs (180) | State | Comments

---

| ? | Transaction Hash: | 0x26a5d3571b8ad9b50cfcf046b774651264cb4e1db8364ee44f64134cbbc13975 📋 |
| --- | --- | --- |
| ? | Status: | ✓ Success |
| ? | Block: | ✓ 11318591   4529051 Block Confirmations |
| ? | Timestamp: | 🕐 703 days 12 hrs ago (Nov-24-2020 03:38:38 AM +UTC) |

---

| ? | From: | 0x3fb9d44bc83d0da2902e6230aed42fc219f8a426 📋 |
| --- | --- | --- |
| ? | To: | 🔍 Contract 0x39dc6a99209b5e6b81dc8540c86ff10981eba29 (Staked.us: Eth2 Depositor) ✓ 📋 |

  ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...
  ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...
  ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...
  ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...
  ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...
  ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...
  ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...
  ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...
  ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...
  ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...
  ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...

Scroll for more ⌄

---

| ? | Beacon Chain Deposit: | ▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8fe22016735c27aa80c855d2e54ecd4598f01d800cc32c26 ...↗✓ |
| --- | --- | --- |
| | | ▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb4e95acf06c4287816dc779bcf86ee33124edd4800003d5b ...↗✓ |
| | | ▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x80468c2579b577e50b1e69755f06e72ebf6ae9caaed31188 ...↗✓ |
| | | ▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x852b319cc375a37077ca5674a9da5145684edddc56fb5fea ...↗✓ |
| | | ▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xaf1ca8e708a088a6063ba18223909458c878d42c68d17c90 ...↗✓ |
| | | ▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x89e83cc24c9c53d7ab5f3d0effb815436e27d577a5cc0441 ...↗✓ |
| | | ▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x896dad2cf42851f1018529fa6b92775ed35eeabb40070c02 ...↗✓ |
| | | ▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x949894777c68920cdc9de840ff2748633964458e4b9dbbe1 ...↗✓ |
| | | ▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x961f8d0355e16b0aa981f3cfe06b8210739d3b70991b7b02 ...↗✓ |
| | | ▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x945e3b07f647cc8359099cfec5b8d96bbe8942555ddd6653 ...↗✓ |
| | | ▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x9918ddefe15885ff52aac0ecf56a9dc7262ea8769555844c ...↗✓ |
| | | ▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa41f9c3114103c303ece3947e38110db8d15f2b941d45798 ...↗✓ |
| | | ▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x...b5f706c ... |

---

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0x892f1a9e0237965dab585560000b4367f2b96557058e76b ...](#) ↗ ⊘

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0x81bb5d670a4b119bee8a62de2fee56ec7edaaba3ddea4477 ...](#) ↗ ⊘

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0xadab14689f8c12a37ea6daac3682bb45a57fce6afaef6dfc ...](#) ↗ ⊘

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0xa5e539d4ef2d3750fc3b6375142aa3d2d59a4977b51f0413 ...](#) ↗ ⊘

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0x8f7dce279dfa8148f989dd409d99561a49ce6081c6f44176 ...](#) ↗ ⊘

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0x9740629505f30f421c6f3434bf3a75509ff2e7db67854c7b ...](#) ↗ ⊘

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0x85893f3497830807792a2959226a79552717fa12fc6ab1f2 ...](#) ↗ ⊘

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0xafc2213ecec9f12ec9bb0580884f70280578ff04fc308833 ...](#) ↗ ⊘

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0x877d4d5cc48d4f7ef4bd7ae259b93fcefdcd2272931785e1 ...](#) ↗ ⊘

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0xaa9edc54cdf816fc49cf14c94acf9b429a55181fc9837e99 ...](#) ↗ ⊘

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0x91b6c850658d836a60518e316e0defee14d0127348501b42 ...](#) ↗ ⊘

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0xa95a0aad2850c295268c7c7308ac8644a5caa84b6c213379 ...](#) ↗ ⊘

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0xad499bd8c737b778e83948b5d8edb0695a6ae14360b1204d ...](#) ↗ ⊘

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0xadea2f8a2661c61d499a8e7fd04981e04c6c6fe0fc03c1c2 ...](#) ↗ ⊘

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0xb286c82bb0ab1ba5d0b35db6d5425e48073055244f59f758 ...](#) ↗ ⊘

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0x875aa0cd576bce608192fc96152e46fd41ca19c5972c9e5d ...](#) ↗ ⊘

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0x85bb5146c5f62e4afb83c30d91206be768e2a479bb66e35e ...](#) ↗ ⊘

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0xa89b3f9fc3257d45e1d9697b5679abc084a5fb1d450dcd34 ...](#) ↗ ⊘

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0xa36b92df404f4e37ad21225aefe64b304d3e246b203ec39f ...](#) ↗ ⊘

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0xa37abddab019faf27e453a57578ce01913dfda031fca9139 ...](#) ↗ ⊘

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0x860531788f3f6508e6ab43c3b3e060f84ebc864c35071ae6 ...](#) ↗ ⊘

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0x9632e9ab9bd3d58cc527c6702323097a4b4b704dadaf0732 ...](#) ↗ ⊘

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0xa055a416bfae9d04de89c6c282f67c2fc8b7547d759d6de1 ...](#) ↗ ⊘

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0xb26369a269c0dc93c31129d71adf89d25c7f5a5285afa00d ...](#) ↗ ⊘

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0x921c8998a8ff104c32833881ed21583d77d533dfcf12e3dd ...](#) ↗ ⊘

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0xa39719bd98408c6398853f98edd63fb869cdd3ed2ccec30e ...](#) ↗ ⊘

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0xb87015d46ef4fe888ca59420ee59ebe4d9bf66c6e9892211 ...](#) ↗ ⊘

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0xb86101d04d37ea51100bbb1efbac2160b2acfb3d88d6302e ...](#) ↗ ⊘

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0x95c3f4444f0000e26d529dacf3789cc445daf6e00890d7fb ...](#)

[0xeefe3b536](#)

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0xa3fcd1de9caf413fe3fb4515ab742064e71312c170218fff ...](#)

⊘ This website [uses cookies to improve your experience.](#) By continuing to use this website, you agree to its [Terms](#) and [Privacy Policy.](#)

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa00dbdaa673122dfe06f7dcff0d5e470bb4a5eba1e09ea32...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb6a79634d5f121d810fbb8c4d11859dccfacbf567cdd1372...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x9885acc732116303a483ffd555543f0776c814c90ad9edd2...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa411328d71904d359fc2648e70e998b894b9a4ce0a317e60...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x95ef6d0632994890ecaf904063356a7e4d8016fb8047ae3e...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8910948d7b3ed1fcc9bff695659ff310fe2a95b1544cd7b8...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8fe2426287a0318189a8296de1e00fdb96a2198eeba31dc1...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x94ad05976065f3756a117215f6635586a1f7e5da27cf1ec6...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb13678cb717645090808de7a95f2a1076e023a7908dad87e...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa57462b847ebd727a7c6c545715ab9eadfa1c511412cad64...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x881b9185de4bf8c122fe20b3f4262fee1e984e109350f16a...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x841cf8148aec8136dfa3e5edc3f6408adf1593a705cb015d...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xab3f2a5b12460ca75bec4b8bf1a4ef7464dc648671097fca...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x81fa78d421dd00a587574a2d837cce71bcffadf1a3b72de4...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb705aa638f2a8613414473521fe0c06aecd4e79805591de9...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa214977229339d3a691011ecee110748709cea06bab85961...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x88c4184ca1fe50ad5357ae1a03238127ccac035aa678545f...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x827f924e6e5d71fcaddd91567f0db0c1ff3cbc9b976274a2...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8b6c09b6df11240e41853b4ad0494582bd7e1522d61490c3 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xaea2ea0d72ca38afba3285227a51bb19ceaadcf9e7c5b993...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb7d9bdd876c2b4ef13fb8ea3879d3da2954df02048e969e3...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8bcdc234d1dba65ebc7458bffc2bd914c7ac00bf249774a1...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8a03028868ec3bea1c07fd0c550cdd28519c54b2ef23b5cd...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb85bd72e8d599cedb9941f4c0dad69a814f39095d10e1d70 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x3dd119832d1b9394a0e6e5e6504001459c7d2ad86aceafa ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8018578b93d7edf0a57cd1cb567148ce641d19e724f5acb7...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb78139a521e0764b2eb610391d3af0f118b6fa17c25a42e8...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa2116fbc0ea8ef0b1b8f628751e84436ed7f12792f09e835...** ↗ ✓

**...61931431b**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x89403a0cd5c438f61ad247fd6b21c364097bb06498f16be0...**

ⓘ This website **uses cookies to improve your experience**. By continuing to use this website, you agree to its **Terms** and **Privacy Policy**.

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8607c48e5fad6882fa267170c7ac6906858aa47ac2c219db** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x950ebf4beeb83ed94ece80d0c89af1d5e3ed37971e23d9c0** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8948b355bab971d4c1792cf4627672179293c77480481daf** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xba2162b6eb4887a0e4e9d37e7e3d5cb223f532d02b57f136** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x85b2821cb935fe6558ef62eb5f7b06860ccf024d8c72b22d** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8cee00934039eea01df9786de93791a50354b14316ccd8f1** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x96319e58794914cd61b62f62d4a078d987d8f0571caf28bd** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x991cc62d8c2b481c547a45f6defa31cff2afccc78b105056** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x840006c24dd722307d040d622371f9095c062b35edcf0684** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8b642c5d4ccb23f98f06433d65d7715f7760373171ab4137** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8e65d1b7932ebb255918527a04414ef2372b8ec9b0b16e12** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa16941df88c662550d402faf7349cc848d03f1973bb43462** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa21f1a1800e56e64e90448c3192178ab514ecd9515eaa457** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb979c25df984851513104d3c59453da71c9ae5165eda6309** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa19d5b72cc0152de1a65541121586658e3a76e36d0c2bdc9** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa09d7d7ebf359d3789defcc8a41b9fd7b6fe2d19c452d02a** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8ee79b745415c51201b040cb5233e96da5792a7d1b878693** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x91d7e7cfc37fbde572a8049791d6a79e0475f4033afd5649** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xad92fc674a39a7dabe84d44f9ad81e0d8ea18e4bb12810a6** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb7c4aa372b931a6d75ce59201c2a62fd67e2e634b9707dbe** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8f2b63756c36a5a44c5d781812db85770bad0167ad975810** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x9474e6115d4b2e37cfba50bc7810160bb0d9bf49af24afaf** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x909b5e93a30d5471a0d86c6ef30ec97a86866f5e5f8e8eed** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x9690d2a34e719dad9e9dac2711c2d685434adb092c74c65b** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x91d069a286c272457be49881fe4ae728a79a686afad3c065** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x97badfb5925b544763a13471a9775ae6f28f5495623fa425** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb2a971ded117b3af9f6736e3ddf2afe102d6e15a394a70d6** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator ...71093c300

This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xae372e9266183c3883a8f234d8bd404918b2f59ef3e26c85**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x992117704efd92776b7487d994ac05717c1807360ca75a17 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x89f7a862a28a57617a2e92447661ac8f4a8a78b04c47f5ad ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x93375e44d9b388fa844c831668bc09815b8af9356491e370 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa950d3ce1cf9dcb67b2a09d50366e7a6220e656285917805 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x9048d58892b3c3a55678ad51b29cbffabc1611cec3bec711 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x941563fc900024bd27c2859a522fcf654d851c385245d9dd ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x9056a79e86724e065ab19cc26aded06d76d454254e0edd6c ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa05e8e424eb38b99f0095cec9b0cec27f1b99622dd024f03 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8682471bd5275cf69d67860c13e49af9f14b9658c0422690 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa518104e9039acd8f39d079af4705998af3499b33d1a30cd ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa766b3d76167d6933261702f9b47e405f7772efc63484dec ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8cd2576d9a2753c0e2206bcc4f302cebe1df029b8b093dce ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xac4637c15070d1d0dca93e685561d4451e279b45aba445ff ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa5255a09e24472bc76ec6a8304319c6d6f9536ed105bee1d ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x84abdee7775d9183efe8c3082c8d3a306663f8e79f42771b ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb2cf1138d9970e317f137f14db7c265862af5b54185c733c ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa3b3b9770abe99441bf303f281399f74e1c0ee321a958551 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x94452b7c25b333441b8c8120eb52664b1bd0320ef92cf53c ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xaf5a6026e2aaa0241c6d579240bca0b0aa14e8cef601ba52 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa13e6340b98e2499a44d5c067fe4953bcc8dca91b5a70ba4 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa29cab01d74fef1ec7d8d20787ce0c058017e98aedd97292 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb5c58aa768f57b0033fe5fbbd7720dd5b22bd3556c14578f ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa247845bc215e9a4ff34e2e1e01965b193549481c480ba62 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x826ddeaaafd113c638bd283161fdc0b095eb14fb014b6379 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8c8219cdaf2dabd67e145e928b67e8e6f5716523c75deab8 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x88b8dabad414ef2659b6150062a5a40a5ef72d006c75826b ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x9007075acb3e2042da3ba9d19ee7adf7670a621e6175bedd ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa7359d2294ac9cac7a23366484afc02ece69f93aee01604f ...

0x...1b2bbf7b9

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

▶ Deposit of **32 Ether** for Eth2 Validator

PubKey 0x95d5513e33d7e326ea70bdea37457ee5dd15b1c60360ba9 ... ⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xaf4416cd5f04935c768b4b245228a99ddf72bff875df6cc7 ...⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xaf7f49bc5ad308e5588ef9d8247c03bdb08c44dba9601c22 ...⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa2b0ce980fdab784da3ba234e7341df9e23a96451f6ca8ac ...⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8f6093d6f88421c329c17f44880dbe20efe8ba3de5f43081 ...⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x998c51e195e0b5f8738f4e21fa46c4b57e18761dab77bb25 ...⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x929583f09f525b7c3e795afe82920128aace67de5facf1ae ...⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa69baf8ec9f3e8e61672ee0be00b4d14a127be6249dac94d ...⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xab7505ec4defbc26ffdd8041b1f06072ffbabc69b3806954 ...⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xae3bb5950fe59add4fc1dc8401b268ea6800d0a190a7bd7e ...⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x87f118bdc489e44f4260d1a6935c4a66dd2b3036eaff8fce ...⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x85e9ec1800eb2cbfb2d34c5a74a9eee11a647102abda74ad ... ⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8ca61c379aaa22f9433bd495110d4ca433e42b9c75e5d22d ...⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb7db1fee7c28dfc98ebc598a35eb6d6606afa700a0a8000d ...⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x811eb5bc058a5877eb3175cb8f4031922d6066d4ae540272 ...⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x85e973a2adf31c8a9d4d0153b58960e9284fcbbdb437cc40 ...⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8e5b689bbb079a96d868621b5dd973c6fa7fd0f48b2808b4 ...⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa7487454f96f5e7cd2dee549f6ad00ac50602264b4e72359 ...⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa85059abbbec61a131ff49c274108daab4efccc56a3c0a84 ...⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x9652728994889b5efeecb4b8cf0e0435b01f45469b175934 ...⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x87222e8cc074cd778508e5a442987f43f8616de901ec20c5 ...⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb3a0728d3da75c2de57e606c397f37a1a774516f85fe30fd ...⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb6b4804d67f2c7cfd2c9ab0858e1c0166d075cfe390cd96f ...⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa72428ba6301a1856f4a16d79f52a6c0b9caff849b87cc93 ...⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x886def2a0cebed55bf62312724248068d0d9b633d6439895 ...⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8eddc2ed8b6325a8b8e305b0de16a6f2de6ed7c6a20eccaa ... ⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa7dd84710447561eb350061fa290717e4f1ac9d5ae9d31fb ...⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb37678f4f2db48ba4f16402670c608e2d4f9da1d04b13435 ...⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb0ad45b1fa80b4b472d7bc9c6833f3fb40c0aeb146a0d6c3 ...

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xaf134ff2c67780943bec409d8c023f64e0eab27e3c0fac9a

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xabf8525a3f0aab6a4c88587a0c1205491333cc068a0b3814 ...⧉ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x99d5b87d4d4c13234b049394e3a847b9865b50dd49c5d424 ...⧉ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xb4e6fa3a7a8b54d727b6f04e62e117e004712fb2b6742471 ...⧉ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xb52d9ee3704c562d77a6dfdf97c280528d4c87ffb0daafd1 ...⧉ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa27fc189b668c3feaa29c2ee5059cace7788e8f5d7df66de ...⧉ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xaac55235d5a162dd735ab1b2b487235decf6074c1df0b31c ...⧉ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa9a06bda7b9ce823b9e7bbf2d7a3b693bb8c3837fa1fc787 ...⧉ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x914e1a89c55defdbab13377d3bff081b13b163e7abd4de04 ...⧉ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa1071e5d55691f3b56efdeedb1071071abfd3acbb958cb7f ...⧉ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x4aca9eb8561e2b05d9e2bb9d822e9e3aee1745f8e143dd4 ...⧉ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x85c34461121057a5565c34a3a4509fb13225cec59c452361 ...⧉ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x8c4c5f341152d69990e367494051178ee05dcb49526f0f1e ...⧉ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xaf036cbf7e4aac918af88522128632274f2212fec800fbfb ...⧉ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa475d75d49eaeec0b8ae8c24d163936b1404415a28259a52 ...⧉ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x86ce56874d0f182a1713b31ff91ec72b97ee61833bcea87b ...⧉ ✓

---

⑦ Value:              5,760 Ether     ($8,877,657.60)

---

⑦ Transaction Fee:     0.734094058 Ether    ($1,131,43)

---

⑦ Gas Price:        0.000000101 Ether (101 Gwei)

⑦ Ether Price:       $604.98 / ETH

---

**Click to see More** ↓

---

⑦ Private Note:      To access the Private Note feature, you must be Logged In

⚙ A transaction is a cryptographically signed instruction from an account that changes the state of the blockchain. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

        Place **your** AD here        

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

**Transaction Hash**
**0x650544e04a6eb1993027e7a2babe5ea0db573bdfa18e57b2aab83263fec55e99**

Transaction Details

**Sponsored:** ⓤ UUEX: Sign up to get 199 USDT and withdraw to wallet.  Sign Up Now.

**Overview**    Internal Txns    Logs (180)    State    Comments

| | |
|---|---|
| ⑦ Transaction Hash: | 0x650544e04a6eb1993027e7a2babe5ea0db573bdfa18e57b2aab83263fec55e99 ⧉ |
| ⑦ Status: | ✓ Success |
| ⑦ Block: | ✓ 11318679    4528972 Block Confirmations |
| ⑦ Timestamp: | ⏱ 703 days 12 hrs ago (Nov-24-2020 03:59:53 AM +UTC) |
| ⑦ From: | 0x3fb9d44bc83d0da2902e6230aed42fc219f8a426 ⧉ |
| ⑦ To: | 🔍 Contract 0x39dc6a99209b5e6b81dc8540c86ff10981ebda29 (Staked.us: Eth2 Depositor) ✓ ⧉ |

    └ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019ab540356cbb8...
    └ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019ab540356cbb8...
    └ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019ab540356cbb8...
    └ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019ab540356cbb8...
    └ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019ab540356cbb8...
    └ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019ab540356cbb8...
    └ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019ab540356cbb8...
    └ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019ab540356cbb8...
    └ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019ab540356cbb8...
    └ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019ab540356cbb8...
    └ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019ab540356cbb8...

Scroll for more ⌄

| | |
|---|---|
| ⑦ Beacon Chain Deposit: | ▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x2d494ab9c0093b3357416365d67aa348484bd574b27d97d ... ↗ ✓ |
| | ▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x8676fa94abc961ba9af42e942b84546ca29b07c8f3a994f1 ... ↗ ✓ |
| | ▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x4e1937ce94e8dce99accd05eb52acc9b8df632a3e005d9e ... ↗ ✓ |
| | ▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xac8e376ab16963d66605e4fe578956b079a9b15cc1884921 ... ↗ ✓ |
| | ▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x826a6405b4eead365bb5be9f62a643c3e37d2a7ccfe48dd9 ... ↗ ✓ |
| | ▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x929227a46f94c65265b03461b869eb3cef7ac856dc93f232 ... ↗ ✓ |
| | ▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xb6404ea7c74d6c0d603cfa69e41d396764b2f58ae1ef511d ... ↗ ✓ |
| | ▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x88f1b3cdd8eac2f8bf6d4df2535b6e221b8d97f203713773 ... ↗ ✓ |
| | ▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x722d1cfe33122df134d90acb44788abc247a6ca95b20c43 ... ↗ ✓ |
| | ▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xb289a076905b6737bc7e676b285e45fe75c4c926ce099692 ... ↗ ✓ |
| | ▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x93b9ea6b970dffea42849eaba5e10971952d6f4e70828f39 ... ↗ ✓ |
| | ▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x861dead3075d6d8c08071132788e821964678213b625f124 ... ↗ ✓ |
| | ▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xaf6a7acd8edf01658626074bb21756a23515a322f41be90f ... |

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

    094842fd7

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa318f1668d494f6ed5d52c61f2cf2ed6472bec62c613c583fc2 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xac8f150702fc2d4e2cf18fec0e4bfd66f70a5a4a592b59a5 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa433cd15171424328d36d6e23ff3b7dff241e69afac749aa ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xac66815636ff2daf74d15a1fc831d2e8056eeaa1f033fb4f ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa2c4a7c2b53fdb69cb541cb1240e13f83cde95cb0297d1f8 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb630560d43f8cad86b5c4cbe4902aed90051b204fd56189a ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x9083f9ed99263b75303ffd6742d10ac3f14a9d691f951de1 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8cf65354f594b55980f63f7b46b1d2af916c936d51291320 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x81aac7eee6d99c3fd31302dcaf2c6cf49065f878b4e66b73 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb2327fd530efedfd4b714aeb5db76ea81953e92c75cf5c63 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa3dfdb8d860a4ff67e1f0316ce98896080094cea20c2e9da ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x81806885229756437e72b55f09074c9f24f24d408b089f7c ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa78ef2929c5aacac86a9a88c4545b84f9788a0837150a192 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x87e9fe0452343da7369d99f30ca38a103d1bb80ca25e35ef ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x81ce114d4fb5facf932522187b0ed523ce380393cdb5c125 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8b46cd7344c11ca055069631457761e52b6f1bb61059a341 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb7d493f6640e8810ce2967c4ce081e1dc38297aa00df6cbb ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa6d347fae7dc7cac195d05057e4daa796c776de2924b34eb ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xaba390ecdfe53d16a29469003292a2d62b102e76febfd63e ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb42860245ad0ed0578bdcc1592cc9b7b45fc1ae269663436 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x95cddbe351c5e836ea74edfba00d2d818bc262ebe9ab6ba5 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xade83eb1e218f8c8180857007716f4ffa1a518a305deffde ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8cfb3885f374d0084890f2134ffe7532a09ac8a99992bea6 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x872d9b78e6b74286e0dcae07ba7ce7881f0b3d3819741ef6 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x99715bf887613aae5e456299394a886a46850cf36edbbff9 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb49b9faa768eb961865453ce65a0976a13d917c4b38939ff ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x981dbc8dfe90f2795cdc01ff7d810743b02d92f8aebff598 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x845faa8cfa242833c4ded1edbd1261f7e7883ea3a7674a37 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x80e8ce7407e2dc31aac6e36bfd2d9b49e48102c8fc4187b3 ...

○ This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

479615ae

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x9630d2c7d1c0498631d01e1fe72c32f2127fc2b99684da2f

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x98d88538f2a7d4f48dc52c85314aad135e581c65b8462f58 ...

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x94bd20558bd239da23086d752196909e32e9a5c99e0c7756 ...

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa983e7253e077a474cad2bdd89a7b6cc1dc7dbdf2c1a26e9 ...

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb434dd63912f476205c8c1ea6fd1f8b726d213fd55fb3b96 ...

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8a8e0a20ff32c6af15f36ac8c9720932a286ee2d1b72f8a0 ...

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x88c30b925e51d52a713d7965e2ae07ec987fcae189c095a7 ...

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb66ebe0aad5e96aeaf25cd1e088aefa51a32d944b861d685 ...

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb4fb900d1e71111af5ee28e19e377725b4562e3a6a81c231 ...

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8b2ec7e79a52f33c246b268d30ba12e6e117835958e9e890 ...

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x887302046e7cc70ef2525ad0b56c6ae2554b6c4617b21da6 ...

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xab6f79851b28ebdcfc576b3f43d7eeaf05c96bb95ce7daca ...

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xaf86271eb5d53120d5e11e8a1c113020acf36cb7277bef9c ...

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x80317c0e995b47a51f37ab5fb0aa90cb86015404f7a60a70 ...

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb54a83d026ddbb0b5259f918adcd855a9ef183209e28ff34 ...

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xacc61861ebed1bf5f956349512ed5b769096a2335832aab0 ...

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xaf9a615826e998254f1ad8dc97387537d63c1c5b8e441108 ...

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x875abcbc7461f4c6286c8c307245c95569107c0e7f485b00 ...

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa43aab05fda0973b2a4e2227dedaacfb9bfcdd535a76212b ...

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa308aa191201f2fd2771da60749e02e316bc797b195d98b1 ...

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa5e2e7e02cd4e6e1063d6926fd8962e1c44f46941b0d0945 ...

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x91e417b8443591ef23292a96c5c8787062f03b47acead615 ...

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa65532dcced00935f9f9ee2bbfaa39711e8d387d9178ffe5 ...

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa31a9cf55f7c164da2ffbffd24515a9e81ee1eb2a6d4a756 ...

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa92c8cea74877d34112f516ab8eacbff6caac6ef4f5b7dd0 ...

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x852f14b7e1730a270e5b095c15c613b78f2c8f3116afea44 ...

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8d8039b2263606ece413554d8e4c381c6ac8549c4f32d774 ...

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x83dd43eead5b225b60c4a640cde424a3a650ac7aa6c140db ...

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xad7a74ff06df60ea01f00d06d3bacbcf26cd37ba5d6b84eb ...c1463c2 ...

ⓘ This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xaa1f6a58585ebcb7e7c5dc7f44f0a9cbf5bb22a9e6f0f510 ...

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xabd4cc5b4a7083fe684ac21c1473514ef82a1dd4294464a8 ...** ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x935be7c16acca03a6d1cd6ee8cfc9781ec5db6d79ad84327 ...** ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x989af0dde44f1bdbc103c4cff37e489a7a0dd5a9683a77b2 ...** ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8aae86f15c26d968969dfa695b7cd358d6cb942b74335a94 ...** ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x974eb08f5bb85650a6f2b8d8c7714a1f446e6b66b4255b0f ...** ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb93d11ba84ad266b55bd471964a06ded8bfa6021749c5c8d ...** ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8aeafadd28a31ef5e4308760f34c75c961910da6127a62e2 ...** ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x9935e283cc4a5367e3817636eadf1ba74307c4a7da69a099 ...** ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb857d3f436889b5ecc83542fd7f63ab22a99258b5bdbdce8 ...** ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa691d68cd251fcb1777284e123fb98bb7ece21fff1a1e24d ...** ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb8e2cdc1343e9473e3e74d5fbdbdfca57c289c6f03f1bd77 ...** ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb62e75cf5bd033ff20b618f780991a056caf07b56e621879 ...** ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa0aed942968dead73c9e613787436c3b2fc80a7d83680158 ...** ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb795975e08d9f402f685716864305840b99bafffe64edf6d ...** ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x852a14819dd9a5a79a086f225916cdc287978915344d1a90 ...** ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb8d84b3c75256e4dc1a9cec299e30013ff6025a3d36ed819 ...** ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x92e6bc2015804a33feac08264a3b092dff7023ccecf98b6a ...** ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x93d9946e71d2d4988d32609d05b77ad1bef67ec9c95c1db9 ...** ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x904b463c03c4861499bb024bfc7765d7bacf413af55b8847 ...** ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa3d79e65e419d164e9f09a0db3031e441d26c66ef4928d72 ...** ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x95e0a8e35bd7abbe6ce414fe48b9a87b93bf7628077693fa ...** ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa758bf532548c1afb4a65037dd065ad37151856c4f3dedb0 ...** ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb758547cd3fdb3c784c7ae530ef99320ad4f262a617810d9 ...** ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb70aff73d58987c948b66a028634f43d9eb1d102515edbf9 ...** ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb735e01291fe27569c07d25deabc8665a088e21c4d82e6df ...** ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8037d24b14c2a4c8ef75ea707fedda1c32075c9714cac293 ...** ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x848613e70616ef2efbfc05d9664156d9504e35408ee24b83 ...** ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xad3b1772ef28d270d74aacc37be4c92d56cfd3839af48a14 ...**

**...d6030c15**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xaaf1ba9e7cb1075a82ac011eaa71fb1a46feed3a5df0a089 ...**

🍪 This website **uses cookies to improve your experience**. By continuing to use this website, you agree to its Terms and Privacy Policy.

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x99dd0e2a235404eeb8a85c4380c18aa94cf8ca8c4fba4101 ...**↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x91d5fca416389bfe437cf7bb3fb4830ba40799f4e2855bf ...**↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x85fc66f2456730712fb3ceea33517294c9dca5cf1f3e4060 ...**↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb4ad4e1353427938e3fbe15c7bad64881a98ca48cfd2976d ...**↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8ca56dd67cf4dcab21c3158777f88180ad10c6ad27b11f6 ...**↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x99b58a36931dfd83e3454866726f07bb1e3c18f6e5506f54 ...**↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x9220d8c3815163bcb4d00e06b0f7b93007dd95c21a0f4b93 ...**↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb4c8d6b6e3b516b68ca3c03d5fd693c9657dee5d069a9fb5 ...**↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x932ad51b5fda2dd46ff84c48fa06e2a7291eff51489cb9bc ...**↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x93fbf682405e17d600c140dce810392c5e5e6ed1f53272ec ...**↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x852c70db8440c12276fb1bb296fba369f30097ef723ebd08 ...**↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8b945271184017e8685107cb2458b04d849bab47f9cca842 ...**↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb638e506b87410768322dfe28237bff17c6c975e1621aba1 ...**↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa7d22d480cc20f5deea6f28e523663efd4dd082265ab061b ...**↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa9e7f6a216bf43612980c71de38581fd49ccf34b4e892da3 ...**↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x979255f2b71d225bc6185799a9adabeac607bbbfe69161c5 ...**↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8935ff6ed9362c05920583ebc66315bd455e18509f7735e6 ...**↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa9b6e8fe3c16f4924b65bbf52deadcbad92e69806a919a64 ...**↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xac47b1547662b11e0d1d8ddd071aa93190c5c8d495bf1f29 ...**↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb4b00dd30f9cc25f4c829879ff54c4d9872dad1c89a7010e ...**↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x95960a45da0c5c7e2ba8d7340a94bdf357e360bc9b1785d6 ...**↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8e9324ba140f946cdc5202a43d18087bba1ffd1d36e013f7 ...**↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa1d142beeffa005fbebedfeb65902301dd99313d7bb24235 ...**↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x85b8ea639168efd3b068a959532f5577fc99fa7316ef5315 ...**↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8402f5c26dbf47379d4b44f22933bf31209c51f51ceaf66b ...**↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8bd721c2135ca0dc49d56c4bb2d281c0f33b9e3e48565606 ...**↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8592364fc1ea9d3a2e15cccc0ca3ffae5454b1d7f4ca38a9 ...**↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x843a62beffe411485651672126fc8c7822712695fa9b9394 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa3293bd915073ae5292f08c2cf595b5e0da9b03197de9a44**

This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0x8cebb2c8b2ecbfac3417ebe68ce8c84b17479106db92ebac ... ☑ ✓

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xb8f2ce7be8a032debcaab576f5a48b48ee9d021423edae03 ...** ☑ ✓

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x8a78885bfff710eb38be9997b3363e5889d2c7e08cddeef9 ...** ☑ ✓

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x91ff9cb9cfce9df7ac09888350df134a5424d0e00a258512 ...** ☑ ✓

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x88a02253721c63d9286e8d3683e0fb1cdae56e986bf4007c ...** ☑ ✓

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xab066d3bf1b2d970b8cabc69452d834634b86c098010986f ...** ☑ ✓

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x8d5d08c1b288e65af670e0c90b89ccc06559c2f3749cb643 ...** ☑ ✓

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xb518641a864c0a1ed8091cdf0cd8e9f2f7736734c60fc4c8 ...** ☑ ✓

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x89615cf2a210892c52af3fd9afaea7a03afa0130d62df07e ...** ☑ ✓

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xa429c278ae7b8431a5c687d7150d018140ef1bc30406f7e8 ...** ☑ ✓

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x90731bffcbabca383394d9cb387557536559b20dbbb73132 ...** ☑ ✓

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xa2f4334c6e64cbbb88901afc5c8c80871b77abc374ad2b12 ...** ☑ ✓

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x94e7e745d19bf4ffc7bdb0e96a9ee0b2b44810336b5d5823 ...** ☑ ✓

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x893cbd05a95bcfc6ebc4a78ae0f8ffdf24908cd5567738bf ...** ☑ ✓

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xb4b9b26d04aa314825244c0f883a3aa9197ca30b471f2fb0 ...** ☑ ✓

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xad54b45987773fee7cbbc5d301758d0051e00cfb4d1eff80 ...** ☑ ✓

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xa90a20e7e545cfaaa467f977c4241df2033bdd4604013fa1 ...** ☑ ✓

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xb20462243f0ddfc66b09b53e692ab7fcf544670842fdaf96 ...** ☑ ✓

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x92a3c3c027b7de43a4cb5bb25c04892ae3a501eb6e58f717 ...** ☑ ✓

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x98a8ee88c0862e5a0cd8d42588e30ddb889cbfa2beaad78d ...** ☑ ✓

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xb604084b596f2acd9997e50e4d9039fca31f2ddf1c972b58 ...** ☑ ✓

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xb5bb15f3c4a88d9aecb720ef2781ade6b5f7badab04b20f2 ...** ☑ ✓

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xa1d8517fe86bf7400a63a13ce4fff684d48ec9836c8fd9e3 ...** ☑ ✓

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xb5ed543b4d47d39c0ec6592b83b4aef7cba51ac40ec6b278 ...** ☑ ✓

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x89d08a232b9f0bb61debfe0b90195ec72171bdb149832cb0 ...** ☑ ✓

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xb9bdda27c8cef5a1d19bb8d1a780aea49ed143c6ea95a0af ...** ☑ ✓

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xa78d28154a894d66e591823512930f30132793512e76d38f ...** ☑ ✓

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x8e94d6a7e6934e4c3c3bc8ec7435c419196df16170890920 ...** ... 28b3f6260

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x870a630a814a109d71cd7157da84796837afe72a2b15a21f ...**

ⓘ This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x97f28e79a8425d19b94fce80194fccb00ff3854330cddfa2 ...

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x969e3cbcf52b77b8e806b8ece819f6019a7f158623313324 ...

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa4034903698ead4f1660b04eda58fbdf13e0e1efdf17aabc ...

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x8f8c6d85434923864c7df1fd5c7ca9ac2fc86e8f5994408f ...

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xaefb1c54dfd76b89ca415521628b0385f69602592909c36a ...

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x98cf4122be02a29f5ba516560eba85ae634d82c4440e6e44 ...

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x82436813e7dc98d711c80c775bbce42e417bc59e1dc74767 ...

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa0628269f7c1c94c0271834db6c718e9fa0da3df29152821 ...

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x901cf17058bde65ecaf121a5b7b3e64bb6cd349bb0ae043c ...

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x950964386626a38b7d8b41c4c3f369b5f4634553aa954dc1 ...

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa280c6e732a85be6002763b2ed031e63313ce11a97300541 ...

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa9c52af517b0d8e1812cb048513dfff0461346fe66f1f2c7 ...

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x9738b698b2425b2000c8cbf24c1964b41685035ed914d898 ...

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa9fce43dae8191ea9bc8bd0864f0310f84f9e6fbc4293eff ...

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xb97957d9ef669022ebb80943c9e67e7ae75f4e2b67d8484e ...

---

⑦ Value:                5,760 Ether        ($8,872,934,40)

⑦ Transaction Fee:      0.826863774 Ether  ($1,273.73)

---

⑦ Gas Price:            0,000000114 Ether (114 Gwei)

⑦ Ether Price:          $604.98 / ETH

---

Click to see More  ↓

---

⑦ Private Note:         To access the Private Note feature, you must be Logged In

---

⑦ A transaction is a cryptographically signed instruction from an account that changes the state of the blockchain. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

 coinzilla        Place **your** **AD** here 

⌖ This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

**Transaction Hash**
**0xb70cdfc69c9f16a9ed2724d2116e036b1deb0da4aece814cedd9ba637eeeab34**

Transaction Details

---

**Featured:** Wallet-to-wallet instant messaging via ⓑ **Blockscan Chat!**

---

| **Overview** | Internal Txns | Logs (156) | State | Comments |
|---|---|---|---|---|

⑦ Transaction Hash:    0xb70cdfc69c9f16a9ed2724d2116e036b1deb0da4aece814cedd9ba637eeeab34 📋

⑦ Status:    ✓ Success

⑦ Block:    ✓ 11318782    4528886 Block Confirmations

⑦ Timestamp:    🕐 703 days 11 hrs ago (Nov-24-2020 04:20:07 AM +UTC)

---

⑦ From:    0x3fb9d44bc83d0da2902e6230aed42fc219f8a426 📋

⑦ To:    🔍 Contract 0x39dc6a99209b5e6b81dc8540c86ff10981ebda29  (Staked.us: Eth2 Depositor) ✓ 📋

  ∟ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019ab540356cbb8...
  ∟ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019ab540356cbb8...
  ∟ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019ab540356cbb8...
  ∟ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019ab540356cbb8...
  ∟ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019ab540356cbb8...
  ∟ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019ab540356cbb8...
  ∟ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019ab540356cbb8...
  ∟ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019ab540356cbb8...
  ∟ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019ab540356cbb8...
  ∟ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019ab540356cbb8...
  ∟ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019ab540356cbb8...

Scroll for more ⌄

---

⑦ Beacon Chain Deposit:    ▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa248e251882cc86c2b5177f57abd595772fd34ff28635678 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb6c071819d6957b8ec23a56aaa2158ca8f0c97599daf7c13 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x2eb078e312a0fb72cec39ba3d19af4f5b069cd44f172cf5 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x841c33ff3d03f38c32bd77b9395494691e0317b4fca863df ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x9349c983053ae43bff86bcab2a7ff95fbc695e4214555d16 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x85d88a1c13700c319a81ea2313ab68360c491fd242425b1c ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb1df94d07ae50a7b52ce707fbc734b9667cfaf657c6cadc9 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8cfc90335784f6e598a8975c677627953a2a7090ad62ed88 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8d4b8ad0de16f0929f55016458bdba574d8d83423796c4a2 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xae9547d0fd868c718266a3e5d9cd8d526b2ff5c1cb9a2daf ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb81e6480ec6ecdb3bb69cc27eddb6856eb8593855c2d917a ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa38a2784441ba63b5ff1b5d1e58b5e822366a47bffc1c164 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb1b202160f312b44892847e3a2e600fff0f11e0ef7a2ebaa ... ↗

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

...↗ ✓   ...835bb8

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x87f6e90dd939105557ea65fa20e89f9bfed97b516d2c5b597 ...🔗 ✅

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x816a10989ff4ee0fd12a10bf4ea08c73166cd2331bd38a0a ...🔗 ✅

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xad260f2aed82ae75524f14536dc639801cb581137a904a18 ...🔗 ✅

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa6c03e228b9d934e1a652e4481317eb36e577d630ce5ff12 ...🔗 ✅

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x8b51b53c9bc50628440c33cdde22e968e0da7c3cfb5c5e15 ...🔗 ✅

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa1461b2d26234a81c4188d421b9e924cc941ab874838cf5b ...🔗 ✅

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x90c5604c27999d31a627cae3881ddfa3ee9ed6dade92751a ...🔗 ✅

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa6c391135b1fc79e5a36d1ae9dcb1c63eb3934a1216951fe ...🔗 ✅

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xb83bbf20c6573017650b3b691a2ee266c1039fb71c1845cc ...🔗 ✅

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x93b4b1f47c51c87eeae39fde09f0b8b75805ff5c7681f115 ...🔗 ✅

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa7cc12e859416244c93309a1cf17813ee57bc8469894a4be ...🔗 ✅

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa8e3b3d3e6af5fcb7e6679a5778e1368495df8d13be4c81a ...🔗 ✅

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa9fd92298665b5f52cb47cb95b7be4db7381dc45fb4aed3d ...🔗 ✅

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xb392c494d1c9bbd1b0d36a329b6696a8149881515f8c9a7b ...🔗 ✅

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xb7a75cc125dbd99e216e3c9e3e5fb051b25556d1ee652731 ...🔗 ✅

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xad819caf2db9269580d21f8faea1ed6fb3769cd46c997257 ...🔗 ✅

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x83858349dca611449423ff913eb5958d79510ba726969bf1 ...🔗 ✅

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa4235af2958e76fdabbac2adda8e9740a3a773fd08ea55ac ...🔗 ✅

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x84000bb0827267074cce2971a47eb8991a405666462b49be ...🔗 ✅

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xac92bffa9d9d5d87a9a625c051ac19dba1288d163d32f72b ...🔗 ✅

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xb12c18699f7a6582884a04c5a788cf252d472829adfb71fe ...🔗 ✅

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x860b8b518532ce16f1d2dd82012626c27915f2781bde6b06 ...🔗 ✅

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa9d5f4ad8c7c7ac91d525415e99a6931e435d6113f2e8f4a ...🔗 ✅

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xafcf58ce4eb1dc5e1ad1fcfcadf8ba9d4ae3123b566b55fc ...🔗 ✅

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa16b6f686b433258ca9e98f8eae850f4092e27f64043178f ...🔗 ✅

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x922188942e72259d67cdff8b01436202ca2fa232ecb17a84 ...🔗 ✅

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x90382c46b22f6ad796997a6680de634c162daca8d6b90308 ...🔗 ✅

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x8efbd182f905e24be21c43fe854d5bad1170b43f07c61c1a ...🔗 ✅

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x93f7e84b6538d9a22d56dfeb4b615f5740427a2a94e07446 ...8ef9c9b22

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa75e0663b464894ff01b95499ff28efd08caf3c43e6dd642 ...

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x939f3c093d03a71d344ee0734f9c1d8447232eda32ea2928 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x988b960bc3528760227f860f97f79a5426ab8ade01099e9d ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x89c289fe101369676e012c466183483554caf62621473dc7 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb0ebef48beee2b791ad95d7d432662617c20e944b076611e ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa4f54068ddc5947815710d48a65a982637f894ce49dc84ae ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa9e26495c391b68eafd0f7b3a74f1ea542e58263c8fb8e9c ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa85a92aefeb2f03cbaf98f3d447bf50d6397ada9e65c3a9a ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8607b1d43000331652fb5c9d31f44630dd6d17139dd1b1a5 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xaa6e95273021ec0531e5714fe886d354a81575a543bd2aab ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x87c7a3f544278b4dfec7459de2acd3aeebbc5a02889ec232 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa49cb907ddac3c8b53e63e159ebe981f915fb93dd081ee56 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x81a7ac1ae28edcce8cad1361fe1be51fc22ed9e4f4179526 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8c9445a62630aecaa2eb9b2131b86b5cb4d091b1faac700b ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8d9ba5158f9753107f958366d75b4286bfeb3692adf358ae ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb366209ade48ad4c12abbdd926f4a2d6f7bce24086ca8d76 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x986138603703ea693394b2b51fbf27228ded2af8af89feb6 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x810604e7dca88072b38a6208499365770bb31c080f548e1e ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8f45f51becbd525233d4a53ec6d31ba6a83cb76a0a8c90e2 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa02f5073b20d214842aa8aebea5675f5fe60ec72db43b7e6 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x821477d767b870fd9107aa95a027dd30830f084220b2f5e0 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8818fbda5b9f91126643928076ed1dc1635a2b9f7e711f1a ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xabc18b397cce3124b61be8fc0bd916606495094392f22a55 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x90788c6accf2dc90d01b79fe13beb48a68e109ab3086d818 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8f15107460d3a16db4efacd4390c4b29ce10fa4eb4819f2b ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x819e277e5932901882407373c07fd406acaf8069fd5a8974 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa731618efdda47d72bde3a8ac3b3bf820369a17e965406a5 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8008c5506d9913204a747822dfa49c0729a93a10bbc7a9b3 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x82ac0117440f995005afd50b6c56e77670b466597deb3f85 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **...f25d8033**

▶ Deposit of **32 Ether** for Eth2 Validator

ⓘ This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

PubKey 0xe839cec666a...b1490681e3df3b0ac1b5bd7492a9089e ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8d796350f9eeec6fdacd5e77da1930fd4ca2efc1dcfeabfa ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xad900ba394b832e6c663faae06d0e4aa1c38fcdb0901ad55 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb960b884847befe2681db83fafbc4e44bdc4b823e000bb50 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xadea4fd0a2563dbf4207d2ab264eb01e92354f1592898833 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb1881976d2d4d71918401805f1d7ef2eb21bb6e4ce77bd65 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8a491158ac3cf2cf25f85228c60f9f13616b38b4be2a0425 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8fbf2cd24f7a9592de75421756ef7d915c1b53a7a25e8566 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x835e96b7a969b3eb9e02082ad5e8f174ddd730fd5debeb8a ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa1325e06a7fcadbb4b52154a0f8c8175c755dfdc86ee9ed1 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8e2b8e44ee365ea45dc58b839317da25a24829372af20886 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa4e5e60dfaae99bc4fc75d71f216f2e407134fb67f852dae ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8ed51a4e0080dad24705633f3a128d172495fa0889430dd5 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8893eefef826587d1e80f24967daf180e2d3af0661b39a74 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8c5efa9cd28c42f2207ce367440f5640a9caee5878966312 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8fd25e430c7343e21ade5d39ae730d853325ee8200ee8512 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x990317376dfb1fd67e7a12a815eaa43d287a31e115aa895e ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa2ece69c0fd7cfdc88e1d32bc8aa3af1b92d8c9c0b13f22c ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa1e562c5ea9593cbaa9fe0cbbedeca3c1cc217fe880c87ec ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x821c21c56d21ff1ba773d2936d5254295c4122212961fbb7 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb188e74542815a882f55bae19c0b815707f3f062f3fcca06 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x87b5552440a6dd4ef30f39369f00f0b6635549b86aa7716c ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xaaa7a332e371a849b6711b86cbb6d36976b61fa761a5c610 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x895c36a61516c36d26abdee03aa5b437f60f215766d31d18 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xab13b1c2b086348e2baf16a3caf0a1a4802d150515a3f050 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa547aad234b3f605648ae2afc35592910504e3b50e79ca76 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa05bb8ff1588e257a1d0fd7acbe76d86cc05b5936aa32c40 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa3beaedf1bd3ec8872a64eda04f4b004d91c23ac920a3ba3 ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x803819c1aad0c1938947a15c5db16826ffc1c739ff194a03 ... 91a68dff9

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xaf6ab5fd44b60c322bf457c5eb2e80d319e8cbf8bdca25d0

⊘ This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0x80b293cf309c0d8929073e383c118e197812a9c3f4568ab4 ...](#)

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0xb19c053ad6f25321e2776d11d85a6e65a5ac332ca1d2e257 ...](#)

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0xafc93cef95552eed355d1142528fe819a78e0d9cea8d3f86 ...](#)

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0xa03505b12e804e195675e4de7e3e59b2cb1d8c2d9ea5a843 ...](#)

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0x84016f4bf95d024eadac70adce7d409d48991ae067495edd ...](#)

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0xa400748cd11c316a0ebde5ad20bd7d1bf85f473726bd5b79 ...](#)

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0x88a701a6add1bf0b59516c54aeaf9141267df519e4063c15 ...](#)

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0x92820ce33c216e383cacb236d198029d9bd1fc1ffb6372fc ...](#)

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0xb51df07fa480ef327b1f3f9e3da2a72900aebfbd4bb5b3a8 ...](#)

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0xb59163b7668613a08bbf4022c25ce17cdc732f0cdedd44c2 ...](#)

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0x943230efc92b826d3a7ea1528b9867cf6e252cfa4258824d ...](#)

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0x853538abc03a55ea5511a71c3c1aafd70f7380bd64cf7572 ...](#)

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0x9380a3bb62befc37d12985386ae64c92fd4aa31e9887e8d8 ...](#)

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0x86763b20ebd51a91e3f1677596f1084a80bac5acefb7a933 ...](#)

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0xb917c22d544dd85c4f580c9ca20d7d9e7e10a553c1c834a9 ...](#)

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0x9c3b04d4563ba10fc49315d81059a63f0e0c92b633b5636 ...](#)

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0x869f1540118942ec2367204bb717ec8ddc294ef5ffd5b8b7 ...](#)

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0x96be24e4e4d370c895c1e2e51ba7d306eaf6f6924123f601 ...](#)

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0x924fd63460ea419cdf35f95e9b5dfa6252f2d33f497ab344 ...](#)

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0xb10615ef0b3055547947821de53698049c5030311fa4e264 ...](#)

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0x88dfff722ad7a38ac626cedf961d851945782a9e2a17d619 ...](#)

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0x8eec50ad6787dfc831578a51840f5d3ad8052ff493413efc ...](#)

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0x839fb75131169795a8d1e7ae100882f5d98e0d5fd3782b9f ...](#)

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0xb28c79dcf5c38510e45ca1d5230f7e9617f2d8d34e7ffc52 ...](#)

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0xb45453f0b80db187404348b34478968684698f08a0bc9a9d ...](#)

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0xb23a88546e35f18d851a3ca7ce88131d3241e9f6195f1bf6 ...](#)

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0x97826ad9704716af8e977f2907ef13200e52088ad7c1c219 ...](#)

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0xb3fc192e2815b877fdd71cb3e94ce5d209bd556d849ff75b](#)

ⓘ This website [uses cookies to improve your experience.](#) By continuing to use this website, you agree to its [Terms](#) and [Privacy Policy.](#)

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey [0x779ec024a9453ff65df678f32476bf58e79640617326f80](#)

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa42f3b6109f794e2a694d49873e3bccac96d23a97380eaf9...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xb54f02c6febe5d87aed6055624712da1632a7a5ebedf231f...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x84858a98311e2956c87a52ccefcbe958536063826c32aa33...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x86258c5340e96666d4bad58c62bf92471b7e6f3cbab7e770...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x80315128dbd41d9086e1c793ade0282de9168624e497fb60 ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa377d18e707b0edc4d49d58bcf894ae0b77c10ac2d539c57 ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa1aa0922a22139ec7f9913968bad35313859dd2d03ee48e6...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x8bca01228ca423746b840dcd6ddffe9be6352d6c315e6ac2...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x8fb8a2c0645385fd953af8f25a9ae3d90daa118f0ed79dd4...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa19d7d0b2386e0490cf5e97f8c29ed1d6dda73be4817c160...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xaec8d00dec5190349bd639ed3cb41408e8d336538d6cf915 ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x8665752fb718d9bf4565cd0be6e58ab7a025945b69dacc16...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x84875cbd640a3f5849a8362dcb561a9101c17dced83121a ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa45bb05e0d25e2cee038f15f57833bd4851cff90c272dd79...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x2d6652dce27d55d9775ef104eeac190ef2baccdd7ad7ade ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa7b5c5348022355df302df12f6ee77108180cf2d4b177e5d...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x990514f91b828797d6309234fa955ff841c7e90311656393...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xb40564fd8cde91931214d8595c4a34a86c9e20f43395144d...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xb7f8c23fc047bfc6ed9395a4ce70b74aa5eadd030d58c94e...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa654c565f1892beb0c32856ee9f292cf512ccc93d76d8473...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x848d5f1ac4980e57a03b6ab038e58314e157540880d78175...

| ⑦ Value: | 4,992 Ether | ($7,663,568,64) |
|---|---|---|
| ⑦ Transaction Fee: | 0.869412144 Ether | ($1,334,70) |
| ⑦ Gas Price: | 0.000000138 Ether (138 Gwei) | |
| ⑦ Ether Price: | $604.98 / ETH | |

Click to see More ⌄

⑦ Private N...

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

network. Learn more about transactions in our Knowledge Base.


Place **your**
**AD** here


This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

**Transaction Hash**

**0xae63c1bd58445aae210bddb6befcc9e689b1a5b1b9ed96a0bedde469e572d8f9**

Transaction Details



**Featured:** Curious on Ethereum's hottest 🔥 trading pairs? View top pairs and details with **DEX Trading Pairs!**

| **Overview** | Internal Txns | Logs (132) | State | Comments |

⑦ Transaction Hash:   0xae63c1bd58445aae210bddb6befcc9e689b1a5b1b9ed96a0bedde469e572d8f9 📋

⑦ Status:   ✅ Success

⑦ Block:   ✅ 11318884    4528788 Block Confirmations

⑦ Timestamp:   🕐 703 days 11 hrs ago (Nov-24-2020 04:42:04 AM +UTC)

⑦ From:   0x3fb9d44bc83d0da2902e6230aed42fc219f8a426 📋

⑦ To:   🔍 Contract 0x39dc6a99209b5e6b81dc8540c86ff10981ebda29 (Staked.us: Eth2 Depositor) ✅ 📋

   ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...
   ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...
   ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...
   ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...
   ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...
   ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...
   ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...
   ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...
   ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...
   ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...
   ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...

Scroll for more ⌄

⑦ Beacon Chain Deposit:   ▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xae10b05588ff4654f1ffbcd4b322ebc957df1d34ec25a9d5 ...** 🔗 ✅

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x976d4cac3e8330b9470e85f71001529587e8c297c05c3569 ...** 🔗 ✅

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x850ba85084834e9e32fa2c3f0459154db544d214ae3f6dec ...** 🔗 ✅

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xb66e914ae7bfb8641f1f9cbb408e8ce922ce9f491076a039 ...** 🔗 ✅

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x943722641298da34e499c68fd6ab7b3aa474d134a0339f37 ...** 🔗 ✅

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x978fc93cd7545acdf1d42bca3545f0af9ed76a2df6d885cd ...** 🔗 ✅

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x9206b5b9faeb9cb383fdf6042c01e2f304a5ee2127d97321 ...** 🔗 ✅

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xb84fcdb0f80ab436625c1eeaa8b114cb65d365ae06ec9f0c ...** 🔗 ✅

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x867942b357b5fb5194b5443de84d63fe8d80424245d6405d ...** 🔗 ✅

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x909738fbacc1558039fd9de27f4c8d3dfe4bee147503ffc8 ...** 🔗 ✅

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xa2c40f817dc61ac255c9e981d5ed929ef151e648f839ee8a ...** 🔗 ✅

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x8e4a8deeba38a1a0d0bab774ebbf72952ccbb20dccfdc1eb ...** 🔗 ✅

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey ...35701a8cf6

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xaea19f471f79b7f0b092c84ea89ed70f70c30d882ef8479 ... ☑ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xad2898afdcad3888e97ca2f8199878a6cab8d925221f712e ... ☑ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa39a5de7832d8a8246fb3307e5d7efbb22513c37e6b828bd ... ☑ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb2d80c07fa11674d2d9871bf2c0fcf355a69b06a60e92079 ... ☑ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa01326eb7b2d0cbdafbf08d14000cf25f1cc841a2cb14f75 ... ☑ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa662c5688767577167c66993811a889b7a9e90ed804f8433 ... ☑ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8bd8ddbce64064ca42617779a07a69717f8380c04ba97420 ... ☑ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x9006ec56e0f205b00b3ba0e09d64acfc9cd40d45c7168520 ... ☑ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xaa96cd2ef3c5b30d6a6fb7b177d47ffc3acbd32a7f875694 ... ☑ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb352f9cec15c3f20ae81b0ca755d87fcafd1152747366eca ... ☑ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb7d2d18f59bc1a071fb01a461face97ac26309d404793dab ... ☑ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8fba9abf96111c66074fbdb4fde47da27515d25682bf2ce0 ... ☑ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x985120e308175014ebf61bda2e40b9e36f1b01d1da16af45 ... ☑ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa31b3f092f2f41512bd2916052f9b97e2172e1684d4897c1 ... ☑ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x95961c3540a7907cb1fc9835af02e81cca93bf0aa633756b ... ☑ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x99f09ced37727248b08070f1a8163dc8453b909b223f2073 ... ☑ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8e1c28207f582303168c6f6a908a5bc314566d648a130030 ... ☑ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb2fc475c2876e2eda588c1e391cac243a3ca4c09b39dda98 ... ☑ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa0e00913b81e6d8aa3f15e6635eb9e5a435689c133600b27 ... ☑ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x9540dfebd37f682d706a4060718c7239b04e2f6dd2cb174a ... ☑ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x97f56c90b90ec11755afbb1cfbb9c946105c8250d73e0f7c ... ☑ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x88a15e6805370b07d0ece0b5b82193aeee0c1e2bb145cee8 ... ☑ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb7ebfffd46dd5b2d857ff6bf695fe0ac9157ad3e732eea46 ... ☑ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb760795e89b5b4927a50d70f58e86c10545f728fb0aaa045 ... ☑ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa142815e15c8e1ac6a039b2bc8445585a4461fd952291085 ... ☑ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8090a4c870571aeae82e2440235f3c1bc895fffec001ffe1 ... ☑ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x94d681f25fd00c06f39357fbd0648ac5ea843e25fd3828d5 ... ☑ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb8018230a0e172d5de2c28e8999b40018bb2625b778215b1 ... ☑ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey ...603df9a69

ⓘ This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8035b8ba7a4cf030b70a5aa5c0f1ba19b125cd9358ed0209

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8f7787fdeef5e58bec0286e1312149094acd9ed406c41f21** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa244291b5b784af07ef5b80cc492569abea85e66d117ef64** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8f4128ab8daed043c83db5f65b6ee7c10dad0e77c99ea702** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x95c9337160db7d58b22043e19614d21c6fcd7c3bf3748ff6** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa9ade899aae2f86758e97c10c7133b03c8aa97402a6d4ba4** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb1bab3b21db73e15b6ca6b09b401d9ad2f2645433c4227df** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x821a87d675f50d17d92441d6ca3b8059f9623867bbfe33df** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8db40761e3a2592b2e8adb3e5e201bf8dd08ec8704c0f4f6** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x94fae488df54444e7afd461582a60c67a76ad1d9e4772e83** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb81e1af0d9009d5df613f847757008e75fe41bf422334763** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb0e6efd35bf430093c7ec142489b0118321e594f6b389819** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa6dbb744e9b76d6d165541f75361389bed1fa78ad505c29b** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xafb3f70074b57860239dfda078438b9ccf230c171aa38580** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x84c30a63f365b6c208b1e16b2bbf3936994ba40bac15f673** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x9270bc3e3ac20173c5d244858e4faf781f33b462a0f0ac87** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x80d1db6f7f690d3846c60784ece33c6b94d88b03d429357a** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x997bf3726a323350636df9b4209f58b0d48de0115e31625a** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8da139f6202f750093ff7a15cd97302b2861b01586d892ef** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb2723736de15c6f0cd7003cd19c33d86f583cc98f54fbc50** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa0b6492af3a3d234d69ee49b041e76ab9ddd577d7120ca92** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x89eb4070690a7c087ec3d61336717ae04ce1ae43810f0c0b** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb8bd2da956b7ea6e686771c78654cd723bb5b4b9773c7940** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb4bbfba865787629b95b4a32fa14f79cafd1eacce4bb1397** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8e434dc5cfecc14dbdacff1e8ac9910577140d37f18f5fda** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x91a9b8ed2de226cd737cceee5e0b30dcf426774c41f3efc7** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb46fdeb18ea8cabc11e5e5d216f46edfd7ac5f4b11ce357** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8be9b440861f69b5efe969f9c66a674c48bb3c7fe578e57c** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x983463a9924b523b152df74b39bebdfc868a08e854901e44** ... **938e8957**

⌾ This website **uses cookies to improve your experience**. By continuing to use this website, you agree to its **Terms** and **Privacy Policy**.

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xac530b551950ceec7aa5a2eee95f31a1433a96a9c12b3029**

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa5306b706f574a5114fbafbaa94bac4bb5dd718974229f41 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa8867130eab20441134eab06d22011a775b2c996c55a75da ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x83bea68e2e8be846dd6201d89db254667ae05cd562df46a4 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x80be8741e1015d9daf477bb63e4fc626d6f9aa58263d6dc6 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa7753752f2ceda6b11204cc5ac9a211033019bcc05fcaf8f ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x9611afbed3abe7f936cfb20d962aa29071eb939d3d3b5097 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xad43787f0906e00b3a5787b1f07aab6ce9188cbdfaba70f1 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x833d7a245b99963d9991fa96a0a11e569ffdf229eb03378b ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x952a8851da150931244dc8d77100c12eebcb641f9adbbd34 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa88af6ed1bb69bf6f1e991d9a8e123fef06b608d41c66c54 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x951e508153504bd76f556c2e1313e364e0bb2cb35c48ac7c ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x84dbb904aba1d1fecb107690f44ff2470baf02bfa3d1c5e2 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb9cf2292e4114aca22246268c824329920765b227d310673 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x862b1666bdf7f50a2a8ee9ae1cbfd52bac2a7a5667cedee0 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8ed5cfb7944be92583bcd0b82d7962076d71b89fa1f38348 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x9503af5e8e792c0de280c7e3495288fbd01752fe3dca81c4 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8d073a4b0ade5583613fb9de2c46079e447528a769833199 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x884401852e6ea6fb1ed86bd5de5b547c594e9a67c7f1e0a4 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x97b27202abedf0604d60067ff2e460b65e0f4c86c51fd022 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa099fd14e5bc726534e12e02dba21e527dd414373e94d821 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb05b3ceba15ddbccc61749a873b25c7fe126fc4ab5e5c4b3 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa5aae0f6377ee564e83786a6d44e23ed7d2f1359bb7e5c0d ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8b874c1079ec8a289327be04ae5d5998ea94d7af64c50d2a ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8103847a2c0eafc41e15b9eaf2f3538c3ad12c99ebe681c8 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb2af52a493c783e1676644bd18b5b88c16bd5e1628bab572 ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8851e8ccd755b7c07e34d0b3d230c7dfd326844c45eacdcd ...

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x87989c7ca2bea7b8571b235310ffb86680f84641bf2c8639 ...

▸ Deposit of **32 Ether** for Eth2 Validator ...49e9e3a6

▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x907a8f399c66166fc8e6a5b88f5bca75642fb5ba6195326d

ⓘ This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x915d998a39695c1f180d9020646e2bd6ecbfb0997677f427 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8f30c1e8ca1d829eb808da2250264c7a6cc70460eec4f7f0 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x89b6f82dea9aad7f06600c5f1eb32009863f5c28a2d96e1c ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8790d478481b9b67ec9227236d6263b5f9232e1dfa9de877 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa3ceabbf9af85f8071aae92a2eddb3c537ab938425ecd5fc ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x83c9c00c887548e18ff6174f9fbe10d62749381f2c210396 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb7dddb32dcbb17d4e4dcd562c7d277eaea40445aa84c87fd ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa90e888179080cda6f9940d6a4cbece4ca3a4559dde0af04 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x87430205d67ddc3185c7ebced652e66b6ab96c9ae63d0771 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8156ec575977e0b613624035d4f29b59e9427fe89d4e4a03 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8996b799ca90056b2d24e66b2ae59173a6be36d9fd634f76 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x80b83c9717a14ba7f7f079174eb2d8009944e43739e423f8 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa63355e38969650563b6be8038ea004ae0feaffbcc15129f ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb380b08935de5ef195a7a554ec4202aa273a20d173cf5a09 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x93fe514c5fda3bbf832abf8fc92017f1f4c11f8a8e089368 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb88594c8b78782d1c00fc34f44c0d49b5858fbd0700bacbf ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x85bd59221266db645d85c3b2f3997af10cd76908024d8422 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa97b2e885fc29d1ae2ea92f276b6351ae49eeec2e00474cc ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x81acc0c82fe03d0d7a5ca8b35c755f25b7b63c0f9c6649fb ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xaed7370d4aa1e0148a93ae7c070d7d48bcb72c72f700cd0f ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb73566fbb9a8ca787280e9bc8e79d5029d82f4be4266c7b1 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8e1c34d564b0efc2e46518aa83f2045bc872a23985e5bb60 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xab7016047640dabbea1c72010567401747410bb86d40abd4 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x88a79dc4bebe218e4e77be13fac79044d3bd1058a5466a09 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8f6ee77032d8ff31195e16602f10430b25a6d5599140660a ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x891a4219135360ae0c35287f8a49e297c8d89552fc25984e ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xaaba059a400e29377123126476f551d23775706dc9f9ee3d ...** ↗ ✓

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

ⓘ Value:

ⓘ Transaction Fee:

Gas Price:                                           0.000000114 Ether (114 Gwei)

Ether Price:                                      $604.98 / ETH

Click to see More ↓

Private Note:                                  To access the Private Note feature, you must be Logged In

A transaction is a cryptographically signed instruction from an account that changes the state of the blockchain. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.


coinzilla    Place your AD here

This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

**Transaction Hash**
**0x0e8d76271666e7f6fc645e0513bb4b161d135d93a7002b1665e35df3ecb92980**