# Exhibit 23

Details of 0xe0d Transfer

# Transaction Details

**Feature Tip:** Add private address tag to any address under My Name Tag !

## Overview  State  Comments

| | | |
|---|---|---|
| ⓘ Transaction Hash: | 0xa14b88a6fd11f0d1bc7a944130bd9a83d78c2040a5675a01252cd7706f0731b2 | |
| ⓘ Status: | ✓ Success | |
| ⓘ Block: | ✓ 11319283 | 4241734 Block Confirmations |
| ⓘ Timestamp: | 🕐 663 days 8 hrs ago (Nov-24-2020 06:05:47 AM +UTC) | |
| ⓘ From: | 0x3fb9d44bc83d0da2902e6230aed42fc219f8a426 | |
| ⓘ To: | 0xe0de55d82142f6735c4f168093150e785eb3635a | |
| ⓘ Value: | 37.4 Ether ($53,179.43) | |
| ⓘ Transaction Fee: | 0.002016 Ether ($2.87) | |
| ⓘ Gas Price: | 0.000000096 Ether (96 Gwei) | |
| ⓘ Ether Price: | $604.98 / ETH | |

Click to see More ↓

| | |
|---|---|
| ⓘ Private Note: | To access the Private Note feature, you must be Logged In |

💡 A transaction is a cryptographically signed instruction from an account that changes the state of the blockchain. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

