## Exhibit 24

Details of Binance Transfer

# Transaction Details

**Sponsored:** **Pillow**: One app to store all your crypto & earn up to 50%. **Sign up using CRYPTO10 to get a $10 bonus!**

**Overview**  State  Comments

| | |
|---|---|
| ⓘ Transaction Hash: | 0x1e6a8fe6e1f1b0ed3bb10c459e5f471cdc5010babe3eebcc840761848626b4b8 |
| ⓘ Status: | ✓ Success |
| ⓘ Block: | ✓ 11319404   4241621 Block Confirmations |
| ⓘ Timestamp: | ⏱ 663 days 7 hrs ago (Nov-24-2020 06:29:54 AM +UTC) |
| ⓘ From: | 0xe0de55d82142f6735c4f168093150e785eb3635a |
| ⓘ To: | 0x3f5ce5fbfe3e9af3971dd833d26ba9b5c936f0be (Binance) |
| ⓘ Value: | 37.416023813 Ether ($53,241.88) |
| ⓘ Transaction Fee: | 0.002289 Ether ($3.26) |
| ⓘ Gas Price: | 0.000000109 Ether (109 Gwei) |
| ⓘ Ether Price: | $604.98 / ETH |

**Click to see More** ↓

| | |
|---|---|
| ⓘ Private Note: | To access the Private Note feature, you must be **Logged In** |

💡 A transaction is a cryptographically signed instruction from an account that changes the state of the blockchain. Block explorers track the details of all transactions in the network. Learn more about transactions in our **Knowledge Base**.

