## **Exhibit 25**

Details of Transfer of 2 ETH to 0x04e

# Transaction Details

**Feature Tip:** Add private address tag to any address under **My Name Tag !**

**Overview**  **State**  **Comments**

| | | |
|---|---|---|
| ? Transaction Hash: | 0x05b11529146499ce4d33f3f3f5060023d7926f50cc8ff4442ecf060b7c57df33 | |
| ? Status: | ✓ Success | |
| ? Block: | ✓ 11800959 | 3760073 Block Confirmations |
| ? Timestamp: | ⏱ 589 days 8 hrs ago (Feb-06-2021 05:47:04 AM +UTC) | |
| ? From: | 0x3fb9d44bc83d0da2902e6230aed42fc219f8a426 | |
| ? To: | 0x04e16b2919cf639d0d0b046f550771376174a81d | |
| ? Value: | 2.21 Ether ($3,142.16) | |
| ? Transaction Fee: | 0.003297 Ether ($4.69) | |
| ? Gas Price: | 0.000000157 Ether (157 Gwei) | |
| ? Ether Price: | $1,679.14 / ETH | |

**Click to see More ↓**

| | |
|---|---|
| ? Private Note: | To access the Private Note feature, you must be **Logged In** |

💡 A transaction is a cryptographically signed instruction from an account that changes the state of the blockchain. Block explorers track the details of all transactions in the network. Learn more about transactions in our **Knowledge Base**.

