## Exhibit 26

Details of Transfer of 0.6 ETH from 0x04e to 0xb1

# Transaction Details

**Featured: Etherscan API -** Need higher call rates ? **Sign-up for a dedicated plan today!**

**Overview**    State    Comments

| | |
|---|---|
| ⓘ Transaction Hash: | 0x0920f212494a364885a1d2110fc189da50e8d009ce195e10e269322c942cba03 |
| ⓘ Status: | ✓ Success |
| ⓘ Block: | ✓ 13824559    1736476 Block Confirmations |
| ⓘ Timestamp: | ⏱ 274 days 18 hrs ago (Dec-17-2021 07:44:12 PM +UTC)  \|  ⏱ Confirmed within 30 secs |
| ⓘ From: | 0x3fb9d44bc83d0da2902e6230aed42fc219f8a426 |
| ⓘ To: | 0xb1adceddb2941033a090dd166a462fe1c2029484   (0x_b1) |
| ⓘ Value: | 0.642936621192209 Ether    ($914.12) |
| ⓘ Transaction Fee: | 0.001777228428108 Ether    ($2.53) |
| ⓘ Gas Price: | 0.000000084629925148 Ether (84.629925148 Gwei) |
| ⓘ Ether Price: | $3,876.37 / ETH |

Click to see More ↓

| | |
|---|---|
| ⓘ Private Note: | To access the Private Note feature, you must be Logged In |

💡 A transaction is a cryptographically signed instruction from an account that changes the state of the blockchain. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

