UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELSIUS NETWORK LIMITED and CELSIUS KEYFI LLC,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>JASON STONE and KEYFI INC.,<br><br>　　　　　　　　　　Defendants. | Adversary Proceeding<br>No. 22-01139 (MG) |

# AFFIDAVIT OF SERVICE

　　I, Ana M. Galvan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

　　On November 17, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Jason Stone and Keyfi Inc., c/o Kyle Roche P.A., Attn: Kyle W. Roche, Esq. at 260 Madison Ave, 8th Floor, New York, NY 10016, and via electronic mail on Jason Stone and Keyfi Inc., c/o Kyle Roche P.A., Attn: Kyle W. Roche, Esq. at kyle@kyleroche.law:

- **Notice of Motion of Plaintiffs for Preliminary Injunction Pursuant to Rule 7065 of the Federal Rules of Bankruptcy Procedure** (Docket No. 20)

- **Memorandum in Support of Motion for Preliminary Injunction** (Docket No. 21)

- **Declaration of Shiran Kleiderman in Support of Celsius' Motion for Preliminary Injunction** (Docket No. 22)

- *[Filed in Error]* **Declaration of Ron Sabo in Support of Celsius' Motion for Preliminary Injunction** (Docket No. 23)

- **Declaration of Mitchell P. Hurley in Support of Celsius' Motion for a Preliminary Injunction** (Docket No. 24)

- **Declaration of Patrick Holert in Support of Celsius' Motion for Preliminary Injunction** (Docket No. 25)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

- **Ex-Parte Motion for Entry of an Order Authorizing Celsius to Redact and File Under Seal Certain Confidential Information Related to the Motion for Preliminary Injunction Pursuant to Rule 7065 of the Federal Rules of Bankruptcy Procedure** (Docket No. 26)
- *[Corrected]* **Declaration of Ron Sabo in Support of Celsius' Motion for Preliminary Injunction** (Docket No. 27)

Dated: November 17, 2022

_____
Ana M. Galvan

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 17th day of November 2022, by Ana M. Galvan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

NAOMI RODRIGUEZ
Notary Public - California
Orange County
Commission # 2401472
My Comm. Expires Apr 20, 2026