**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LIMITED and CELSIUS KEYFI LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JASON STONE and KEYFI INC.,<br><br>Defendants. | Adversary Proceeding<br>No. 22-01139 (MG) |

### ORDER SCHEDULING CASE MANAGEMENT CONFERENCE

Celsius Network Limited and Celsius Keyfi LLLC having filed a Motion for Preliminary Injunction on November 14, 2022, (*see* ECF Doc. # 20), and having determined that a case management conference will aid in the efficient conduct of the case, it is

ORDERED, pursuant to 11 U.S.C. § 105(d), that a case management conference will be conducted by the undersigned Bankruptcy Judge using Zoom for Government, United States Bankruptcy Court, One Bowling Green, New York, New York 10004 on November 23, 2022 at 10:00 a.m.; [1]

[*Remainder of page intentionally left blank*]

---

[1] The Court shall provide a Zoom link to those persons who have made an eCourtAppearance by 4 PM the business day before the hearing. Any party appearing at, listening to, or observing the Hearing, must make an electronic appearance, an eCourtAppearance, by using the eCourtAppearance portal located on the Court's website, https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl, or by clicking the "eCourtAppearances" tab on Judge Glenn's page of the Court's website at, http://www.nysb.uscourts.gov/content/judge-martin-glenn. After the deadline to make appearances passes, the Court will send Outlook invitations to those persons who made eCourtAppearances, using the email addresses submitted with those appearances.

**IT IS SO ORDERED:**

Dated:  November 22, 2022
        New York, New York

                                          **/s/ Martin Glenn**
                                          MARTIN GLENN
                            Chief United States Bankruptcy Judge