UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, et al.,<br><br>                        Debtor(s).<br><br>CELSIUS NETWORK LIMITED and CELSIUS KEYFI LLC,<br><br>                        Plaintiffs,<br>      v.<br><br>JASON STONE and KEYFI INC.,<br><br>                        Defendants. | Bankruptcy Case No. 22-10964-MG<br><br>Adversary Proceeding No. 22-01139-MG<br><br>(Jointly Administered) |

**AFFIDAVIT OF KYLE ROCHE IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Kyle Roche, declare under penalty of perjury:

1. I am an attorney at Kyle Roche P.A. and counsel for Defendants Jason Stone and KeyFi, Inc. I am admitted to practice before this Court.

2. I submit this affidavit in support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction (the "Motion").

3. Attached hereto as Exhibit C is a true and correct copy of email correspondence I sent to counsel for Celsius Network Limited on September 1, 2021.

2

4.     On April 7, 2022, I sent to counsel for Celsius Network Limited a preliminary list of assets that Defendants understand are at issue in this matter. This list included a description of NFT purchases that KeyFi and Stone purchased as well as an estimate of their market value.

5.     On November 14, 2022, counsel for both Plaintiffs and Defendants in this matter participated in a meet and confer concerning Plaintiffs' discovery requests. During that meet and confer, I represented on behalf of Defendants that they would produce documents and communications related to the Property that Celsius identifies in its Motion.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: November 28, 2022

*Kyle Roche*
Kyle Roche