Mitchell P. Hurley
Dean L. Chapman Jr.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Elizabeth D. Scott (admitted *pro hac vice*)
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
edscott@akingump.com

*Special Litigation Counsel for Debtors and
Plaintiffs Celsius Network Limited and
Celsius KeyFi LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,<br><br>　　　　　　Debtors. | Bankruptcy Case No. 22-10964 (MG) |
| CELSIUS NETWORK LIMITED and<br>CELSIUS KEYFI LLC,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>JASON STONE and KEYFI INC.,<br><br>　　　　　　Defendants. | Adversary Proceeding<br>No. 22-01139 (MG) |

**NOTICE OF FILING OF DEMONSTRATIVE EVIDENCE FOR DECEMBER 5, 2022
HEARING**

**PLEASE TAKE NOTICE** that Celsius Network Limited ("CNL") and Celsius KeyFi LLC ("Celsius KeyFi," and, together with CNL, "Plaintiffs" or "Celsius") hereby file the attached demonstrative evidence (the "Demonstrative Evidence"), attached hereto as **Exhibit A**, that may be used at the hearing that will take place on **Monday, December 5, 2022, at 2:00 p.m., prevailing Eastern Time** (the "Hearing") on the Motion of Defendants Jason Stone and KeyFi, Inc. to dismiss the Amended Complaint [ECF Nos. 17-19] before the Honorable Martin Glenn, Chief United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that copies of the Demonstrative Evidence and any pleadings filed in the above-captioned adversary proceeding may be obtained free of charge by visiting the website of Stretto at http://www.cases.stretto.com/celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth herein.

[*Remainder of page intentionally left blank.*]

Dated: December 5, 2022
      New York, New York

                AKIN, GUMP, STRAUSS, HAUER & FELD LLP

By:   */s/ Mitchell P. Hurley*
      Mitchell P. Hurley
      Dean L. Chapman Jr.
      One Bryant Park
      New York, New York 10036
      Telephone: (212) 872-1000
      Facsimile: (212) 872-1001
      mhurley@akingump.com
      dchapman@akingump.com

      Elizabeth D. Scott (admitted *pro hac vice*)
      2300 N. Field Street, Suite 1800
      Dallas, TX 75201
      Telephone: (214) 969-2800
      Facsimile: (214) 969-4343
      edscott@akingump.com

      *Special Litigation Counsel for Debtors and Plaintiffs Celsius Network Limited and Celsius KeyFi LLC*

# Exhibit A

**Timeline of Certain Key Allegations**



# Timeline of Certain Key Allegations

© 2022 Akin Gump Strauss Hauer & Feld LLP

1

# Timeline of Certain Key Allegations (Pt. 1)

| Date | Event |
| --- | --- |
| August 2020 | Celsius engages Defendants to carry out authorized staking and DeFi activities with Celsius' coins, Celsius transfers coins to Celsius wallet, supplies private keys. FAC ¶¶ 18, 20. |
| Early 2021 | Celsius instructs Defendants to return coins; Defendants agree and prepare a written plan for unwinding positions and returning coins. FAC ¶ 24. |
| February 1, 2021 | Unknown to Celsius, Stone begins using Celsius ETH to buy Cryptopunk NFTs. FAC ¶ 33. |
| February 19, 2021 | Unknown to Celsius, Stone transfers 300 ETH from Celsius wallet to his own wallet. FAC ¶ 33. |
| February 27, 2021 | Unknown to Celsius, Stone transfers 150 ETH from Celsius wallet to his own wallet. FAC ¶ 33. |
| **March 9, 2021** | **Stone claims to have resigned his position as CEO of Celsius KeyFi on this date. FAC ¶ 34.** |
| March 10, 2021 | Unknown to Celsius, Stone transfers 20 ETH from Celsius wallet to his own wallet. FAC ¶ 35. |
| March 16, 2021 | Unknown to Celsius, Stone begins transferring NFTs out of Celsius wallet to his own wallet. FAC ¶ 35. |
| March 26, 2021 | After Stone fails to return all assets as he previously promised, Celsius KeyFi issues written board resolutions commanding the return all of "Crypto Assets." Stone responds by saying that Defendants would comply and were hard at work to ensure the complete return of all Celsius coins. FAC ¶¶ 25–26. |

# Timeline of Certain Key Allegations (Pt. 2)

| Date | Event |
|---|---|
| March 27, 2021 | Stone again assures Celsius that Defendants will finish returning 100% of the coins by the end of April. FAC ¶ 27. |
| Following March 27, 2021 | Stone continues to promise he is working on returning Celsius' assets, and Celsius continues to work to recover property voluntarily. FAC ¶ 28. |
| September 21, 2021 | Unknown to Celsius, Stone accesses Celsius wallet, transfers to his own wallet 1.4 million DAI that had been airdropped to Celsius wallet without notice to Celsius. FAC ¶ 39. |
| September 22–October 12, 2021 | Unknown to Celsius, Stone converts the Celsius DAI (now in his wallet) to ETH and launders it through Tornado Cash. FAC ¶¶ 39–40. |
| December 2021 | Confidential mediation begins; settlement discussions continue (and standstill agreement extended) until shortly before Celsius bankruptcy. FAC ¶ 42. |
| June 24, 2022 | Final extension of standstill agreement expires. FAC ¶ 42 (alleging that tolling and standstill agreement remained in place until shortly before Celsius filed for bankruptcy). |
| July 13, 2022 | Celsius files for bankruptcy, automatic stay in place. *Chapter 11 Voluntary Petition for Non-Individual*, Bankr. Case. No. 22-10964 (MG), ECF No. 1. |
| Current | Celsius recovered majority of its coins, but Defendants never returned substantial amounts, these additional coins may also have been stolen. FAC ¶¶ 28–29. |