AKIN GUMP STRAUSS HAUER & FELD LLP
Mitchell P. Hurley
Dean L. Chapman Jr.
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1001

*Special Litigation Counsel for Debtors and*
*Plaintiffs Celsius Network Limited and*
*Celsius KeyFi LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |
| CELSIUS NETWORK LIMITED and<br>CELSIUS KEYFI LLC,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JASON STONE and KEYFI, INC.,<br><br>　　　　　　　　Defendants. | Adversary Proceeding<br>No. 22-01139 (MG) |

---

[1] The Debtors in these chapter 11 cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Court will hear a dispute concerning Plaintiffs' *Motion for Preliminary Injunction* [Adv. Dkt. No. 20] (the "Motion") on December 20, 2022, at 9:00 a.m. (prevailing Eastern Time) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will take place via Zoom for Government in accordance with General Order M-543, dated March 20, 2020. Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance (an "eCourt Appearance") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Electronic appearances ("eCourt Appearances") need to be made by 4:00 p.m., prevailing Eastern Time, on the business day before the applicable hearing date.

**PLEASE TAKE FURTHER NOTICE** that due to the large number of expected participants in the Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend any hearing remotely must connect to the Hearing beginning at least one hour prior to the scheduled start time of the Hearing. When parties sign in to Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing. Parties that type in only their first name, a nickname or initials will not be admitted into the Hearing. When seeking to connect for either audio or video participation in a Zoom for Government Hearing, you will first enter a "Waiting Room," in the order in which you seek to connect. Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourt Appearance. Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of the Motions and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:    December 19, 2022
          New York, New York

                                        AKIN GUMP STRAUSS HAUER & FELD LLP

                                        By:    */s/ Mitchell P. Hurley*
                                               Mitchell P. Hurley
                                               Dean L. Chapman Jr.
                                               One Bryant Park
                                               New York, New York 10036
                                               Telephone: (212) 872-1000
                                               Facsimile: (212) 872-1002
                                               mhurley@akingump.com
                                               dchapman@akingump.com

                                               Elizabeth D. Scott (admitted *pro hac vice*)
                                               2300 N. Field Street, Suite 1800
                                               Dallas, TX 75201
                                               Telephone: (214) 969-2800
                                               Facsimile: (214) 969-4343
                                               edscott@akingump.com

                                               *Special Litigation Counsel for Debtors and
                                               Plaintiffs Celsius Network Limited and
                                               Celsius KeyFi LLC*

3