AKIN GUMP STRAUSS HAUER & FELD LLP
Jessica J. Mannon
2300 N. Field Street
Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Special Litigation Counsel to the Debtors and Debtors in Possession*

**UNITED STATES DISTRICT BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |
| CELSIUS NETWORK LIMITED and<br>CELSIUS KEYFI LLC,<br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>JASON STONE and KEYFI, INC.,<br><br>　　　　　　　　　　Defendants. | Adversary Proceeding<br>　No. 22-01139 (MG) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jessica J. Mannon, request admission *pro hac vice* before the Honorable Martin Glenn, to represent Plaintiffs Celsius Network Limited and Celsius KeyFi LLC in the above-referenced adversary proceeding.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

I certify that I am a member in good standing of the bar in the State of Texas, the United States District Court for the Northern District of Texas, the United States District Court for the Southern District of Texas, and the United States Court of Appeals for the Fifth Circuit.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: Dallas, Texas
January 10, 2023

AKIN GUMP STRAUSS HAUER & FELD LLP

By:  */s/ Jessica J. Mannon*
    Jessica J. Mannon
    2300 N. Field Street
    Suite 1800
    Dallas, Texas  75201
    Telephone:  (214) 969-2800
    Facsimile:   (214) 969-4343
    jmannon@akingump.com

    *Special Litigation Counsel*
    *to the Debtors and Debtors in Possession*