**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CELSIUS NETWORK LLC, *et al.*,[1]<br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |
| CELSIUS NETWORK LIMITED and<br>CELSIUS KEYFI LLC,<br>　　　　　　　Plaintiffs,<br>　　v.<br>JASON STONE and KEYFI, INC.,<br>　　　　　　　Defendants. | Adversary Proceeding<br>No. 22-01139 (MG) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Jessica J. Mannon, to be admitted *pro hac vice*, to represent Plaintiffs Celsius Network Limited and Celsius KeyFi LLC in the above-referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas, the United States District Court for the Northern District of Texas, the United States District Court for the Southern District of Texas, and the United States Court of Appeals for the Fifth Circuit, it is hereby

**ORDERED,** that Jessica J. Mannon, Esq. is admitted to practice, *pro hac vice*, in the above-referenced adversary proceedings to represent Plaintiffs Celsius Network Limited and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey (07030).

Celsius KeyFi LLC in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: 1/10/2023                                 **/s/Martin Glenn**
New York, New York                   THE HONORABLE MARTIN GLENN
                                           CHIEF UNITED STATES BANKRUPTCY JUDGE