**UNITED STATES BANKRUPTCY COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, et al.,<br><br>　　　　　　　　　Debtor(s). | Bankruptcy Case No. 22-10964-MG<br><br>Adversary Proceeding No. 22-01139-MG<br><br>(Jointly Administered) |
| CELSIUS NETWORK LIMITED and CELSIUS KEYFI LLC,<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br><br>JASON STONE and KEYFI INC.,<br><br>　　　　　　　　　Defendants. | |

**REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that Jason Stone and KeyFi Inc. (collectively, "Defendants"), hereby request that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, be given and served upon:

> Vel (Devin) Freedman, Esq.
> Freedman Normand Friedland LLP
> 1 SE 3rd Ave., Suite 1240
> Miami, FL 33131
> Telephone: (305) 753-3675
> Vel@fnf.law

Neither this Request for Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Defendants': (i) right(s) to have all core matters subject to Article III jurisdiction heard and decided by a district judge; (ii) right(s) to have final orders in non-core matters entered only after de novo review by a district judge; (iii) right(s) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iv) right(s) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (v) other rights, claims, actions, defenses, setoffs or recoupments to which Defendants are, or may be, entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: January 10, 2023    **FREEDMAN NORMAND FRIEDLAND LLP**

*/s/ Vel Freedman*
Vel (Devin) Freedman, Esq.
Freedman Normand Friedland LLP
1 SE 3rd Ave., Suite 1240
Miami, FL 33131
Telephone: (305) 753-3675
Vel@fnf.law

*Counsel for Defendants*