AKIN GUMP STRAUSS HAUER & FELD LLP
Elizabeth D. Scott
2300 N. Field Street
Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Special Litigation Counsel to the Debtors and Debtors in Possession*

**UNITED STATES DISTRICT BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |
| CELSIUS NETWORK LIMITED and<br>CELSIUS KEYFI LLC,<br><br>                  Plaintiffs,<br>      v.<br><br>JASON STONE and KEYFI, INC.,<br><br>                  Defendants. | Adversary Proceeding<br>  No. 22-01139 (MG) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Elizabeth D. Scott, admitted *pro hac vice* by Order dated

October 18, 2022, of Akin Gump Strauss Hauer & Feld LLP with offices located at One Bryant

Park, New York, NY 10036 and 2300 N. Field Street, Dallas, Texas 75201, hereby appears on

behalf of Plaintiffs Celsius Network Limited ("CNL") and Celsius KeyFi LLC ("Celsius KeyFi,"

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

and together with CNL, "Plaintiffs" or "Celsius") in the above-captioned adversary proceeding, and requests that all papers be served upon the undersigned.

| | |
|---|---|
| Dated: Dallas, Texas<br>January 10, 2023 | AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>By: /s/ Elizabeth D. Scott<br>Elizabeth D. Scott<br>2300 N. Field Street<br>Suite 1800<br>Dallas, Texas  75201<br>Telephone:  (214) 969-2800<br>Facsimile:  (214) 969-4343<br>edscott@akingump.com<br><br>*Special Litigation Counsel*<br>*to the Debtors and Debtors in Possession* |