

**MITCHELL P. HURLEY**
+1 212.872.1011/fax: +1 212.872.1002
mhurley@akingump.com

January 13, 2023

**VIA E-MAIL AND ELECTRONIC COURT FILING**

The Honorable Judge Glenn
United States Bankruptcy Court
Southern District of New York
1 Bowling Green
New York, New York 10004

Re:   *Celsius Network Ltd. et al. v. Jason Stone, et al*., A.P. No. 22-01139 (MG) (Bankr. S.D.N.Y.) (the "Adversary Proceeding")

Dear Judge Glenn:

    We write on behalf of Celsius Network Limited and Celsius KeyFi, LLC (together, "Celsius"), and Jason Stone and KeyFi, Inc. (together, "Defendants," and with Celsius, the "Parties") concerning the Adversary Proceeding. As requested, the Parties have reached an agreement regarding the schedule for supplemental briefing relating to Plaintiffs' Motion for a Preliminary Injunction [ECF No. 21].

    The Parties have agreed to submit simultaneous post-trial briefs by February 9, 2023, and simultaneous reply briefs by February 23, 2023. The post-trial briefs will be no more than twenty-five (25) pages in length, and reply briefs will be no more than fifteen (15) pages in length. In addition, as directed, the Parties will seek to agree on proposed language for a written order reflecting the temporary restraining order entered verbally, and with immediate effect, by the Court on January 12, 2023.                                    Sincerely,

*/s/ Mitchell P. Hurley*
Mitchell P. Hurley

CC:   Kyle Roche
        Daniel Stone
        Peter Bach-y-Rita
        Kelvin Goode



The Honorable Judge Glenn
January 13, 2023
Page 2

The deadline for the parties to submit simultaneous post-trial briefs by February 9, 2023, and simultaneous reply briefs by February 23, 2023, is GRANTED.  The post-trial briefs will be no more than twenty-five (25) pages in length, and reply briefs will be no more than fifteen (15) pages in length.

MEMORANDUM ENDORSED.  IT IS SO ORDERED.

Dated:  January 13, 2023                                  **/s/Martin Glenn**
       New York, New York                         CHIEF UNITED STATES BANKRUPTCY JUDGE