**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>         Debtors.<br><br>---<br><br>CELSIUS NETWORK LIMITED and<br>CELSIUS KEYFI LLC,<br><br>         Plaintiffs,<br>    v.<br><br>JASON STONE and KEYFI, INC.,<br><br>         Defendants. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered<br><br><br>Adversary Proceeding<br>No. 22-01139 (MG) |

**[PROPOSED] JOINT STIPULATION AND ORDER FURTHER EXTENDING
DEADLINE TO CONSENT TO TRIAL CONDUCTED BY BANKRUPTCY COURT**

This stipulation and agreed order (the "Stipulation and Order") is entered into by and among Plaintiffs Celsius Network Limited and Celsius KeyFi LLC (the "Plaintiffs" or "Celsius"), and Defendants Jason Stone and KeyFi, Inc. (the "Defendants" and together with the Plaintiffs, the "Parties") in the above-captioned adversary proceeding (the "Adversary Proceeding"). The Parties agree and stipulate to the following:

**WHEREAS,** on August 23, 2022, Plaintiffs filed an adversary complaint (the "Complaint") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") against Defendants;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**WHEREAS,** on October 13, 2022, Celsius filed an amended adversary complaint (the "Amended Complaint") against Defendants in the Adversary Proceeding asserting claims for turnover, conversion, fraudulent misrepresentation, breach of fiduciary duty, unjust enrichment, replevin, and accounting;

**WHEREAS,** on December 22, 2022, Defendants filed their Answer to the Amended Complaint asserting a right to a Jury Trial;

**WHEREAS,** under the circumstances identified in Bankruptcy Rule 9015, and pursuant to Local Rule 9015-1, the parties may consent to a jury trial in front of the Bankruptcy Court by "filing a statement of consent to a jury trial" within fourteen days from the "service of the last pleading";

**WHEREAS,** the Parties discussed their respective rights to a jury trial, *vel non,* and previously requested to extend the period of time provided under Local Rule 9015-1;

**WHEREAS**, the Parties submitted a *Joint Stipulation and Order Regarding the Deadline to Consent to Have Trial Conducted by Bankruptcy Court* [ECF No. 57] on January 6, 2023, and this Court so-ordered the deadline contemplated under Local Rule 9015-1 extended through and including January 26, 2023;

**WHEREAS**, the Parties have conferred and, given the nature of the dispute, and subject to a reservation of their respective rights relating thereto and under Rule 9015, now seek to further extend the period of time provided under Local Rule 9015-1;

**WHEREAS,** the Parties now jointly submit this Stipulation and Order and respectfully request that the Bankruptcy Court approve the stipulation set forth below.

**IT IS THEREFORE STIPULATED, AGREED AND ORDERED THAT:**

1. The deadline contemplated under Local Rule 9015-1 is extended through and including February 24, 2023.

**SO STIPULATED:**

Date: January 26, 2023

*Is/ Mitchell P Hurley*
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Mitchell P. Hurley
Dean L. Chapman Jr.
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: mhurley@akingump.com
dchapman@akingump.com

— and —

Elizabeth M.D. Scott (admitted *pro hac vice)*
Jessica J. Mannon (admitted *pro hac vice*)
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email: edscott@akingump.com
jmannon@akingump.com

*Counsel to Celsius KeyFi LLC and Celsius Network Limited*

*Is/ Kyle W. Roche*
**KYLE ROCHE P.A.**
Kyle W. Roche
260 Madison Ave., FL 8
New York, New York 10016
Email: kyle@kyleroche.law
*Counsel to Jason Stone and KeyFi, Inc.*

**IT IS SO ORDERED** this _____ day of January, 2023.


_____
THE HONORABLE MARTIN GLENN
United States Chief Bankruptcy Judge