UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELSIUS NETWORK LIMITED and CELSIUS KEYFI LLC,<br><br>       Plaintiffs,<br><br>v.<br><br>JASON STONE and KEYFI INC.,<br><br>       Defendants. | Adversary Proceeding<br>No. 22-01139 (MG) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

  I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

  On January 17, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Office of the United States Trustee for the Southern District of New York, Attn: Shara Cornell, Mark Bruh, & Brian S. Masumoto at 1 Bowling Grn, Ste 534, New York, NY 10004-1459, pursuant to USPS forwarding instructions:

- **Plaintiffs' Brief in Opposition to Defendants' Motions to Dismiss** (Docket No. 31)

- **Plaintiffs' Reply Memorandum in Support of Motion for Preliminary Injunction** (Docket No. 42)

- **Supplemental Declaration of Mitchell P. Hurley in Further Support of Celsius' Motion for a Preliminary Injunction** (Docket No. 43)

- **Declaration of Alex Mashinsky in Support of Plantiffs' Motion for a Temporary Restraining Order and Preliminary Injunction** (Docket No. 44)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

- **Reply Declaration of Patrick Holert in Further Support of Celsius' Motion for Preliminary Injunction** (Docket No. 45)

Dated: January 23, 2023

_____
Monica Arellano

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 23rd day of January, 2023, by Monica Arellano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023