

**MITCHELL P. HURLEY**
+1 212.872.1011/fax: +1 212.872.1002
mhurley@akingump.com

February 8, 2023

**VIA E-MAIL AND ELECTRONIC COURT FILING**

The Honorable Judge Glenn
United States Bankruptcy Court
Southern District of New York
1 Bowling Green
New York, New York 10004

    Re:    *Celsius Network Ltd. et al. v. Jason Stone, et al.*, A.P. No. 22-01139 (MG) (Bankr. S.D.N.Y.) (the "Adversary Proceeding")

Dear Judge Glenn:

    We write on behalf of Celsius Network Limited and Celsius KeyFi, LLC (together, "Celsius"), and Jason Stone and KeyFi, Inc. (together, "Defendants," and with Celsius, the "Parties") concerning the Adversary Proceeding. As noted during the Court conference held on February 7, 2023, the Parties wish to amend the schedule for supplemental briefing relating to Plaintiffs' Motion for a Preliminary Injunction [ECF No. 21].

    Previously, the Parties agreed to submit simultaneous post-trial briefs by February 9, 2023, and simultaneous reply briefs by February 23, 2023. The Parties since have agreed to submit simultaneous post-trial briefs by Wednesday, February 15, 2023, and simultaneous reply briefs by Noon, prevailing Eastern Standard Time, on Friday, March 3, 2023. The Parties also have agreed to expand the page limits of each submission by five pages, with opening post-trial briefs no more than thirty (30) pages in length, and reply briefs no more than twenty (20) pages in length.

    Sincerely,

    */s/ Mitchell P. Hurley*
    Mitchell P. Hurley

CC:    Kyle Roche
    Daniel Stone
    Peter Bach-y-Rita
    Kelvin Goode

**MEMORANDUM ENDORSED**

**IT IS SO ORDERED.**

Dated:  February 9, 2023
        New York, New York

                                          **/s/ Martin Glenn**
                                          MARTIN GLENN
                                          Chief United States Bankruptcy Judge