# EXHIBIT A

Cryptopunk #864
Cryptopunk #970
Cryptopunk #1654
Cryptopunk #3793
Cryptopunk #4975
Cryptopunk #5287
Cryptopunk #6832
Cryptopunk #7076
Cryptopunk #7844
Cryptopunk #8724
Cryptopunk #8777
Cryptopunk #9348
Cryptopunk #9934
Bored Ape Yacht Club #5235
Mutant Ape Yacht Club #20470
Mutant Ape Yacht Club #20471
Mutant Ape Yacht Club #28105
Clonex #18764
Clonex #18768
Clonex #19214
Clonex #19215
Clonex #19216
Clonex #19217
Clonex #19218
Clonex #19219
Fidenzas #552
Fidenzas #919
Fidenzas #945
Meebits #1601
Meebits #16717
Meebits #18933
Meebits #19836
Meebits #15019
Meebits #14942
Meebits #1584
Meebits #8702
Meebits #9436
Meebits #8995
Meebits #4856
Meebits #17395
Meebits #19725
Meebits #12491
Meebits #19844
Meebits #10451

Meebits #14881
Meebits #14155
CyberBrokers #315
CyberBrokers #288
CyberBrokers #8267
CyberBrokers #9058
CyberBrokers #9480
CyberBrokers #2612
CyberBrokers #685
CyberBrokers #463
CyberBrokers #4651
CyberBrokers #4070
CyberBrokers #2664
CyberBrokers #5758
CyberBrokers #6154
CyberBrokers #6349
CyberBrokers #7866
CyberBrokers #7175
CyberBrokers #6830
CyberBrokers #542
CyberBrokers #9062
CyberBrokers #7919
CyberBrokers #5203
CyberBrokers #4037
CyberBrokers #3840
CyberBrokers #7442
CyberBrokers #7052
CyberBrokers #5424
CryptoDickbutts S3 #3115
CryptoDickbutts S3 #1632
CryptoDickbutts S3 #3121
World of Women #6067
World of Women #2177
World of Women #6449
World of Women #9501
World of Women #9363
World of Women #499
World of Women #250
World of Women #6943
World of Women #2150
World of Women #8452
World of Women #3721
World of Women #3074
World of Women #3670
World of Women #8002
World of Women #3764

World of Women #5068
World of Women #8852
World of Women #3533
World of Women #3215
World of Women #8458
World of Women #5737
World of Women #4974
World of Women #9458
World of Women #2632
World of Women #8424
World of Women #9905
World of Women #1444
World of Women #1151
World of Women #3313
World of Women #3323
World of Women #6001
World of Women #2116
World of Women #3023
World of Women #3263
World of Women #3290
World of Women #3522
World of Women #7938
World of Women #3217
World of Women #8468
World of Women #8338
World of Women #6600
World of Women #4642
VeeFriends #8441
VeeFriends #6243
Mutant Hound Collars #1041
Mutant Hound Collars #946
Mutant Hound Collars #720
Mutant Hound Collars #51
Mutant Hound Collars #49
Mutant Hound Collars #1044
Mutant Hound Collars #1043
Mutant Hound Collars #1042
Mutant Hound Collars #1047
Mutant Hound Collars #1045
Mutant Hound Collars #1046
Mutant Hound Collars #1048
Mutant Hound Collars #1049
Mutant Hound Collars #1050
Mutant Hound Collars #1501
Mutant Hound Collars #11192
Mutant Hound Collars #1161

Mutant Hound Collars #1992
Mutant Hound Collars #1974
Mutant Hound Collars #1552
Mutant Hound Collars #3856
Mutant Hound Collars #3855
Mutant Hound Collars #3854
Mutant Hound Collars #7876
Mutant Hound Collars #5404
Mutant Hound Collars #3857
Otherdeed #48915
Otherdeed #50271
Otherdeed #23125
Otherdeed #91776
Otherdeed #48480
Otherdeed #23128
Otherdeed #23127
Otherdeed #23126
Otherdeed #23124
Otherdeed #48787
Otherdeed #48786
Otherdeed #5235
Otherdeed #58034
Otherdeed #58035