# EXHIBIT A

For illustrative purposes only. Not based on actual coins deployed.

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Agreement | | Calculations | Notes | Accounting Steps | Units | | | | | Period (1) | | | | | | | |
| 2 | | | | | Coin Invested | | Coin(1) | Coin(2) | Coin(3a) | Coin(3b) | Total | | Coin(4) | Coin(5) | Coin(7) | Total | | Total |
| 3 | | | | | Strategy | | Defi | Defi | Defi - AMM | Defi - AMM | Defi | | Staking | Staking | Staking | Staking | | All Strategies |
| 4 | | | | | | | | | | | | | | | | | | |
| 5 | 7.1.a | Input | a | | Coins Allocated to Activity | Coins | 1,000,000.0 | 1,500,000.0 | 500,000.0 | 100,000.0 | | | 1,000,000.0 | 500,000.0 | 100,000.0 | | | |
| 6 | | Input | b | | Reserve Rate | % | 10.0 | 12.0 | 10.0 | 15.0 | | | 10.0 | 12.0 | 15.0 | | | |
| 7 | 7.1.b | Calc | c = a * (1+b/100) | | Coins Deposited | Coins | 1,100,000.0 | 1,680,000.0 | 550,000.0 | 115,000.0 | | | 1,100,000.0 | 560,000.0 | 115,000.0 | | | |
| 8 | | Input | d | Simulated returns | APY for Earned Coins | % | 20.0 | 15.0 | (10.0) | 10.0 | | | 10.0 | 25.0 | (30.0) | | | |
| 9 | 7.1.c | Calc | e = a * d / 100 / 52 | Use actual earned coins | Earned Coins | Coins | 3,846.2 | 4,326.9 | (961.5) | 192.3 | | | 1,923.1 | 2,403.8 | (576.9) | | | |
| 10 | | | | | | | | | | | | | | | | | | |
| 11 | | Input | e | | Rewards APY for Coin | % | 7.0 | 5.0 | 6.0 | 5.0 | | | 8.0 | 4.0 | 3.0 | | | |
| 12 | | Input | f | | Percent Earning Interest in Native Coin | % | 70.0 | 90.0 | 80.0 | 85.0 | | | 60.0 | 80.0 | 75.0 | | | |
| 13 | | Input | g | | Deposit APY for CEL tokens | % | 8.0 | 8.0 | 8.0 | 8.0 | | | 8.0 | 8.0 | 8.0 | | | |
| 14 | | Input | h | | Percent of Deposits in Native Coin Earning Interest in CEL token | % | 30.0 | 10.0 | 20.0 | 15.0 | | | 40.0 | 20.0 | 25.0 | | | |
| 15 | 7.2.a | Calc | i = e * f/100 + g * h/100 | | Weekly Deposit APY Rate for Strategy | % | 7.3 | 5.3 | 6.4 | 5.5 | | | 8.0 | 4.8 | 4.3 | | | |
| 16 | | | | | | | | | | | | | | | | | | |
| 17 | 7.2.b | Calc | j = c * i | | Rewards Costs | Coins | (1,544.2) | (1,712.3) | (676.9) | (120.5) | | | (1,692.3) | (516.9) | (94.0) | | | |
| 18 | | | | | | | | | | | | | | | | | | |
| 19 | 7.3 | Calc | k = e - j | | Gross Profits Attributed to Activity in Coins | Coins | 2,301.9 | 2,614.6 | (1,638.5) | 71.8 | | | 230.8 | 1,886.9 | (670.9) | | | |
| 20 | | Input | l | | Exchange Rate | USD/Coin | 20.0 | 40.0 | 20.0 | 400.0 | | | 75.0 | 50.0 | 50.0 | | | |
| 21 | 7.4.a | Calc | m = k * l | | Gross Profits Attributed to Activity in USD | USD | 46,038.5 | 104,584.6 | (32,769.2) | 28,711.5 | 146,565.4 | | 17,307.7 | 94,346.2 | (33,545.7) | 78,108.2 | | |
| 22 | | | | | | | | | | | | | | | | | | |
| 23 | 7.5.a | Calc | n = sum (k) | For multiple periods | Total Gross Profits for All Activities in Coins | Coins | | | | | | | | | | | | N/A |
| 24 | 7.5.b | Calc | o = sum (m) | | Total Gross Profits for All Activities in USD | USD | | | | | | | | | | | | 224,673.6 |
| 25 | | | | | | | | | | | | | | | | | | |
| 26 | | | | | Expenses: | USD | | | | | | | | | | | | |
| 27 | | Input | p | | Salaries | USD | | | | | | | | | | | | 10,923.1 |
| 28 | | Input | p | | Salaries (Hurdle Rate) | USD | | | | | | | | | | | | 10,923.1 |
| 29 | | Input | q | | Hardware/Cloud Expenses | USD | | | | | | | | | | | | 10,000.0 |
| 30 | | Input | r | | Cumulative losses from previous periods | USD | | | | | | | | | | | | 50,000.0 |
| 31 | | Input | s | | Insurance Policy Costs (1% or actual cost) | USD | | | | | | | | | | | | 10,000.0 |
| 32 | | Input | t | | Staking Costs | USD | | | | | | | | | | | | 15,000.0 |
| 33 | | Input | u | | Transaction Fees | USD | | | | | | | | | | | | 14,500.0 |
| 34 | | Calc | v = 2 * P + q + r + s + t + u | | Total Expenses | USD | | | | | | | | | | | | 121,346.2 |
| 35 | | | | | | | | | | | | | | | | | | |
| 36 | 9 | Calc | w = o - v | | Net Profit | USD | | | | | | | | | | | | 103,327.4 |
| 37 | | | | | | | | | | | | | | | | | | |
| 38 | | Calc | x = 100 * sum (Defi(o)) / o | | Percentage of Total Gross Profits from Defi | % | | | | | | | | | | | | 65.2 |
| 39 | 10 | Calc | y = w * x /100 | | Net Profit for Defi Activities | USD | | | | | | | | | | | | 67,405.4 |
| 40 | | | | | | | | | | | | | | | | | | |
| 41 | | Calc | z = 100 * sum (staking(o)) / o | | Percentage of Total Gross Profits from Staking | % | | | | | | | | | | | | 34.8 |
| 42 | 10 | Calc | aa = w * z /100 | | Net Profit for Staking Coins and Staking Plus Coins | USD | | | | | | | | | | | | 35,922.0 |

For illustrative purposes only. Not based on actual coins deployed.