Page 1

1    UNITED STATES BANKRUPTCY COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    Case No. 22-10964-mg

4    Adv. Case No. 22-01139-mg

5    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

6    In the Matter of:

7

8    CELSIUS NETWORK LLC,

9

10            Debtor.

11    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

12    CELSIUS NETWORK LLC, et al.,

13                    Plaintiffs,

14            v.

15    STONE, et al.,

16                    Defendants.

17    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

18

19                    United States Bankruptcy Court

20                    One Bowling Green

21                    New York, NY  10004

22

23                    March 15, 2023

24                    3:01 PM

25

Page 2

1    B E F O R E :

2    HON MARTIN GLENN

3    U.S. BANKRUPTCY JUDGE

4

5    ECRO:   F. FERGUSON

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    HEARING re Adversary proceeding: 22-01139-mg Celsius Network

2    Limited et al v. Stone et al Conference Using Zoom for

3    Government. (Doc## 83 to 85)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Sonya Ledanski Hyde

Page 4

```
 1    A P P E A R A N C E S :

 2

 3    AKIN GUMP STRAUSS HAUER FELD LLP

 4        Attorneys for the Debtor

 5        One Bryant Park

 6        New York, NY 10036

 7

 8    BY:  DEAN CHAPMAN

 9        MITCHELL HURLEY

10

11    WHITE & CASE LLP

12        Attorneys for Official Committee of Unsecured Creditors

13        1221 Avenue of the Americas

14        New York, NY 10020

15

16    BY:  SAMUEL P. HERSHEY

17        DAVID TURETSKY

18

19    KYLE ROCHE P.A.

20        Attorneys for KeyFi inc.

21        260 Madison Avenue, 8th Floor

22        New York, NY 10016

23

24    BY:  KYLE WILLIAM ROCHE

25
```

Page 5

1    PROSE

2         Attorneys for Self

3         1142 Steeplechase Drive

4         Morgantown, WV 26508

5

6    BY:   COURTNEY BURKS STEADMAN

7

8    ALSO PRESENT TELEPHONICALLY:

9    NEGISA BALLUKU

10   STEVEN CHURCH

11   UDAY GORREPATI

12   MIRA HAQQANI

13   TAYLOR HARRISON

14   GAITANA JARAMILLO

15   PETER J. SPROFERA

16   CATHY TA

17   VICTOR UBIERNA DE LAS HERAS

18   KAILA ZAHARIS

19   TANZILA ZOMO

20

21

22

23

24

25

Page 6

1                    P R O C E E D I N G S

2            CLERK:  All right, starting recording for March

3    15th, 2023 at 3 PM.  Case Number 22-1139, Celsius Network

4    Limited et al versus Stone et al.  Mr. Roche, if you could

5    unmute and give your appearance, please.

6            MR. ROCHE:  Yes, Kyle Roche, on behalf of

7    defendants, Jason Stone and KeyFi Inc.

8            CLERK:  All right, thank you.  You can pause the

9    recording.  All right.  Mr. Chapman, if you could unmute and

10   give your appearance, please.  Sorry, you're -- I can't hear

11   you.

12           MR. CHAPMAN:  Dean Chapman of Akin Gump Strauss

13   Hauer Feld for the Celsius plaintiffs.

14           CLERK:  All right.  Thank you.  All right, Miss

15   Steadman, are you going to be speaking this afternoon?

16           MS. STEADMAN:  I will not be speaking, thank you.

17           CLERK:  Thank you.  All right.  Is Mr. Hurley

18   going to be joining?

19           MR. CHAPMAN:  Yeah, he'll be on.

20           CLERK:  Okay, great, thanks.  All right.  You can

21   pause the recording.  He just joined, yeah, his audio just

22   went through.  Mr. Hershey, if you could give your

23   appearance, please.

24           MR. HERSEY:  Of course,  Samuel Hershey from White

25   and Case on behalf of the official committee of unsecured

Page 7

1    creditors.

2            CLERK:  All right.  Thank you.  Mr. Hurley.

3            MR. HURLEY:  Mitch Hurley with Akin Gump Strauss

4    Hauer & Feld, special litigation counsel to the Celsius

5    plaintiffs.

6            CLERK:  All right.  Thank you.  Those are all the

7    appearances I have, Judge.

8            THE COURT:  Okay.  All right.  Thank you very

9    much.  All right.  Mr. Roche, I think you were the one who

10   requested this conference.  Go ahead.

11           MR. ROCHE:  Yes, Your Honor.  So as I'm sure Your

12   Honor is aware, there's been extreme market volatility over

13   the course of the past few weeks.  The TRO that Your Honor

14   ordered after the preliminary injunction hearing and that

15   the parties negotiated and agreed after a few weeks,

16   requires --  and that will remain in effect while the

17   parties see if they can resolve this dispute in this stay,

18   it requires if the defendants, KeyFi, want to make a

19   transaction or alter a position for the following process:

20   1) For us to first issue a request to Celsius, 2) For us to

21   meet and refer on that request if Celsius objects, and then

22   if the parties can't resolve the request or the scope of the

23   request after they've met and conferred then that's why

24   we're here today.  The third part of the process is for us

25   to come before you to see -- to have Your Honor resolve it.

1           This process has prejudiced, significantly

2    prejudiced the defendant's ability to manage their positions

3    while the stay is in effect because it makes it difficult

4    for, if not impossible, for the defendants to react to

5    market conditions as they arise.  And that's why we've

6    requested two of the three requests, one of which is the,

7    the subject of this, this hearing.

8           Essentially, we're asking for the flexibility for

9    up -- for the defendants to manage their positions up to 100

10   Ethereum worth of value to ensure that they can both

11   maximize the yield they are gaining on their positions,

12   while also ensuring that none of their positions get

13   liquidated.  To make it -- to give a sort of an example, if

14   one position has a relatively healthy loan to value ratio

15   and another position is getting dangerously close to

16   liquidation, the request simply states that there's a pre-

17   approval for KeyFi to borrow against the healthy position

18   and pay back the loan on the unhealthy position given the

19   fluctuation and value of the relative assets.

20           After two meet and confers, Celsius has refused

21   this request.  I understand their position to be -- Mr.

22   Hurley, correct me if this doesn't accurately capture it --

23   that essentially KeyFi does not need that much Ethereum to

24   manage their positions.  But given the market volatility,

25   KeyFi does maintain that it needs that flexibility.  And you

Page 9

1   know what we're -- I'm struggling to understand is, you

2   know, why Celsius is objecting to this position?  Because at

3   the end of the day, none of the value is leaving the wallet.

4   We're reporting on the wallet every couple of weeks.  We're

5   working with them to give them the data they asked for.  And

6   if there is a liquidation or if there is prejudice to the

7   KeyFi wallets as a result of the market volatility, it's not

8   going to harm just KeyFi, assuming the plaintiffs do

9   prevail, which we maintain, we don't believe they will.  But

10  if they do, that value -- any prejudice to that value in

11  those wallets would ultimately affect the estate.

12           THE COURT:  Mr. Roche, what's the approximate

13  value of 100 Ethereum  in dollars?

14           MR. ROCHE:  It fluctuates day to day.  I believe

15  it's -- right now I believe Ethereum is a little over 1500.

16  So roughly $150,000.  I think, I'm look, I'm looking it up.

17  It may be $160,000.  It's the Ethereum -- yep.  So it would

18  be $165,000 because the price of Ethereum right now is about

19  1650.

20           THE COURT:  Could, could you tell me, since the

21  TRO became effective, what the value of the portfolio that's

22  protected by the TRO is?

23           MR. ROCHE:  Yes.  It's -- so there's a few assets

24  that I think are difficult to value --

25           THE COURT:  Yeah, there's some liquid assets.  I

1     understand.  But give me the approximate value and I will

2     ask Mr. Hurley the same thing.

3              MR. ROCHE:  It's approximately, I think, a little

4     over $3 million.  I think between 3 and $3.5 million and it

5     obviously, again, fluctuates daily, but that's the

6     approximate value.

7              THE COURT:  Okay.  Anything you want to add before

8     I turn to Mr. Hurley?

9              MR. ROCHE:  That's, that's it for now.

10             THE COURT:  Okay.  Mr. Hurley.

11             MR. HURLEY:  Good afternoon, Your Honor.  Mitch

12    Hurley at Akin Gump on behalf of Celsius.  So I just want to

13    make a couple of things very clear, Your Honor.  When Mr.

14    Stone presented request, pursued to Paragraph 3 of the TRO

15    to us on March 4th, he made three requests.  One was whether

16    Celsius and the UCC would agree to allow him to convert a

17    million tokens, called Looks, into Eth, so that that Eth

18    would be available in liquid form to allow Mr. Stone to

19    manage collateral issues with respect to the loans he's

20    taken against NFT.  So, for instance, if he thinks a loan is

21    in jeopardy, he could use that Eth to pay down a part of the

22    loan so that the LTV would be improved.  We actually agreed

23    to that request.  And Mr. Stone has, we understand,

24    liquidated the  million Looks for approximately 100 Eth.  So

25    he has that liquidity now.

1          He also asked whether we would agree to allow him

2     to put certain identified NFTs up for sale.  And we agreed

3     to that.  The request that we did not agree to was for him,

4     in addition to getting the 100 Eth by selling the Looks, to

5     go out and do additional borrowings against, if you will,

6     healthier NFTs so that he could use the proceeds of those

7     borrowings to pay down on loans --

8          THE COURT:  Change loan-to-value ratio to avoid

9     liquidation.

10          MR. HURLEY:  Correct.  And we did meet and confer

11     in advance of this, Your Honor, and we asked for an

12     explanation as to why it would be that Mr. Stone would need

13     more than 100 Eth of liquidity to ensure that he doesn't

14     wind up in a position where you get a liquidation of a loan.

15     And the only answer we got was that Mr. Stone thinks that

16     it's, in his judgment, better to have 200 Eth than 100 Eth.

17     There was no specificity about what it is that he needed for

18     the additional liquidity.  And so that's, that's really why

19     we refused.

20          Certainly, you know, there is a choice between

21     continuing to, of course, hold these NFTs, which are a very

22     volatile asset.  And the strategy that Mr. Stone appears to

23     be taking is sort of betting that NFTs are going to increase

24     in value going forward.  While we have been willing to

25     provide him with some rope for that, Your Honor, in terms of

Page 12

1    like this request to liquidate the million Looks and turn it

2    into Eth so that these loans he's concerned about won't

3    result in liquidation, we -- neither we nor the UCC was

4    comfortable consenting to the additional, the additional

5    borrowings, which takes us, you know, a step further.

6              I also need to point out here, Your Honor, that it

7    does appear that Mr. Stone engaged in already in a

8    transaction that is forbidden under the TRO unless he first

9    gets our consent or an order from the Court.  So we

10   consented to liquidating the 100 Eth -- sorry, the million

11   Looks into approximately 100 Eth.  He did that.  He used

12   some of the proceeds of the conversion to pay down a loan on

13   a platform called Drops.  Again, I think more or less

14   consistent with the agreement and with our consent.  But

15   then he took the collateral that was freed up from that pay

16   down of the Drops loan and used it to take out another loan

17   on a different platform called JPEG.  That JPEG loan

18   produced something like 40 P-Eth which is the JPEG wrapped

19   Eth, equivalent of an Eth.  And, you know, instead of using

20   the Eth that he was able to get through that borrowing for

21   the liquidity, he actually then put the P-Eth on curve to

22   earn additional interest.

23             So it appears to us that part of what Mr. Roche is

24   seeking here is basically kind of an expo facto blessing

25   from this Court for something that Mr. Stone already has

```
1    done.  We don't want there to be any suggestion that by not
2    mentioning that he appears to have engaged in this
3    transaction already, we're waiving any of Celsius's rights
4    with respect to him having done that.  Nor that we consent
5    to any kind of further borrowing, as opposed to what we did
6    consent to, which is the million Looks.
7            THE COURT:  Okay.  Let me ask a couple more
8    questions.  When I asked Mr. Stone the approximate value of
9    the portfolio, he gave us 3 million to 3.5 million range.
10   And I realize some of what's held is liquid and maybe hard
11   to value on a day-to-day or week-to-week basis, whatever.
12   But since this litigation began, do you have a view, Mr.
13   Hurley, whether the value of the portfolio now that's
14   subject to the TRO has increased or decreased in overall
15   value?
16           MR. HURLEY:  So, Your Honor, Celsius is working
17   with an expert to evaluate a number of things related to
18   this litigation, including the value of the portfolio.  I
19   don't want to give a --
20           THE COURT:  I'm not going to hold, I'm not going
21   to hold you to the hard and fast numbers, but directionally,
22   can you tell me whether, in your view, the value has
23   increased or decreased?
24           MR. HURLEY:  So I think the easiest way to answer
25   that is to say that what Mr. Stone's strategy has been
```

Page 14

1    effectively, has been to borrow against NFTs and use the

2    borrowings to invest them in a variety of, if you will, like

3    interest bearing activities and those activities, I believe

4    have generated some income, exactly how much is difficult to

5    say, at least for me.  And then whether that results in a

6    net improvement of the portfolio in turn depends in part, of

7    course, on the value of the NFTs, which is harder to

8    determine.  I will say, and I just want to make this very

9    clear, I think Your Honor started that question to Mr. Roche

10   with -- referring to the portfolio that's subject to the

11   TRO.  Celsius believes, we certainly submit that the TRO

12   extends far beyond just the )X50DD wallet into any assets

13   that are traceable back to the Celsius wallet and the

14   proceeds of those wallets.  And part of what we're trying to

15   do now is identify what all of those assets are.  And then

16   with respect to the 0X50DD wallet itself, our preliminary

17   view is that the assets in that wallet, setting aside

18   whatever revenue creating activities he's engaged in, just

19   the assets themselves, are probably materially in excess of

20   the $3.5 million number.  Exactly how much more, again,

21   difficult to say, but we think probably in the, you know,

22   low seven figures additional range.  So maybe we're talking

23   5 or $6 million instead of 3.5.  That's not value generated,

24   Your Honor, since the TRO was entered.  We're just talking

25   about our efforts to try to put a value on assets that were

1    in there to begin with.

2              THE COURT:  Okay.  Well, I'm -- Mr. Roche, it's

3    very hard for me without written papers, you know,

4    affidavits, declarations, something under oath to really

5    provide you with a ruling on what you're asking for.  The

6    reason I was asking, and it may just not be feasible because

7    of, you know, valuing illiquid assets is a very difficult

8    task and with the NFTs, I gather they are harder to value.

9    What I was exploring, and this may not be feasible, is

10   putting a collar around Mr. Stone's ability to, you know,

11   exchange positions, whether it's borrowing or whatever it

12   is, such that the floor of the value of the portfolio

13   remains at a particular level.  But that just may not be

14   feasible given the difficulty in in valuing.

15             I certainly understood when you were negotiating

16   the terms of the original TRO that's in place that you

17   emphasized the importance for Mr. Stone of being able to,

18   you know, protect himself from the loan-to-value ratio on,

19   you know, getting liquidated out because he couldn't meet

20   calls.  And I, and I think the T R O fairly provided some

21   flexibility.  Yes, you had to go to Mr. Hurley, you had to

22   go to Celsius to seek approval.  I'm not going to get into

23   now, and I don't want to hear a response, to whether you

24   agree or disagree that Mr. Stone may have taken action that

25   wasn't permitted by the TRO.  That's not before me today.

1   That would have to be on, you know, a proper showing with

2   declarations, et cetera.  I don't want to get into that.

3          But I don't know, I mean, you know, frankly, Mr.

4   Roche, it sounds to me that the debtor has been reasonably

5   accommodating in trying to give Mr. Stone some flexibility

6   in taking action.  I understand that market volatility may

7   require a decision now rather than tomorrow in order, you

8   know, to prevent market movements to affect his position.

9          So I don't know, Mr. Hurley, whether you and Mr.

10  Roche have discussed trying to put a collar around, you

11  know, giving Mr. Stone more flexibility if value remains

12  within a particular collar because I certainly understand

13  the last thing that Celsius wants is to see, if it

14  ultimately prevails or you can't -- I'm still hoping you're

15  all going to get to a settlement, but we'll come to that in

16  a minute.  But, you know, assuming that, that Celsius

17  prevails, I don't want to find out that what it is they

18  prevailed on is worth 25 percent less today than it was at

19  the time of the TRO.  But, you know, I don't follow the

20  values.  I just happenstance periodically look at Ethereum

21  and Bitcoin, but I don't look at all these others and have

22  no idea what, how, how they're valued.  And I know for a

23  while, Bitcoin and Ethereum were increasing in value.  I

24  haven't looked this week.  So I don't know what's happened,

25  you know, in light of two bank failures and whether that's

Page 17

1    had an impact or not.

2              Mr. Hurley, is there an approach that would allow

3    you to try and negotiate some kind of collar that would give

4    Mr. Stone more flexibility to react promptly but within

5    limits that would protect Celsius?

6              MR. HURLEY:  Well, Your Honor, with respect to the

7    current request, you know, my expectation after we and the

8    UCC agreed to the conversion of the million Looks into 100

9    Eth, I guess what I thought was going to happen was that the

10   defendants would say, ok, you know, we'll come back to you

11   if we think we really need more than this.

12             THE COURT:  Right.

13             MR. HURLEY:  And my understanding is that there

14   still is a substantial portion of the Eth, that they, that

15   they converted the Looks into available as liquidity.

16   Certainly, we, on behalf of Celsius, would be open to it if

17   there was a further request made and an explanation about

18   why additional borrowings are necessary.  I can't guarantee

19   that we would agree.  But, you know, our belief and really

20   our intention in agreeing to the conversion of the Looks was

21   to give them breathing room and to come back to us if they

22   really thought there was something that was needed in

23   addition to that.

24             MR. ROCHE:  So, look, I understand Mr. Hurley's

25   position -- but just for -- it's 91 Eth, not 100 Eth, but

1    that's the current amount of room that the parties have

2    agreed to.  That was request number one.  The additional 100

3    Eth, look, there is -- there have been times over the past

4    month while this TRO has been in place where KeyFi and Mr.

5    Stone put their own personal funds in given how quickly the

6    market changed and the market has been incredibly volatile

7    in the start of this year.  And the concern that has been

8    expressed to me is that over the course of the next week,

9    two weeks, month, two months, while this stay is in place

10   and while the TRO is pending, that the market could jump,

11   very, very quickly.  And for whatever reason this is -- the

12   times this has happened where we've had a heartache of

13   liquid -- we're in danger of liquidation, it's typically

14   over the weekend.  I don't know why that phenomena has

15   occurred in the crypto markets, but that is why, you know,

16   we've agreed to 91 Eth.

17          We're essentially asking, you know, I think Your

18   Honor's idea on some form of collar where there would be

19   some sort of tolerance on moving positions within that

20   collar is -- I like that idea.  I don't know exactly at the

21   moment how to formulate that.  But we're, we're asking,

22   we're asking for this Court instead of the 91 Eth buffer for

23   us to have the 191 Eth buffer so that we can avoid a

24   situation in there's a loss of value to the portfolio.  We

25   may not.  The only reason we would use that is if there's

Page 19

1      either an opportunity to earn more yield on a particular

2      position or one position is in danger of liquidation.  That

3      really is at the end of the day where the spirit of this

4      request is.

5                  MR. HURLEY:  May I make a suggestion?

6                  THE COURT:  Go ahead, Mr. Hurley, yeah, go ahead.

7                  MR. HURLEY:  We are we have a meet confer

8      scheduled later this afternoon on some other matters with

9      Mr. Roche.  Maybe with the exchange of some additional

10     information about exactly what they think they need and why,

11     we might be able to come back to Your Honor with an

12     agreement rather than with a dispute.  And we wouldn't

13     insist on, for instance, you know, an additional notice and

14     objection and meet and confer period before coming back to

15     Your Honor if that becomes necessary.  So given that

16     opportunity, we may be able to resolve this part based on

17     what I've heard.

18                 THE COURT:  Look, I'm not, Mr. Roche, given that

19     it's contested, I'm not prepared to rule without actually

20     seeing papers and, you know, declarations under oath that

21     fully lay down the positions of each of you.  You know when

22     I just raised the collar notion, what I'm trying to think is

23     whether, you know, at the end of the day, assuming Celsius

24     prevails, they're not going to want to find out -- they're

25     not going to want positions that they would otherwise

1    prevail having been liquidated because there was, you know,

2    the loan-to-value ratio went bad and the position got

3    liquidated.  Okay?  So that's not in Celsius' interest

4    either.  I think you actually hear that (indiscernible).

5    Okay?

6              So look, what I want you to do is if you have a

7    meet and confer scheduled this afternoon, see if you can

8    work it out.  If you can't and you want to press the

9    request, you're going to have to put something in writing

10   and you're going to have to put in a sworn statement from

11   Mr. Stone supporting what you're explaining.  You're going

12   well beyond my understanding of crypto when you start

13   talking about Look, which I never heard of until you raised

14   it for the first time during this call.  And I'm sure

15   there's lots of other forms of crypto that I've never heard

16   of, or of NFTs and stuff like that.

17             So it's hard for me to make a reasoned decision

18   based on what I've been told.  You know, Mr. Roche, yes,

19   well, I say I'm sympathetic of Mr. Stone's arguments.  He

20   doesn't want a position liquidated because he can't move,

21   exchange, look for Ethereum and be able to use that to

22   satisfy a call because the loan-to-value ratio is preventing

23   liquidation.  I'm sympathetic to that argument and to some

24   extent, maybe I misunderstand.  Mr. Hurley, frankly, if

25   Celsius prevails, it doesn't want the value of the portfolio

Page 21

1    -- of this portion of the portfolio substantially declining

2    in value because Mr. Stone couldn't meet a, you know, a

3    margin call.  Go ahead, Mr. Hurley.

4              MR. HURLEY:  It's certainly true that we don't

5    want the portfolio to decline in value.  I think there are

6    differences in opinion about the wisdom of continuing to

7    throw good money after NFTs, if you will.

8              THE COURT:  Yes, right.

9              MR. HURLEY:  So that's really, I think, the issue.

10             THE COURT:  Let me switch the subject a minute.

11   Are you making any progress in trying to settle this?

12             MR. ROCHE:  Well, that's what the meet and confer

13   at four o'clock is.  We have, I think both parties have

14   retained, at least I understand from Mr. Hurley, that

15   they've retained somebody to do an accounting.  We are also

16   in the process of performing that accounting.  We have a

17   call at four to hopefully put together a path for

18   transparency on both sides on how to value this property,

19   how to value the tracing of the transactions.  And, you

20   know, I think we're going to see at the end of this period,

21   60-day period, whether or not the parties can get clarity on

22   whether a resolution is possible without trial.

23             THE COURT:  Look, the faster that you try to get

24   this to a resolution, the more flexibility each of you are

25   going to have, you know?

1         So for today, I just can't, I'm not going to rule

2    one way or the other, Mr. Stone -- or Mr. Roche, on the

3    issue you're raising today.  Meet and confer.  If you're

4    going to press this, I'm willing to hear it and decide it,

5    but you're going to have to give me some papers and I'm

6    going to require some declarations from each side under oath

7    so I fully understand where people have under oath said,

8    here's what the facts are.  This is why we're doing it.  So

9    I'll try, you know you've never had any problem getting a

10   quick hearing from me and you won't.  Okay?  That's where,

11   that's where we're going to have to end it for today.

12        MR. ROCHE:  Understood.

13        THE COURT:  Okay.  All right.  But look, I

14   suggested this idea of a collar.  That may be a total bad

15   idea.  But there may be some other solution where Celsius is

16   prepared to provide within bounds, to provide some greater

17   flexibility as long as there's transparency about what it's

18   being used for.  But I'm going to leave that to you to talk

19   about.

20        MR. HURLEY:  Your Honor.  Do you have time for me

21   to just comment briefly on the settlement process or do you

22   need to go?

23        THE COURT:  No, go ahead, go ahead briefly.

24        MR. HURLEY:  So I just want to make sure that the

25   Court understands part of what this process is about.  And

Page 23

1    Mr. Roche and I talked about this in the past.  So it, you

2    know, it's undisputed, as I think the Court is aware, that

3    there were a very substantial number of coins, especially

4    Eth, that were provided by Celsius and Mr. Stone and that

5    were not returned and haven't yet been accounted for.  Set

6    aside whose responsibility accounting is for the moment.

7    And a huge part of what we're trying to do through this

8    process is understand the fate of those coins because, you

9    know, we're talking about coins worth $100 million or more.

10   And so it's going to be critical for Celsius, on behalf of

11   the estates, to make sure that we have confidence in the

12   fate of those coins.  If the coins were lost through poor

13   investments, that's one thing.  If there is another

14   explanation for what happened to those coins, that could

15   result in a very different path.  And so a big part of what

16   we're doing, and I think Mr. Roche and I have been working

17   on disclosures related to this, is to try to get to an

18   answer to that question as well as some tracing questions

19   and some more sort of like classic accounting questions.

20            So that's really what's going on.  The process is

21   starting.  But so far, you know, I think we're both hopeful

22   that it will be productive.

23            THE COURT:  All right.  I don't want to get into

24   any more details.  Mr. Roche, if you feel you need to

25   respond to what Mr. Hurley said, you can.  But the one thing

Page 24

1    I try not to do is get involved in settlement talks.

2    There's no question that from the outset, you know, some of

3    the issues you raised, Mr. Roche, were about an accounting.

4    And Mr. Hurley raised were about accounting.  So I think

5    each side understanding exactly what happened, whether, you

6    know, I won't repeat what Mr. Hurley said, but where it was

7    value lost through investments versus where did the stuff go

8    is obviously important.  So keep going.  Like I say, I'm

9    willing on a proper showing, which is more than a call, I

10   hadn't even seen a letter that explained exactly what I was

11   going to be hearing about today.  I'm certainly prepared to

12   go ahead and decide if I have to.  I think you're all better

13   off to see if you can work something out that may make

14   neither of you entirely happy but is the best solution going

15   forward.  Okay?

16            MR. HURLEY  Understood.

17            MR. ROCHE:  Thank you.

18            THE COURT:  Thanks very much, both of you.  Okay.

19            (Whereupon these proceedings were concluded at

20   3:31 PM)

21

22

23

24

25

Page 25

1                    C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7    *[signature]*

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  April 7, 2023

[& - approval]                                                                    Page 1

| **&** | **22-1139** 6:3 | **a** | **afternoon** 6:15 |
|---|---|---|---|
| **&** 4:11 7:4 | **25** 16:18 | **ability** 8:2 | 10:11 19:8 |
| **0** | **260** 4:21 | 15:10 | 20:7 |
| **0x50dd** 14:16 | **26508** 5:4 | **able** 12:20 | **agree** 10:16 |

**&**
**&** 4:11 7:4

**0**
**0x50dd** 14:16

**1**
**1** 7:20
**100** 8:9 9:13
  10:24 11:4,13
  11:16 12:10,11
  17:8,25 18:2
  23:9
**10004** 1:21
**10016** 4:22
**10020** 4:14
**10036** 4:6
**1142** 5:3
**11501** 25:23
**12151** 25:7
**1221** 4:13
**15** 1:23
**150,000** 9:16
**1500** 9:15
**15th** 6:3
**160,000** 9:17
**165,000** 9:18
**1650** 9:19
**191** 18:23

**2**
**2** 7:20
**200** 11:16
**2023** 1:23 6:3
  25:25
**22-01139** 1:4
  3:1
**22-10964** 1:3

**22-1139** 6:3
**25** 16:18
**260** 4:21
**26508** 5:4

**3**
**3** 6:3 10:4,4,14
  13:9
**3.5** 10:4 13:9
  14:20
**3.5.** 14:23
**300** 25:22
**330** 25:21
**3:01** 1:24
**3:31** 24:20

**4**
**40** 12:18
**4th** 10:15

**5**
**5** 14:23

**6**
**6** 14:23
**60** 21:21

**7**
**7** 25:25

**8**
**83** 3:3
**85** 3:3
**8th** 4:21

**9**
**91** 17:25 18:16
  18:22

**a**
**ability** 8:2
  15:10
**able** 12:20
  15:17 19:11,16
  20:21
**accommodat...**
  16:5
**accounted** 23:5
**accounting**
  21:15,16 23:6
  23:19 24:3,4
**accurate** 25:4
**accurately**
  8:22
**action** 15:24
  16:6
**activities** 14:3
  14:3,18
**actually** 10:22
  12:21 19:19
  20:4
**add** 10:7
**addition** 11:4
  17:23
**additional** 11:5
  11:18 12:4,4
  12:22 14:22
  17:18 18:2
  19:9,13
**adv** 1:4
**advance** 11:11
**adversary** 3:1
**affect** 9:11
  16:8
**affidavits** 15:4

**afternoon** 6:15
  10:11 19:8
  20:7
**agree** 10:16
  11:1,3 15:24
  17:19
**agreed** 7:15
  10:22 11:2
  17:8 18:2,16
**agreeing** 17:20
**agreement**
  12:14 19:12
**ahead** 7:10
  19:6,6 21:3
  22:23,23 24:12
**akin** 4:3 6:12
  7:3 10:12
**al** 1:12,15 3:2,2
  6:4,4
**allow** 10:16,18
  11:1 17:2
**alter** 7:19
**americas** 4:13
**amount** 18:1
**answer** 11:15
  13:24 23:18
**appear** 12:7
**appearance**
  6:5,10,23
**appearances**
  7:7
**appears** 11:22
  12:23 13:2
**approach** 17:2
**approval** 8:17
  15:22

**approximate** 9:12 10:1,6 13:8
**approximately** 10:3,24 12:11
**april** 25:25
**argument** 20:23
**arguments** 20:19
**aside** 14:17 23:6
**asked** 9:5 11:1 11:11 13:8
**asking** 8:8 15:5 15:6 18:17,21 18:22
**asset** 11:22
**assets** 8:19 9:23,25 14:12 14:15,17,19,25 15:7
**assuming** 9:8 16:16 19:23
**attorneys** 4:4 4:12,20 5:2
**audio** 6:21
**available** 10:18 17:15
**avenue** 4:13,21
**avoid** 11:8 18:23
**aware** 7:12 23:2

**b**

**b** 2:1
**back** 8:18 14:13 17:10,21 19:11,14
**bad** 20:2 22:14
**balluku** 5:9
**bank** 16:25
**bankruptcy** 1:1,19 2:3
**based** 19:16 20:18
**basically** 12:24
**basis** 13:11
**bearing** 14:3
**began** 13:12
**behalf** 6:6,25 10:12 17:16 23:10
**belief** 17:19
**believe** 9:9,14 9:15 14:3
**believes** 14:11
**best** 24:14
**better** 11:16 24:12
**betting** 11:23
**beyond** 14:12 20:12
**big** 23:15
**bitcoin** 16:21 16:23
**blessing** 12:24
**borrow** 8:17 14:1
**borrowing** 12:20 13:5

15:11
**borrowings** 11:5,7 12:5 14:2 17:18
**bounds** 22:16
**bowling** 1:20
**breathing** 17:21
**briefly** 22:21 22:23
**bryant** 4:5
**buffer** 18:22 18:23
**burks** 5:6

**c**

**c** 4:1 6:1 25:1,1
**call** 20:14,22 21:3,17 24:9
**called** 10:17 12:13,17
**calls** 15:20
**capture** 8:22
**case** 1:3,4 4:11 6:3,25
**cathy** 5:16
**celsius** 1:8,12 3:1 6:3,13 7:4 7:20,21 8:20 9:2 10:12,16 13:16 14:11,13 15:22 16:13,16 17:5,16 19:23 20:3,25 22:15 23:4,10
**celsius's** 13:3
**certain** 11:2

**certainly** 11:20 14:11 15:15 16:12 17:16 21:4 24:11
**certified** 25:3
**cetera** 16:2
**change** 11:8
**changed** 18:6
**chapman** 4:8 6:9,12,12,19
**choice** 11:20
**church** 5:10
**clarity** 21:21
**classic** 23:19
**clear** 10:13 14:9
**clerk** 6:2,8,14 6:17,20 7:2,6
**close** 8:15
**coins** 23:3,8,9 23:12,12,14
**collar** 15:10 16:10,12 17:3 18:18,20 19:22 22:14
**collateral** 10:19 12:15
**come** 7:25 16:15 17:10,21 19:11
**comfortable** 12:4
**coming** 19:14
**comment** 22:21
**committee** 4:12 6:25

concern 18:7
concerned 12:2
concluded 24:19
conditions 8:5
confer 11:10 19:7,14 20:7 21:12 22:3
conference 3:2 7:10
conferred 7:23
confers 8:20
confidence 23:11
consent 12:9 12:14 13:4,6
consented 12:10
consenting 12:4
consistent 12:14
contested 19:19
continuing 11:21 21:6
conversion 12:12 17:8,20
convert 10:16
converted 17:15
correct 8:22 11:10
counsel 7:4
country 25:21
couple 9:4 10:13 13:7

course 6:24 7:13 11:21 14:7 18:8
court 1:1,19 7:8 9:12,20,25 10:7,10 11:8 12:9,25 13:7 13:20 15:2 17:12 18:22 19:6,18 21:8 21:10,23 22:13 22:23,25 23:2 23:23 24:18
courtney 5:6
creating 14:18
creditors 4:12 7:1
critical 23:10
crypto 18:15 20:12,15
current 17:7 18:1
curve 12:21

d

d 6:1
daily 10:5
danger 18:13 19:2
dangerously 8:15
data 9:5
date 25:25
david 4:17
day 9:3,14,14 13:11,11 19:3 19:23 21:21

de 5:17
dean 4:8 6:12
debtor 1:10 4:4 16:4
decide 22:4 24:12
decision 16:7 20:17
declarations 15:4 16:2 19:20 22:6
decline 21:5
declining 21:1
decreased 13:14,23
defendant's 8:2
defendants 1:16 6:7 7:18 8:4,9 17:10
depends 14:6
details 23:24
determine 14:8
differences 21:6
different 12:17 23:15
difficult 8:3 9:24 14:4,21 15:7
difficulty 15:14
directionally 13:21
disagree 15:24
disclosures 23:17

discussed 16:10
dispute 7:17 19:12
district 1:2
doc 3:3
doing 22:8 23:16
dollars 9:13
drive 5:3
drops 12:13,16

e

e 2:1,1 4:1,1 6:1,1 25:1
earn 12:22 19:1
easiest 13:24
ecro 2:5
effect 7:16 8:3
effective 9:21
effectively 14:1
efforts 14:25
either 19:1 20:4
emphasized 15:17
engaged 12:7 13:2 14:18
ensure 8:10 11:13
ensuring 8:12
entered 14:24
entirely 24:14
equivalent 12:19
especially 23:3

essentially  8:8
   8:23 18:17
estate  9:11
estates  23:11
et  1:12,15 3:2,2
   6:4,4 16:2
eth  10:17,17,21
   10:24 11:4,13
   11:16,16 12:2
   12:10,11,18,19
   12:19,20,21
   17:9,14,25,25
   18:3,16,22,23
   23:4
ethereum  8:10
   8:23 9:13,15
   9:17,18 16:20
   16:23 20:21
evaluate  13:17
exactly  14:4,20
   18:20 19:10
   24:5,10
example  8:13
excess  14:19
exchange
   15:11 19:9
   20:21
expectation
   17:7
expert  13:17
explained
   24:10
explaining
   20:11
explanation
   11:12 17:17
   23:14

exploring  15:9
expo  12:24
expressed  18:8
extends  14:12
extent  20:24
extreme  7:12

## f

f  2:1,5 25:1
facto  12:24
facts  22:8
failures  16:25
fairly  15:20
far  14:12 23:21
fast  13:21
faster  21:23
fate  23:8,12
feasible  15:6,9
   15:14
feel  23:24
feld  4:3 6:13
   7:4
ferguson  2:5
figures  14:22
find  16:17
   19:24
first  7:20 12:8
   20:14
flexibility  8:8
   8:25 15:21
   16:5,11 17:4
   21:24 22:17
floor  4:21
   15:12
fluctuates  9:14
   10:5
fluctuation
   8:19

follow  16:19
following  7:19
forbidden  12:8
foregoing  25:3
form  10:18
   18:18
forms  20:15
formulate
   18:21
forward  11:24
   24:15
four  21:13,17
frankly  16:3
   20:24
freed  12:15
fully  19:21
   22:7
funds  18:5
further  12:5
   13:5 17:17

## g

g  6:1
gaining  8:11
gaitana  5:14
gather  15:8
generated  14:4
   14:23
getting  8:15
   11:4 15:19
   22:9
give  6:5,10,22
   8:13 9:5 10:1
   13:19 16:5
   17:3,21 22:5
given  8:18,24
   15:14 18:5
   19:15,18

giving  16:11
glenn  2:2
go  7:10 11:5
   15:21,22 19:6
   19:6 21:3
   22:22,23,23
   24:7,12
going  6:15,18
   9:8 11:23,24
   13:20,20 15:22
   16:15 17:9
   19:24,25 20:9
   20:10,11 21:20
   21:25 22:1,4,5
   22:6,11,18
   23:10,20 24:8
   24:11,14
good  10:11
   21:7
gorrepati  5:11
government
   3:3
great  6:20
greater  22:16
green  1:20
guarantee
   17:18
guess  17:9
gump  4:3 6:12
   7:3 10:12

## h

happen  17:9
happened
   16:24 18:12
   23:14 24:5
happenstance
   16:20

happy 24:14
haqqani 5:12
hard 13:10,21
  15:3 20:17
harder 14:7
  15:8
harm 9:8
harrison 5:13
hauer 4:3 6:13
  7:4
he'll 6:19
healthier 11:6
healthy 8:14
  8:17
hear 6:10
  15:23 20:4
  22:4
heard 19:17
  20:13,15
hearing 3:1
  7:14 8:7 22:10
  24:11
heartache
  18:12
held 13:10
heras 5:17
hersey 6:24
hershey 4:16
  6:22,24
hold 11:21
  13:20,21
hon 2:2
honor 7:11,12
  7:13,25 10:11
  10:13 11:11,25
  12:6 13:16
  14:9,24 17:6

19:11,15 22:20
honor's 18:18
hopeful 23:21
hopefully
  21:17
hoping 16:14
huge 23:7
hurley 4:9 6:17
  7:2,3,3 8:22
  10:2,8,10,11
  10:12 11:10
  13:13,16,24
  15:21 16:9
  17:2,6,13 19:5
  19:6,7 20:24
  21:3,4,9,14
  22:20,24 23:25
  24:4,6,16
hurley's 17:24
hyde 3:25 25:3
  25:8

**i**

idea 16:22
  18:18,20 22:14
  22:15
identified 11:2
identify 14:15
illiquid 15:7
impact 17:1
importance
  15:17
important 24:8
impossible 8:4
improved
  10:22
improvement
  14:6

including 13:18
income 14:4
increase 11:23
increased
  13:14,23
increasing
  16:23
incredibly 18:6
indiscernible
  20:4
information
  19:10
injunction
  7:14
insist 19:13
instance 10:20
  19:13
intention 17:20
interest 12:22
  14:3 20:3
invest 14:2
investments
  23:13 24:7
involved 24:1
issue 7:20 21:9
  22:3
issues 10:19
  24:3

**j**

j 5:15
jaramillo 5:14
jason 6:7
jeopardy 10:21
joined 6:21
joining 6:18

jpeg 12:17,17
  12:18
judge 2:3 7:7
judgment
  11:16
jump 18:10

**k**

kaila 5:18
keep 24:8
keyfi 4:20 6:7
  7:18 8:17,23
  8:25 9:7,8 18:4
kind 12:24
  13:5 17:3
know 9:1,2
  11:20 12:5,19
  14:21 15:3,7
  15:10,18,19
  16:1,3,3,8,9,11
  16:16,19,22,24
  16:25 17:7,10
  17:19 18:14,15
  18:17,20 19:13
  19:20,21,23
  20:1,18 21:2
  21:20,25 22:9
  23:2,9,21 24:2
  24:6
kyle 4:19,24
  6:6

**l**

las 5:17
lay 19:21
leave 22:18
leaving 9:3

**ledanski** 3:25
25:3,8
**legal** 25:20
**letter** 24:10
**level** 15:13
**light** 16:25
**limited** 3:2 6:4
**limits** 17:5
**liquid** 9:25
10:18 13:10
18:13
**liquidate** 12:1
**liquidated** 8:13
10:24 15:19
20:1,3,20
**liquidating**
12:10
**liquidation**
8:16 9:6 11:9
11:14 12:3
18:13 19:2
20:23
**liquidity** 10:25
11:13,18 12:21
17:15
**litigation** 7:4
13:12,18
**little** 9:15 10:3
**llc** 1:8,12
**llp** 4:3,11
**loan** 8:14,18
10:20,22 11:8
11:14 12:12,16
12:16,17 15:18
20:2,22
**loans** 10:19
11:7 12:2

**long** 22:17
**look** 9:16 16:20
16:21 17:24
18:3 19:18
20:6,13,21
21:23 22:13
**looked** 16:24
**looking** 9:16
**looks** 10:17,24
11:4 12:1,11
13:6 17:8,15
17:20
**loss** 18:24
**lost** 23:12 24:7
**lots** 20:15
**low** 14:22
**ltv** 10:22

**m**

**made** 10:15
17:17
**madison** 4:21
**maintain** 8:25
9:9
**make** 7:18 8:13
10:13 14:8
19:5 20:17
22:24 23:11
24:13
**makes** 8:3
**making** 21:11
**manage** 8:2,9
8:24 10:19
**march** 1:23 6:2
10:15
**margin** 21:3
**market** 7:12
8:5,24 9:7 16:6

16:8 18:6,6,10
**markets** 18:15
**martin** 2:2
**materially**
14:19
**matter** 1:6
**matters** 19:8
**maximize** 8:11
**mean** 16:3
**meet** 7:21 8:20
11:10 15:19
19:7,14 20:7
21:2,12 22:3
**mentioning**
13:2
**met** 7:23
**mg** 1:3,4 3:1
**million** 10:4,4
10:17,24 12:1
12:10 13:6,9,9
14:20,23 17:8
23:9
**mineola** 25:23
**minute** 16:16
21:10
**mira** 5:12
**misunderstand**
20:24
**mitch** 7:3
10:11
**mitchell** 4:9
**moment** 18:21
23:6
**money** 21:7
**month** 18:4,9
**months** 18:9

**morgantown**
5:4
**move** 20:20
**movements**
16:8
**moving** 18:19

**n**

**n** 4:1 6:1 25:1
**necessary**
17:18 19:15
**need** 8:23
11:12 12:6
17:11 19:10
22:22 23:24
**needed** 11:17
17:22
**needs** 8:25
**negisa** 5:9
**negotiate** 17:3
**negotiated**
7:15
**negotiating**
15:15
**neither** 12:3
24:14
**net** 14:6
**network** 1:8,12
3:1 6:3
**never** 20:13,15
22:9
**new** 1:2,21 4:6
4:14,22
**nft** 10:20
**nfts** 11:2,6,21
11:23 14:1,7
15:8 20:16
21:7

[notice - process]                                                    Page 7

notice   19:13
notion   19:22
number   6:3
    13:17 14:20
    18:2 23:3
numbers   13:21
ny   1:21 4:6,14
    4:22 25:23

**o**

o   2:1 6:1 15:20
    25:1
o'clock   21:13
oath   15:4
    19:20 22:6,7
objecting   9:2
objection
    19:14
objects   7:21
obviously   10:5
    24:8
occurred   18:15
official   4:12
    6:25
ok   17:10
okay   6:20 7:8
    10:7,10 13:7
    15:2 20:3,5
    22:10,13 24:15
    24:18
old   25:21
open   17:16
opinion   21:6
opportunity
    19:1,16
opposed   13:5
order   12:9
    16:7

ordered   7:14
original   15:16
outset   24:2
overall   13:14
own   18:5

**p**

p   4:1,1,16 6:1
    12:18,21
p.a.   4:19
papers   15:3
    19:20 22:5
paragraph
    10:14
park   4:5
part   7:24 10:21
    12:23 14:6,14
    19:16 22:25
    23:7,15
particular
    15:13 16:12
    19:1
parties   7:15,17
    7:22 18:1
    21:13,21
past   7:13 18:3
    23:1
path   21:17
    23:15
pause   6:8,21
pay   8:18 10:21
    11:7 12:12,15
pending   18:10
people   22:7
percent   16:18
performing
    21:16

period   19:14
    21:20,21
periodically
    16:20
permitted
    15:25
personal   18:5
peter   5:15
phenomena
    18:14
place   15:16
    18:4,9
plaintiffs   1:13
    6:13 7:5 9:8
platform   12:13
    12:17
please   6:5,10
    6:23
pm   1:24 6:3
    24:20
point   12:6
poor   23:12
portfolio   9:21
    13:9,13,18
    14:6,10 15:12
    18:24 20:25
    21:1,5
portion   17:14
    21:1
position   7:19
    8:14,15,17,18
    8:21 9:2 11:14
    16:8 17:25
    19:2,2 20:2,20
positions   8:2,9
    8:11,12,24
    15:11 18:19

    19:21,25
possible   21:22
pre   8:16
prejudice   9:6
    9:10
prejudiced   8:1
    8:2
preliminary
    7:14 14:16
prepared
    19:19 22:16
    24:11
present   5:8
presented
    10:14
press   20:8 22:4
prevail   9:9
    20:1
prevailed
    16:18
prevails   16:14
    16:17 19:24
    20:25
prevent   16:8
preventing
    20:22
price   9:18
probably
    14:19,21
problem   22:9
proceeding   3:1
proceedings
    24:19 25:4
proceeds   11:6
    12:12 14:14
process   7:19
    7:24 8:1 21:16

[process - selling]                                                        Page 8

22:21,25 23:8
23:20
**produced**   12:18
**productive**   23:22
**progress**   21:11
**promptly**   17:4
**proper**   16:1   24:9
**property**   21:18
**prose**   5:1
**protect**   15:18   17:5
**protected**   9:22
**provide**   11:25   15:5 22:16,16
**provided**   15:20   23:4
**pursued**   10:14
**put**   11:2 12:21   14:25 16:10   18:5 20:9,10   21:17
**putting**   15:10

**q**

**question**   14:9   23:18 24:2
**questions**   13:8   23:18,19
**quick**   22:10
**quickly**   18:5   18:11

**r**

**r**   2:1 4:1 6:1   15:20 25:1

**raised**   19:22   20:13 24:3,4
**raising**   22:3
**range**   13:9   14:22
**rather**   16:7   19:12
**ratio**   8:14 11:8   15:18 20:2,22
**react**   8:4 17:4
**realize**   13:10
**really**   11:18   15:4 17:11,19   17:22 19:3   21:9 23:20
**reason**   15:6   18:11,25
**reasonably**   16:4
**reasoned**   20:17
**record**   25:4
**recording**   6:2   6:9,21
**refer**   7:21
**referring**   14:10
**refused**   8:20   11:19
**related**   13:17   23:17
**relative**   8:19
**relatively**   8:14
**remain**   7:16
**remains**   15:13   16:11
**repeat**   24:6
**reporting**   9:4

**request**   7:20   7:21,22,23   8:16,21 10:14   10:23 11:3   12:1 17:7,17   18:2 19:4 20:9
**requested**   7:10   8:6
**requests**   8:6   10:15
**require**   16:7   22:6
**requires**   7:16   7:18
**resolution**   21:22,24
**resolve**   7:17,22   7:25 19:16
**respect**   10:19   13:4 14:16   17:6
**respond**   23:25
**response**   15:23
**responsibility**   23:6
**result**   9:7 12:3   23:15
**results**   14:5
**retained**   21:14   21:15
**returned**   23:5
**revenue**   14:18
**right**   6:2,8,9,14   6:14,17,20 7:2   7:6,8,9 9:15,18   17:12 21:8   22:13 23:23

**rights**   13:3
**road**   25:21
**roche**   4:19,24   6:4,6,6 7:9,11   9:12,14,23   10:3,9 12:23   14:9 15:2 16:4   16:10 17:24   19:9,18 20:18   21:12 22:2,12   23:1,16,24   24:3,17
**room**   17:21   18:1
**rope**   11:25
**roughly**   9:16
**rule**   19:19 22:1
**ruling**   15:5

**s**

**s**   4:1 6:1
**sale**   11:2
**samuel**   4:16   6:24
**satisfy**   20:22
**scheduled**   19:8   20:7
**scope**   7:22
**see**   7:17,25   16:13 20:7   21:20 24:13
**seeing**   19:20
**seek**   15:22
**seeking**   12:24
**seen**   24:10
**self**   5:2
**selling**   11:4

set  23:5
setting  14:17
settle  21:11
settlement
    16:15 22:21
    24:1
seven  14:22
showing  16:1
    24:9
side  22:6 24:5
sides  21:18
signature  25:7
significantly
    8:1
simply  8:16
situation  18:24
solution  22:15
    24:14
solutions  25:20
somebody
    21:15
sonya  3:25
    25:3,8
sorry  6:10
    12:10
sort  8:13 11:23
    18:19 23:19
sounds  16:4
southern  1:2
speaking  6:15
    6:16
special  7:4
specificity
    11:17
spirit  19:3
sprofera  5:15

start  18:7
    20:12
started  14:9
starting  6:2
    23:21
statement
    20:10
states  1:1,19
    8:16
stay  7:17 8:3
    18:9
steadman  5:6
    6:15,16
steeplechase
    5:3
step  12:5
steven  5:10
stone  1:15 3:2
    6:4,7 10:14,18
    10:23 11:12,15
    11:22 12:7,25
    13:8 15:17,24
    16:5,11 17:4
    18:5 20:11
    21:2 22:2 23:4
stone's  13:25
    15:10 20:19
strategy  11:22
    13:25
strauss  4:3
    6:12 7:3
struggling  9:1
stuff  20:16
    24:7
subject  8:7
    13:14 14:10
    21:10

submit  14:11
substantial
    17:14 23:3
substantially
    21:1
suggested
    22:14
suggestion
    13:1 19:5
suite  25:22
supporting
    20:11
sure  7:11 20:14
    22:24 23:11
switch  21:10
sworn  20:10
sympathetic
    20:19,23

**t**

t  15:20 25:1,1
ta  5:16
take  12:16
taken  10:20
    15:24
takes  12:5
talk  22:18
talked  23:1
talking  14:22
    14:24 20:13
    23:9
talks  24:1
tanzila  5:19
task  15:8
taylor  5:13
telephonically
    5:8

tell  9:20 13:22
terms  11:25
    15:16
thank  6:8,14
    6:16,17 7:2,6,8
    24:17
thanks  6:20
    24:18
thing  10:2
    16:13 23:13,25
things  10:13
    13:17
think  7:9 9:16
    9:24 10:3,4
    12:13 13:24
    14:9,21 15:20
    17:11 18:17
    19:10,22 20:4
    21:5,9,13,20
    23:2,16,21
    24:4,12
thinks  10:20
    11:15
third  7:24
thought  17:9
    17:22
three  8:6 10:15
throw  21:7
time  16:19
    20:14 22:20
times  18:3,12
today  7:24
    15:25 16:18
    22:1,3,11
    24:11
together  21:17

| | | | |
|---|---|---|---|
| **tokens** 10:17 | **two** 8:6,20 | **used** 12:11,16 | **wallets** 9:7,11 |
| **told** 20:18 | 16:25 18:9,9 | 22:18 | 14:14 |
| **tolerance** | **typically** 18:13 | **using** 3:2 12:19 | **want** 7:18 10:7 |
| 18:19 | **u** | **v** | 10:12 13:1,19 |
| **tomorrow** 16:7 | | | 14:8 15:23 |
| **took** 12:15 | **u.s.** 2:3 | **v** 1:14 3:2 | 16:2,17 19:24 |
| **total** 22:14 | **ubierna** 5:17 | **value** 8:10,14 | 19:25 20:6,8 |
| **traceable** | **ucc** 10:16 12:3 | 8:19 9:3,10,10 | 20:20,25 21:5 |
| 14:13 | 17:8 | 9:13,21,24 | 22:24 23:23 |
| **tracing** 21:19 | **uday** 5:11 | 10:1,6 11:8,24 | **wants** 16:13 |
| 23:18 | **ultimately** 9:11 | 13:8,11,13,15 | **way** 13:24 22:2 |
| **transaction** | 16:14 | 13:18,22 14:7 | **we've** 8:5 |
| 7:19 12:8 13:3 | **under** 12:8 | 14:23,25 15:8 | 18:12,16 |
| **transactions** | 15:4 19:20 | 15:12,18 16:11 | **week** 13:11,11 |
| 21:19 | 22:6,7 | 16:23 18:24 | 16:24 18:8 |
| **transcribed** | **understand** | 20:2,22,25 | **weekend** 18:14 |
| 3:25 | 8:21 9:1 10:1 | 21:2,5,18,19 | **weeks** 7:13,15 |
| **transcript** 25:4 | 10:23 16:6,12 | 24:7 | 9:4 18:9 |
| **transparency** | 17:24 21:14 | **valued** 16:22 | **went** 6:22 20:2 |
| 21:18 22:17 | 22:7 23:8 | **values** 16:20 | **white** 4:11 6:24 |
| **trial** 21:22 | **understanding** | **valuing** 15:7 | **william** 4:24 |
| **tro** 7:13 9:21 | 17:13 20:12 | 15:14 | **willing** 11:24 |
| 9:22 10:14 | 24:5 | **variety** 14:2 | 22:4 24:9 |
| 12:8 13:14 | **understands** | **veritext** 25:20 | **wind** 11:14 |
| 14:11,11,24 | 22:25 | **versus** 6:4 24:7 | **wisdom** 21:6 |
| 15:16,25 16:19 | **understood** | **victor** 5:17 | **work** 20:8 |
| 18:4,10 | 15:15 22:12 | **view** 13:12,22 | 24:13 |
| **true** 21:4 25:4 | 24:16 | 14:17 | **working** 9:5 |
| **try** 14:25 17:3 | **undisputed** | **volatile** 11:22 | 13:16 23:16 |
| 21:23 22:9 | 23:2 | 18:6 | **worth** 8:10 |
| 23:17 24:1 | **unhealthy** 8:18 | **volatility** 7:12 | 16:18 23:9 |
| **trying** 14:14 | **united** 1:1,19 | 8:24 9:7 16:6 | **wrapped** 12:18 |
| 16:5,10 19:22 | **unmute** 6:5,9 | **w** | **writing** 20:9 |
| 21:11 23:7 | **unsecured** 4:12 | | **written** 15:3 |
| **turetsky** 4:17 | 6:25 | **waiving** 13:3 | **wv** 5:4 |
| **turn** 10:8 12:1 | **use** 10:21 11:6 | **wallet** 9:3,4 | |
| 14:6 | 14:1 18:25 | 14:12,13,16,17 | |
| | 20:21 | | |

**[x - zoom]**

| x |
|---|
| **x**   1:5,11,17 |
| **x50dd**   14:12 |

| y |
|---|
| **yeah**   6:19,21 |
| 9:25 19:6 |
| **year**   18:7 |
| **yep**   9:17 |
| **yield**   8:11 19:1 |
| **york**   1:2,21 4:6 |
| 4:14,22 |

| z |
|---|
| **zaharis**   5:18 |
| **zomo**   5:19 |
| **zoom**   3:2 |