**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |
| CELSIUS NETWORK LIMITED and CELSIUS KEYFI LLC,<br><br>Plaintiffs,<br>v.<br><br>JASON STONE and KEYFI INC.,<br><br>Defendants. | Adv. Pro. No. 22-01139 (MG) |

**[PROPOSED] JOINT STIPULATION AND STAY ORDER BETWEEN PLAINTIFFS CELSIUS NETWORK LIMITED AND CELSIUS KEYFI LLC AND DEFENDANTS JASON STONE AND KEYFI INC. REGARDING AN EXTENSION OF THE STAY PERIOD PURSUANT TO THE STAY ORDER[2]**

This stipulation (the "Stipulation") is entered into by and among Plaintiffs Celsius Network Limited and Celsius KeyFi LLC (the "Plaintiffs" or "Celsius"), and Defendants Jason Stone and KeyFi Inc. (the "Defendants" and together with the Plaintiffs, the "Parties") in the above-captioned adversary proceeding (the "Adversary Proceeding"). Each of the Parties agrees and stipulates to the following:

---

[1] The Debtors in these chapter 11 cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893) and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] *Joint Stipulation and Order* [ECF No. 82] (the "Stay Order"). Capitalized terms used but not defined herein have the meaning given them in the Stay Order.

1

**WHEREAS**, on October 26, 2022, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered the Case Management and Scheduling Order #1 ("CMO") [ECF No. 15] to govern the Adversary Proceeding;

**WHEREAS**, on November 30, 2022, the Court so-ordered the stipulation between Celsius and the Defendants agreeing to intervention in this action by the Official Committee of Unsecured Creditors;

**WHEREAS**, on February 28, 2023, the Parties jointly submitted the Stay Order to temporarily stay certain deadlines provided in the CMO subject to the terms and conditions set forth in the Stay Order, for a period of sixty (60) days;

**WHEREAS**, pursuant to paragraph one of the Stay Order, the Stay Period may be extended without further Court intervention by written agreement of the Parties for a period of up to an additional sixty (60) days by filing a further stipulation to that effect on the docket;

**WHEREAS**, by stipulation dated April 29, 2023, ECF 888, the parties previously agreed to extend the Stay Order for a period of thirty-four (34) days through June 2, 2023;

**WHEREAS**, the Parties have conferred and wish to further extend the Stay Order through June 16, 2023 to provide time for additional discussions, for a total extended period of forty-eight (48) days from the date the Stay Order was set to expire;

**IT IS THEREFORE STIPULATED AND AGREED THAT:**

1. The Stay Period shall extend to Friday, June 16, 2023.
2. All other agreements, provisions, and terms in the Stay Order not directly addressed herein shall remain in full effect.

**SO STIPULATED:**

Dated:  June 2, 2023

*/s/ Mitchell P. Hurley*
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Mitchell P. Hurley
Dean L. Chapman Jr.
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile:  (212) 872-1002
Email:  mhurley@akingump.com
           dchapman@akingump.com

 – and –

Elizabeth D. Scott (admitted *pro hac vice*)
Jessica J. Mannon (admitted *pro hac vice*)
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email: edscott@akingump.com
         jmannon@akingump.com

*Counsel to Celsius KeyFi LLC and Celsius Network Limited*

*/s/Kyle W. Roche*
**KYLE ROCHE P.A.**
Kyle W. Roche
260 Madison Avenue, 8th Fl.
New York, New York 10016
Telephone: (716) 348-6003
Email:  kyle@kyleroche.law

*Counsel to Jason Stone and KeyFi Inc.*

*/s/ Samuel P. Hershey*
Samuel P Hershey
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
212-819-8200
212-354-8113 (fax)
shershey@whitecase.com

*Counsel to The Official Committee of Unsecured Creditors*

3

**IT IS SO ORDERED** this _____ day of June, 2023.

_____
THE HONORABLE MARTIN GLENN
United States Chief Bankruptcy Judge